IP
23.164.160.26
23.164.160.151
23.175.160.252
38.72.152.77
64.62.133.42
64.62.134.195
64.62.149.72
64.62.158.68
64.62.166.162
64.62.170.10
64.62.170.145
64.62.170.162
64.62.174.105
64.62.175.23
64.62.175.25
64.62.175.27
64.62.175.29
64.62.175.31
64.62.175.32
64.62.175.33
64.62.175.34
64.62.175.35
64.62.175.36
64.62.175.37
64.62.175.38
64.62.175.39
64.62.175.40
64.62.175.41
64.62.175.42
64.62.175.43
64.62.175.44
64.62.175.45
64.62.175.46
64.62.175.47
64.62.175.48
64.62.175.49
64.62.175.50
64.62.175.51
64.62.175.52
64.62.175.53
64.62.175.54
64.62.175.55
64.62.175.56

64.62.175.58
64.62.175.59
64.62.175.60
64.62.175.61
64.62.175.62
64.62.175.63
64.62.175.64
64.62.175.65
64.62.175.66
64.62.175.67
64.62.175.68
64.62.175.69
64.62.175.70
64.62.175.71
64.62.175.72
64.62.175.73
64.62.175.74
64.62.175.75
64.62.175.76
64.62.175.77
64.62.175.78
64.62.175.79
64.62.175.80
64.62.175.81
64.62.175.82
64.62.175.83
64.62.175.84
64.62.175.85
64.62.175.86
64.62.175.87
64.62.175.88
64.62.175.89
64.62.175.90
64.62.175.91
64.62.175.92
64.62.175.93
64.62.175.94
64.62.175.95
64.62.175.96
64.62.175.97
64.62.175.98
64.62.175.99
64.62.175.150
64.62.175.153

64.62.175.154
64.62.175.156
64.62.175.157
64.62.175.158
64.62.175.159
64.62.175.163
64.62.175.164
64.62.175.190
64.62.175.191
64.62.175.193
64.62.175.194
64.62.175.197
64.62.175.198
64.62.178.135
64.62.184.3
64.62.184.10
64.62.184.22
64.62.184.31
64.62.184.41
64.62.188.30
64.62.191.90
64.62.192.2
64.62.192.21
64.62.192.47
64.62.197.23
64.62.197.25
64.62.197.27
64.62.197.29
64.62.197.31
64.62.197.32
64.62.197.33
64.62.197.34
64.62.197.35
64.62.197.36
64.62.197.37
64.62.197.38
64.62.197.40
64.62.197.41
64.62.197.42
64.62.197.43
64.62.197.44
64.62.197.45
64.62.197.46
64.62.197.47

64.62.197.49
64.62.197.51
64.62.197.52
64.62.197.53
64.62.197.54
64.62.197.55
64.62.197.56
64.62.197.58
64.62.197.59
64.62.197.60
64.62.197.62
64.62.197.63
64.62.197.64
64.62.197.65
64.62.197.66
64.62.197.67
64.62.197.68
64.62.197.69
64.62.197.70
64.62.197.71
64.62.197.72
64.62.197.73
64.62.197.74
64.62.197.75
64.62.197.76
64.62.197.77
64.62.197.78
64.62.197.79
64.62.197.80
64.62.197.81
64.62.197.82
64.62.197.83
64.62.197.84
64.62.197.85
64.62.197.86
64.62.197.87
64.62.197.88
64.62.197.89
64.62.197.90
64.62.197.91
64.62.197.92
64.62.197.93
64.62.197.94
64.62.197.95

64.62.197.96
64.62.197.97
64.62.197.98
64.62.197.99
64.62.197.191
64.62.197.192
64.62.197.193
64.62.197.196
64.62.197.197
64.62.197.198
64.62.201.15
64.62.204.2
64.62.204.155
64.62.204.191
64.62.204.197
64.62.204.203
64.62.204.216
64.62.204.233
64.62.204.253
64.62.210.227
64.62.219.10
64.62.219.50
64.62.219.52
64.62.219.55
64.62.219.56
64.62.219.57
64.62.219.58
64.62.219.59
64.62.219.60
64.62.219.70
64.62.219.71
64.62.219.72
64.62.219.74
64.62.219.75
64.62.219.76
64.62.219.77
64.62.219.79
64.62.219.80
64.62.219.84
64.62.219.85
64.62.219.87
64.62.219.89
64.62.219.93
64.62.219.94

64.62.219.98
64.62.219.148
64.62.219.150
64.62.219.152
64.62.219.153
64.62.219.154
64.62.219.155
64.62.219.156
64.62.219.157
64.62.219.158
64.62.219.159
64.62.219.162
64.62.219.163
64.62.219.164
64.62.219.165
64.62.219.166
64.62.219.167
64.62.219.168
64.62.222.37
64.62.224.2
64.62.224.29
64.62.232.23
64.62.232.25
64.62.232.27
64.62.232.29
64.62.232.32
64.62.232.33
64.62.232.34
64.62.232.36
64.62.232.37
64.62.232.38
64.62.232.40
64.62.232.41
64.62.232.42
64.62.232.43
64.62.232.44
64.62.232.45
64.62.232.46
64.62.232.47
64.62.232.49
64.62.232.51
64.62.232.52
64.62.232.53
64.62.232.54

64.62.232.55
64.62.232.56
64.62.232.58
64.62.232.59
64.62.232.60
64.62.232.62
64.62.232.63
64.62.232.64
64.62.232.65
64.62.232.66
64.62.232.67
64.62.232.68
64.62.232.69
64.62.232.70
64.62.232.71
64.62.232.72
64.62.232.73
64.62.232.74
64.62.232.75
64.62.232.76
64.62.232.77
64.62.232.78
64.62.232.79
64.62.232.80
64.62.232.81
64.62.232.82
64.62.232.83
64.62.232.84
64.62.232.85
64.62.232.86
64.62.232.87
64.62.232.88
64.62.232.89
64.62.232.90
64.62.232.91
64.62.232.92
64.62.232.93
64.62.232.94
64.62.232.95
64.62.232.96
64.62.232.97
64.62.232.98
64.62.232.190
64.62.232.193

64.62.232.194
64.62.232.196
64.62.232.197
64.62.232.198
64.62.244.51
64.62.244.54
64.62.245.23
64.62.245.59
64.62.245.142
64.62.245.156
64.62.245.211
64.62.245.219
64.62.248.231
64.62.255.6
64.62.255.130
64.62.255.142
64.71.128.218
64.71.131.165
64.71.133.70
64.71.133.144
64.71.137.70
64.71.141.130
64.71.142.213
64.71.142.246
64.71.143.40
64.71.146.112
64.71.148.117
64.71.148.230
64.71.150.37
64.71.151.126
64.71.151.233
64.71.154.1
64.71.154.2
64.71.154.3
64.71.154.10
64.71.154.11
64.71.154.33
64.71.154.37
64.71.154.38
64.71.154.39
64.71.154.40
64.71.154.41
64.71.154.42
64.71.154.43

64.71.154.44
64.71.154.45
64.71.154.47
64.71.154.58
64.71.154.59
64.71.154.60
64.71.154.61
64.71.154.62
64.71.154.69
64.71.154.70
64.71.154.71
64.71.154.73
64.71.154.99
64.71.154.100
64.71.154.102
64.71.154.103
64.71.154.105
64.71.154.110
64.71.154.114
64.71.154.121
64.71.154.130
64.71.154.161
64.71.154.183
64.71.154.194
64.71.154.195
64.71.154.197
64.71.154.209
64.71.154.228
64.71.159.242
64.71.162.100
64.71.162.101
64.71.165.234
64.71.168.131
64.71.168.142
64.71.171.23
64.71.171.25
64.71.171.27
64.71.171.29
64.71.171.31
64.71.171.32
64.71.171.33
64.71.171.34
64.71.171.35
64.71.171.36

64.71.171.37
64.71.171.38
64.71.171.39
64.71.171.40
64.71.171.41
64.71.171.42
64.71.171.43
64.71.171.44
64.71.171.45
64.71.171.46
64.71.171.47
64.71.171.48
64.71.171.49
64.71.171.51
64.71.171.52
64.71.171.53
64.71.171.54
64.71.171.55
64.71.171.56
64.71.171.58
64.71.171.59
64.71.171.60
64.71.171.62
64.71.171.63
64.71.171.64
64.71.171.65
64.71.171.66
64.71.171.67
64.71.171.68
64.71.171.69
64.71.171.70
64.71.171.71
64.71.171.72
64.71.171.73
64.71.171.74
64.71.171.75
64.71.171.76
64.71.171.77
64.71.171.78
64.71.171.79
64.71.171.80
64.71.171.81
64.71.171.82
64.71.171.83

64.71.171.84
64.71.171.85
64.71.171.86
64.71.171.87
64.71.171.88
64.71.171.89
64.71.171.90
64.71.171.91
64.71.171.92
64.71.171.93
64.71.171.94
64.71.171.95
64.71.171.96
64.71.171.97
64.71.171.98
64.71.171.99
64.71.171.190
64.71.171.191
64.71.171.193
64.71.171.194
64.71.171.198
64.71.174.3
64.71.174.23
64.71.174.27
64.71.174.29
64.71.174.32
64.71.174.33
64.71.174.34
64.71.174.36
64.71.174.37
64.71.174.38
64.71.174.39
64.71.174.40
64.71.174.41
64.71.174.42
64.71.174.43
64.71.174.44
64.71.174.45
64.71.174.46
64.71.174.47
64.71.174.49
64.71.174.51
64.71.174.52
64.71.174.53

64.71.174.54
64.71.174.55
64.71.174.56
64.71.174.58
64.71.174.59
64.71.174.60
64.71.174.62
64.71.174.63
64.71.174.64
64.71.174.65
64.71.174.66
64.71.174.67
64.71.174.68
64.71.174.69
64.71.174.70
64.71.174.71
64.71.174.72
64.71.174.73
64.71.174.74
64.71.174.75
64.71.174.76
64.71.174.77
64.71.174.78
64.71.174.79
64.71.174.80
64.71.174.81
64.71.174.82
64.71.174.83
64.71.174.84
64.71.174.85
64.71.174.86
64.71.174.87
64.71.174.88
64.71.174.89
64.71.174.90
64.71.174.91
64.71.174.93
64.71.174.94
64.71.174.95
64.71.174.96
64.71.174.97
64.71.174.99
64.71.174.182
64.71.174.190

64.71.174.193
64.71.174.194
64.71.174.196
64.71.174.197
64.71.174.215
64.71.176.93
64.71.176.94
64.71.178.234
64.71.180.132
64.71.189.66
65.19.129.146
65.19.130.227
65.19.130.228
65.19.131.243
65.19.131.245
65.19.131.250
65.19.131.252
65.19.132.31
65.19.142.162
65.19.151.114
65.19.151.139
65.19.151.149
65.19.151.155
65.19.151.179
65.19.167.130
65.19.167.131
65.19.167.132
65.19.167.134
65.19.167.170
65.19.167.172
65.19.167.174
65.19.173.96
65.19.176.134
65.19.176.230
65.19.177.10
65.19.181.26
65.19.186.41
65.19.189.172
65.49.7.34
65.49.8.116
65.49.14.10
65.49.14.12
65.49.14.19
65.49.14.50

65.49.14.52
65.49.14.54
65.49.14.55
65.49.14.56
65.49.14.57
65.49.14.58
65.49.14.59
65.49.14.60
65.49.14.70
65.49.14.71
65.49.14.72
65.49.14.73
65.49.14.74
65.49.14.75
65.49.14.76
65.49.14.77
65.49.14.78
65.49.14.80
65.49.14.82
65.49.14.83
65.49.14.84
65.49.14.85
65.49.14.86
65.49.14.87
65.49.14.89
65.49.14.93
65.49.14.94
65.49.14.98
65.49.14.135
65.49.14.136
65.49.14.137
65.49.14.138
65.49.14.139
65.49.14.140
65.49.14.141
65.49.14.142
65.49.14.143
65.49.14.144
65.49.14.145
65.49.14.146
65.49.14.147
65.49.14.148
65.49.14.149
65.49.14.150

65.49.14.151
65.49.14.152
65.49.14.153
65.49.14.154
65.49.14.155
65.49.14.156
65.49.14.157
65.49.14.158
65.49.14.159
65.49.14.160
65.49.14.162
65.49.14.163
65.49.14.164
65.49.14.165
65.49.14.167
65.49.14.168
65.49.14.171
65.49.14.173
65.49.14.174
65.49.14.176
65.49.14.177
65.49.14.178
65.49.14.179
65.49.14.183
65.49.14.184
65.49.14.185
65.49.14.187
65.49.14.188
65.49.14.189
65.49.27.206
65.49.36.106
65.49.36.109
65.49.39.120
65.49.44.149
65.49.52.222
65.49.54.51
65.49.58.33
65.49.67.22
65.49.67.163
65.49.68.175
65.49.68.197
65.49.70.74
65.49.71.108
65.49.71.115

65.49.71.119
65.49.71.123
65.49.80.27
65.49.89.2
65.49.89.124
65.49.94.168
65.49.96.12
65.49.96.69
65.49.99.184
65.49.112.74
65.49.112.88
65.49.113.212
65.49.113.234
65.49.114.17
65.49.114.24
65.49.114.106
65.49.114.108
65.49.114.164
65.49.120.13
65.49.126.23
65.49.126.25
65.49.126.29
65.49.126.31
65.49.126.32
65.49.126.33
65.49.126.34
65.49.126.35
65.49.126.36
65.49.126.38
65.49.126.40
65.49.126.41
65.49.126.42
65.49.126.43
65.49.126.44
65.49.126.45
65.49.126.46
65.49.126.47
65.49.126.49
65.49.126.52
65.49.126.53
65.49.126.54
65.49.126.55
65.49.126.56
65.49.126.58

65.49.126.59
65.49.126.60
65.49.126.62
65.49.126.63
65.49.126.64
65.49.126.65
65.49.126.66
65.49.126.67
65.49.126.68
65.49.126.69
65.49.126.70
65.49.126.71
65.49.126.72
65.49.126.73
65.49.126.74
65.49.126.75
65.49.126.76
65.49.126.77
65.49.126.78
65.49.126.79
65.49.126.80
65.49.126.81
65.49.126.82
65.49.126.83
65.49.126.84
65.49.126.85
65.49.126.86
65.49.126.87
65.49.126.88
65.49.126.89
65.49.126.90
65.49.126.91
65.49.126.92
65.49.126.93
65.49.126.94
65.49.126.95
65.49.126.96
65.49.126.97
65.49.126.98
65.49.126.172
65.49.126.173
65.49.126.174
65.49.126.175
65.49.126.176

65.49.126.177
65.49.126.178
65.49.126.179
65.49.126.180
65.49.126.182
65.49.126.183
65.49.126.184
65.49.126.187
65.49.126.188
65.49.126.189
65.49.126.190
65.49.126.191
65.49.126.192
65.49.126.193
65.49.126.194
65.49.126.195
65.49.126.196
65.49.126.197
65.49.126.198
66.160.130.40
66.160.130.41
66.160.130.63
66.160.130.71
66.160.130.77
66.160.130.80
66.160.140.231
66.160.140.232
66.160.140.236
66.160.140.237
66.160.143.118
66.160.148.88
66.160.157.12
66.160.157.17
66.160.157.20
66.160.157.21
66.160.157.22
66.160.157.25
66.160.157.28
66.160.157.46
66.160.157.79
66.160.157.89
66.160.157.98
66.160.157.108
66.160.157.109

66.160.157.111
66.160.157.119
66.160.157.124
66.160.157.151
66.160.157.166
66.160.157.187
66.160.157.195
66.160.157.197
66.160.157.236
66.160.157.247
66.160.162.10
66.160.162.71
66.160.162.206
66.160.163.193
66.160.163.195
66.160.163.253
66.160.173.130
66.160.178.23
66.160.178.25
66.160.178.27
66.160.178.29
66.160.178.32
66.160.178.33
66.160.178.34
66.160.178.35
66.160.178.36
66.160.178.37
66.160.178.38
66.160.178.40
66.160.178.41
66.160.178.42
66.160.178.43
66.160.178.44
66.160.178.45
66.160.178.46
66.160.178.47
66.160.178.49
66.160.178.51
66.160.178.52
66.160.178.53
66.160.178.54
66.160.178.55
66.160.178.56
66.160.178.58

66.160.178.59
66.160.178.60
66.160.178.62
66.160.178.63
66.160.178.64
66.160.178.65
66.160.178.66
66.160.178.67
66.160.178.68
66.160.178.69
66.160.178.70
66.160.178.71
66.160.178.72
66.160.178.73
66.160.178.74
66.160.178.75
66.160.178.76
66.160.178.77
66.160.178.78
66.160.178.80
66.160.178.81
66.160.178.82
66.160.178.83
66.160.178.84
66.160.178.85
66.160.178.86
66.160.178.87
66.160.178.88
66.160.178.89
66.160.178.90
66.160.178.91
66.160.178.92
66.160.178.93
66.160.178.94
66.160.178.95
66.160.178.96
66.160.178.97
66.160.178.98
66.160.178.190
66.160.178.192
66.160.178.194
66.160.178.197
66.160.184.69
66.160.184.71

66.160.184.72
66.160.184.89
66.160.184.91
66.160.188.23
66.160.188.25
66.160.188.29
66.160.188.31
66.160.188.32
66.160.188.33
66.160.188.34
66.160.188.35
66.160.188.36
66.160.188.37
66.160.188.40
66.160.188.41
66.160.188.42
66.160.188.43
66.160.188.44
66.160.188.45
66.160.188.46
66.160.188.47
66.160.188.49
66.160.188.51
66.160.188.52
66.160.188.53
66.160.188.54
66.160.188.55
66.160.188.56
66.160.188.58
66.160.188.59
66.160.188.60
66.160.188.62
66.160.188.63
66.160.188.64
66.160.188.65
66.160.188.66
66.160.188.67
66.160.188.68
66.160.188.69
66.160.188.70
66.160.188.71
66.160.188.72
66.160.188.73
66.160.188.74

66.160.188.75
66.160.188.76
66.160.188.77
66.160.188.78
66.160.188.79
66.160.188.80
66.160.188.81
66.160.188.82
66.160.188.83
66.160.188.84
66.160.188.85
66.160.188.86
66.160.188.87
66.160.188.88
66.160.188.89
66.160.188.90
66.160.188.91
66.160.188.92
66.160.188.93
66.160.188.94
66.160.188.95
66.160.188.96
66.160.188.97
66.160.188.98
66.160.188.191
66.160.188.192
66.160.188.193
66.160.188.194
66.160.188.196
66.160.188.197
66.160.188.198
66.160.197.66
66.160.197.68
66.160.199.23
66.160.199.25
66.160.199.29
66.160.199.31
66.160.199.33
66.160.199.34
66.160.199.35
66.160.199.36
66.160.199.37
66.160.199.40
66.160.199.41

66.160.199.42
66.160.199.43
66.160.199.44
66.160.199.45
66.160.199.46
66.160.199.47
66.160.199.49
66.160.199.51
66.160.199.52
66.160.199.53
66.160.199.54
66.160.199.55
66.160.199.56
66.160.199.58
66.160.199.59
66.160.199.60
66.160.199.62
66.160.199.63
66.160.199.64
66.160.199.65
66.160.199.66
66.160.199.67
66.160.199.68
66.160.199.69
66.160.199.70
66.160.199.71
66.160.199.72
66.160.199.73
66.160.199.74
66.160.199.75
66.160.199.76
66.160.199.77
66.160.199.78
66.160.199.79
66.160.199.80
66.160.199.81
66.160.199.82
66.160.199.83
66.160.199.84
66.160.199.85
66.160.199.86
66.160.199.87
66.160.199.88
66.160.199.89

66.160.199.90
66.160.199.91
66.160.199.92
66.160.199.93
66.160.199.94
66.160.199.95
66.160.199.96
66.160.199.97
66.160.199.98
66.160.199.192
66.160.199.194
66.160.199.197
66.160.201.25
66.160.201.29
66.160.201.31
66.160.201.32
66.160.201.33
66.160.201.35
66.160.201.36
66.160.201.37
66.160.201.38
66.160.201.39
66.160.201.40
66.160.201.41
66.160.201.42
66.160.201.43
66.160.201.44
66.160.201.45
66.160.201.46
66.160.201.47
66.160.201.48
66.160.201.49
66.160.201.51
66.160.201.52
66.160.201.53
66.160.201.54
66.160.201.55
66.160.201.56
66.160.201.58
66.160.201.59
66.160.201.60
66.160.201.62
66.160.201.63
66.160.201.64

66.160.201.65
66.160.201.66
66.160.201.67
66.160.201.68
66.160.201.69
66.160.201.70
66.160.201.71
66.160.201.72
66.160.201.73
66.160.201.74
66.160.201.75
66.160.201.76
66.160.201.77
66.160.201.78
66.160.201.79
66.160.201.80
66.160.201.81
66.160.201.82
66.160.201.83
66.160.201.84
66.160.201.85
66.160.201.86
66.160.201.87
66.160.201.88
66.160.201.89
66.160.201.90
66.160.201.91
66.160.201.92
66.160.201.93
66.160.201.94
66.160.201.95
66.160.201.96
66.160.201.97
66.160.201.98
66.160.201.190
66.160.201.191
66.160.201.192
66.160.201.193
66.160.201.196
66.160.201.197
66.160.201.198
66.220.2.91
66.220.3.138
66.220.3.179

66.220.12.2
66.220.13.38
66.220.20.48
66.220.20.49
66.220.20.50
66.220.20.51
66.220.20.52
66.220.20.53
66.220.20.54
66.220.20.55
66.220.20.57
66.220.20.58
66.220.20.59
66.220.20.61
66.220.20.62
72.14.67.156
72.52.67.12
72.52.67.28
72.52.67.47
72.52.67.55
72.52.67.61
72.52.67.82
72.52.67.84
72.52.67.88
72.52.67.91
72.52.67.93
72.52.67.96
72.52.67.103
72.52.67.104
72.52.67.126
72.52.67.156
72.52.67.157
72.52.67.182
72.52.67.212
72.52.81.162
72.52.81.173
72.52.87.25
72.52.87.27
72.52.87.29
72.52.87.31
72.52.87.32
72.52.87.33
72.52.87.34
72.52.87.35

72.52.87.36
72.52.87.37
72.52.87.38
72.52.87.40
72.52.87.41
72.52.87.42
72.52.87.43
72.52.87.44
72.52.87.45
72.52.87.46
72.52.87.47
72.52.87.49
72.52.87.50
72.52.87.51
72.52.87.52
72.52.87.53
72.52.87.54
72.52.87.55
72.52.87.56
72.52.87.58
72.52.87.59
72.52.87.60
72.52.87.62
72.52.87.63
72.52.87.64
72.52.87.65
72.52.87.66
72.52.87.67
72.52.87.68
72.52.87.69
72.52.87.70
72.52.87.71
72.52.87.72
72.52.87.73
72.52.87.74
72.52.87.75
72.52.87.76
72.52.87.77
72.52.87.78
72.52.87.79
72.52.87.80
72.52.87.81
72.52.87.82
72.52.87.83

72.52.87.84
72.52.87.85
72.52.87.86
72.52.87.87
72.52.87.88
72.52.87.89
72.52.87.90
72.52.87.91
72.52.87.92
72.52.87.93
72.52.87.94
72.52.87.95
72.52.87.96
72.52.87.97
72.52.87.98
72.52.87.172
72.52.87.173
72.52.87.174
72.52.87.175
72.52.87.176
72.52.87.177
72.52.87.178
72.52.87.179
72.52.87.180
72.52.87.182
72.52.87.183
72.52.87.184
72.52.87.185
72.52.87.187
72.52.87.188
72.52.87.189
72.52.87.190
72.52.87.191
72.52.87.192
72.52.87.193
72.52.87.194
72.52.87.195
72.52.87.196
72.52.87.197
72.52.87.198
72.52.97.161
72.52.108.130
72.52.112.23
72.52.112.25

72.52.112.29
72.52.112.31
72.52.112.32
72.52.112.34
72.52.112.35
72.52.112.36
72.52.112.38
72.52.112.40
72.52.112.41
72.52.112.42
72.52.112.43
72.52.112.44
72.52.112.45
72.52.112.46
72.52.112.47
72.52.112.49
72.52.112.51
72.52.112.52
72.52.112.53
72.52.112.54
72.52.112.55
72.52.112.56
72.52.112.58
72.52.112.59
72.52.112.60
72.52.112.62
72.52.112.63
72.52.112.64
72.52.112.65
72.52.112.66
72.52.112.67
72.52.112.68
72.52.112.69
72.52.112.70
72.52.112.71
72.52.112.72
72.52.112.73
72.52.112.74
72.52.112.75
72.52.112.76
72.52.112.77
72.52.112.78
72.52.112.80
72.52.112.81

72.52.112.82
72.52.112.83
72.52.112.84
72.52.112.85
72.52.112.86
72.52.112.87
72.52.112.88
72.52.112.89
72.52.112.90
72.52.112.91
72.52.112.92
72.52.112.93
72.52.112.94
72.52.112.95
72.52.112.96
72.52.112.97
72.52.112.98
72.52.112.99
72.52.112.190
72.52.112.194
72.52.112.196
72.52.112.198
72.52.116.227
72.52.116.233
72.52.116.234
72.52.116.239
72.52.116.245
72.52.116.249
72.52.124.22
72.52.125.23
72.52.125.27
72.52.125.29
72.52.125.31
72.52.125.32
72.52.125.33
72.52.125.34
72.52.125.35
72.52.125.36
72.52.125.37
72.52.125.38
72.52.125.40
72.52.125.41
72.52.125.42
72.52.125.43

72.52.125.44
72.52.125.45
72.52.125.46
72.52.125.47
72.52.125.49
72.52.125.51
72.52.125.52
72.52.125.53
72.52.125.54
72.52.125.55
72.52.125.56
72.52.125.58
72.52.125.59
72.52.125.60
72.52.125.62
72.52.125.63
72.52.125.64
72.52.125.65
72.52.125.66
72.52.125.67
72.52.125.68
72.52.125.69
72.52.125.70
72.52.125.71
72.52.125.72
72.52.125.73
72.52.125.74
72.52.125.75
72.52.125.76
72.52.125.77
72.52.125.78
72.52.125.80
72.52.125.81
72.52.125.82
72.52.125.83
72.52.125.84
72.52.125.85
72.52.125.86
72.52.125.87
72.52.125.88
72.52.125.89
72.52.125.90
72.52.125.91
72.52.125.92

72.52.125.93
72.52.125.94
72.52.125.95
72.52.125.96
72.52.125.97
72.52.125.98
72.52.125.99
72.52.125.190
72.52.125.193
72.52.125.194
72.52.125.195
74.82.4.23
74.82.4.25
74.82.4.27
74.82.4.29
74.82.4.31
74.82.4.32
74.82.4.33
74.82.4.34
74.82.4.35
74.82.4.36
74.82.4.37
74.82.4.38
74.82.4.39
74.82.4.40
74.82.4.41
74.82.4.42
74.82.4.43
74.82.4.44
74.82.4.45
74.82.4.46
74.82.4.47
74.82.4.48
74.82.4.49
74.82.4.51
74.82.4.52
74.82.4.53
74.82.4.54
74.82.4.55
74.82.4.56
74.82.4.58
74.82.4.59
74.82.4.60
74.82.4.62

74.82.4.63
74.82.4.64
74.82.4.65
74.82.4.66
74.82.4.67
74.82.4.68
74.82.4.69
74.82.4.70
74.82.4.71
74.82.4.72
74.82.4.73
74.82.4.74
74.82.4.75
74.82.4.76
74.82.4.77
74.82.4.78
74.82.4.79
74.82.4.80
74.82.4.81
74.82.4.82
74.82.4.83
74.82.4.84
74.82.4.85
74.82.4.86
74.82.4.87
74.82.4.88
74.82.4.89
74.82.4.90
74.82.4.91
74.82.4.92
74.82.4.93
74.82.4.94
74.82.4.95
74.82.4.96
74.82.4.97
74.82.4.98
74.82.4.191
74.82.4.192
74.82.4.193
74.82.4.196
74.82.7.19
74.82.9.131
74.82.17.25
74.82.17.27

74.82.17.29
74.82.17.32
74.82.17.33
74.82.17.34
74.82.17.35
74.82.17.36
74.82.17.37
74.82.17.40
74.82.17.41
74.82.17.42
74.82.17.43
74.82.17.44
74.82.17.45
74.82.17.46
74.82.17.47
74.82.17.49
74.82.17.51
74.82.17.52
74.82.17.53
74.82.17.54
74.82.17.55
74.82.17.56
74.82.17.58
74.82.17.59
74.82.17.60
74.82.17.62
74.82.17.63
74.82.17.64
74.82.17.65
74.82.17.66
74.82.17.67
74.82.17.68
74.82.17.69
74.82.17.70
74.82.17.71
74.82.17.72
74.82.17.73
74.82.17.74
74.82.17.75
74.82.17.76
74.82.17.77
74.82.17.78
74.82.17.79
74.82.17.80

74.82.17.81
74.82.17.82
74.82.17.83
74.82.17.84
74.82.17.85
74.82.17.86
74.82.17.87
74.82.17.88
74.82.17.89
74.82.17.90
74.82.17.91
74.82.17.92
74.82.17.93
74.82.17.94
74.82.17.95
74.82.17.96
74.82.17.97
74.82.17.98
74.82.17.99
74.82.17.192
74.82.17.197
74.82.17.198
74.82.22.68
74.82.22.84
74.82.22.100
74.82.22.116
74.82.22.132
74.82.22.148
74.82.22.162
74.82.22.202
74.82.22.210
74.82.22.218
74.82.22.242
74.82.23.245
74.82.25.121
74.82.35.23
74.82.35.25
74.82.35.27
74.82.35.29
74.82.35.31
74.82.35.32
74.82.35.33
74.82.35.34
74.82.35.35

74.82.35.36
74.82.35.37
74.82.35.38
74.82.35.40
74.82.35.41
74.82.35.42
74.82.35.43
74.82.35.44
74.82.35.45
74.82.35.46
74.82.35.47
74.82.35.48
74.82.35.49
74.82.35.50
74.82.35.52
74.82.35.53
74.82.35.54
74.82.35.55
74.82.35.56
74.82.35.58
74.82.35.59
74.82.35.60
74.82.35.61
74.82.35.62
74.82.35.63
74.82.35.64
74.82.35.65
74.82.35.66
74.82.35.67
74.82.35.68
74.82.35.69
74.82.35.70
74.82.35.71
74.82.35.72
74.82.35.73
74.82.35.74
74.82.35.75
74.82.35.76
74.82.35.77
74.82.35.78
74.82.35.79
74.82.35.80
74.82.35.81
74.82.35.82

74.82.35.83
74.82.35.84
74.82.35.85
74.82.35.86
74.82.35.87
74.82.35.88
74.82.35.89
74.82.35.90
74.82.35.91
74.82.35.92
74.82.35.93
74.82.35.94
74.82.35.95
74.82.35.96
74.82.35.97
74.82.35.98
74.82.35.99
74.82.35.190
74.82.35.192
74.82.46.76
74.82.46.182
74.82.47.194
74.82.49.66
74.82.49.67
74.82.49.69
74.82.49.70
74.82.49.71
74.82.50.20
74.82.50.157
74.82.60.23
74.82.60.25
74.82.60.27
74.82.60.29
74.82.60.31
74.82.60.32
74.82.60.33
74.82.60.34
74.82.60.35
74.82.60.36
74.82.60.37
74.82.60.38
74.82.60.40
74.82.60.41
74.82.60.42

74.82.60.43
74.82.60.44
74.82.60.45
74.82.60.46
74.82.60.47
74.82.60.49
74.82.60.50
74.82.60.51
74.82.60.52
74.82.60.53
74.82.60.54
74.82.60.55
74.82.60.56
74.82.60.58
74.82.60.59
74.82.60.60
74.82.60.62
74.82.60.63
74.82.60.64
74.82.60.65
74.82.60.66
74.82.60.67
74.82.60.68
74.82.60.69
74.82.60.70
74.82.60.71
74.82.60.72
74.82.60.73
74.82.60.74
74.82.60.75
74.82.60.76
74.82.60.77
74.82.60.78
74.82.60.79
74.82.60.80
74.82.60.81
74.82.60.82
74.82.60.83
74.82.60.84
74.82.60.85
74.82.60.86
74.82.60.87
74.82.60.88
74.82.60.89

74.82.60.90
74.82.60.91
74.82.60.92
74.82.60.93
74.82.60.94
74.82.60.95
74.82.60.96
74.82.60.97
74.82.60.98
74.82.60.172
74.82.60.173
74.82.60.174
74.82.60.175
74.82.60.176
74.82.60.177
74.82.60.178
74.82.60.179
74.82.60.180
74.82.60.182
74.82.60.183
74.82.60.184
74.82.60.187
74.82.60.188
74.82.60.189
74.82.60.190
74.82.60.191
74.82.60.192
74.82.60.193
74.82.60.194
74.82.60.195
74.82.60.196
74.82.60.197
74.82.60.198
74.82.63.70
74.82.63.71
74.82.63.72
74.82.63.75
74.82.63.77
74.82.63.79
74.82.63.81
74.82.63.82
74.82.63.83
74.82.63.84
74.82.63.85

74.82.63.86
74.82.63.87
74.82.63.88
74.82.63.89
74.82.63.90
74.82.63.91
74.82.63.92
74.82.63.93
74.82.63.94
74.82.63.95
74.82.63.96
74.82.63.97
74.82.63.98
74.82.63.99
74.82.63.100
74.82.63.101
74.82.63.102
74.82.63.103
74.82.63.104
74.82.63.105
74.82.63.106
74.82.63.107
74.82.63.108
74.82.63.109
74.82.63.110
74.82.63.112
74.82.63.113
74.82.63.114
74.82.63.115
74.82.63.116
74.82.63.117
74.82.63.118
74.82.63.119
74.82.63.180
74.82.63.181
74.82.63.182
74.82.63.183
74.82.63.184
74.82.63.185
74.82.63.186
74.82.63.187
74.82.63.188
74.82.63.189
74.82.63.190

74.82.63.191
74.82.63.192
74.82.63.193
74.82.63.194
74.82.63.195
74.82.63.196
74.82.63.197
74.82.63.198
74.82.63.199
74.82.63.200
74.82.63.201
74.82.63.202
74.82.63.203
74.82.63.204
74.82.63.205
74.82.63.206
74.82.63.209
74.82.63.210
74.82.63.211
74.82.63.212
74.82.63.213
74.82.63.214
74.82.63.215
74.82.63.216
74.82.63.217
74.82.63.218
104.36.120.25
104.36.120.28
104.36.120.29
104.36.120.30
104.36.120.31
104.36.120.32
104.36.120.34
104.36.120.38
104.36.120.40
104.36.120.41
104.36.120.42
104.36.120.43
104.36.123.162
104.36.123.238
104.247.128.118
104.247.130.170
104.255.240.9
104.255.240.10

104.255.240.27
141.193.188.38
141.193.188.43
141.193.188.99
141.193.188.100
141.193.188.211
141.193.188.215
141.193.188.220
141.193.189.107
141.193.189.117
141.193.189.207
184.104.203.242
184.104.203.243
184.104.203.244
184.104.204.2
184.104.208.51
184.105.3.4
184.105.3.5
184.105.3.6
184.105.3.8
184.105.3.73
184.105.3.119
184.105.5.160
184.105.6.35
184.105.6.166
184.105.7.254
184.105.16.1
184.105.16.39
184.105.16.90
184.105.17.10
184.105.17.130
184.105.18.13
184.105.18.14
184.105.18.154
184.105.18.166
184.105.19.66
184.105.19.67
184.105.19.83
184.105.19.93
184.105.19.98
184.105.19.196
184.105.23.196
184.105.23.214
184.105.25.82

184.105.27.62
184.105.27.160
184.105.30.68
184.105.30.242
184.105.32.218
184.105.33.135
184.105.33.184
184.105.33.196
184.105.33.215
184.105.33.219
184.105.33.243
184.105.34.18
184.105.34.44
184.105.34.232
184.105.35.2
184.105.35.10
184.105.35.31
184.105.35.32
184.105.35.33
184.105.35.34
184.105.35.35
184.105.35.36
184.105.35.37
184.105.35.242
184.105.36.219
184.105.36.229
184.105.37.34
184.105.37.64
184.105.37.70
184.105.37.78
184.105.37.96
184.105.37.97
184.105.37.105
184.105.37.119
184.105.37.147
184.105.37.208
184.105.37.228
184.105.37.247
184.105.37.249
184.105.39.122
184.105.39.123
184.105.40.40
184.105.40.117
184.105.41.2

184.105.41.5
184.105.41.8
184.105.41.58
184.105.41.62
184.105.42.204
184.105.43.250
184.105.44.3
184.105.44.4
184.105.44.17
184.105.44.28
184.105.44.35
184.105.44.44
184.105.44.46
184.105.45.43
184.105.46.133
184.105.48.198
184.105.48.222
184.105.49.18
184.105.49.126
184.105.50.12
184.105.50.22
184.105.50.33
184.105.50.41
184.105.50.56
184.105.50.132
184.105.50.152
184.105.50.180
184.105.52.129
184.105.52.194
184.105.56.9
184.105.56.11
184.105.58.126
184.105.59.99
184.105.59.194
184.105.59.195
184.105.59.197
184.105.59.198
184.105.60.6
184.105.61.81
184.105.61.175
184.105.63.45
184.105.63.226
184.105.70.47
184.105.70.50

184.105.70.186
184.105.79.20
184.105.79.36
184.105.79.40
184.105.84.226
184.105.86.209
184.105.86.214
184.105.86.218
184.105.87.158
184.105.88.134
184.105.96.154
184.105.96.170
184.105.96.234
184.105.96.235
184.105.96.238
184.105.96.239
184.105.97.77
184.105.100.2
184.105.100.37
184.105.109.150
184.105.109.153
184.105.109.155
184.105.109.161
184.105.109.168
184.105.109.178
184.105.109.195
184.105.109.196
184.105.116.70
184.105.120.2
184.105.122.22
184.105.134.170
184.105.135.201
184.105.137.9
184.105.141.214
184.105.144.4
184.105.144.7
184.105.144.8
184.105.144.24
184.105.144.26
184.105.144.27
184.105.144.28
184.105.144.29
184.105.148.221
184.105.151.138

184.105.151.139
184.105.151.140
184.105.151.141
184.105.151.142
184.105.151.143
184.105.151.144
184.105.151.145
184.105.151.148
184.105.151.149
184.105.152.17
184.105.152.30
184.105.152.40
184.105.152.69
184.105.156.42
184.105.156.99
184.105.156.106
184.105.156.107
184.105.156.114
184.105.156.115
184.105.156.122
184.105.156.123
184.105.156.146
184.105.156.147
184.105.156.154
184.105.163.221
184.105.163.222
184.105.163.223
184.105.163.233
184.105.163.241
184.105.173.194
184.105.175.231
184.105.177.98
184.105.191.50
184.105.192.13
184.105.193.1
184.105.193.52
184.105.194.42
184.105.194.71
184.105.203.31
184.105.204.205
184.105.214.201
184.105.214.206
184.105.220.24
184.105.224.34

184.105.230.71
184.105.243.3
184.105.243.37
184.105.243.42
184.105.243.49
184.105.243.118
184.105.243.137
184.105.243.186
184.105.243.221
184.105.244.2
184.105.244.7
184.105.244.10
184.105.245.130
184.105.246.66
184.105.246.74
184.105.246.90
184.105.246.99
184.105.248.98
184.105.248.122
184.105.249.22
184.105.249.35
184.105.252.131
184.105.255.229
184.105.255.230
184.105.255.231
185.101.97.204
192.52.250.94
192.52.250.147
192.52.250.229
192.52.250.232
192.52.250.238
192.52.250.239
192.52.250.242
192.52.251.72
192.52.251.240
192.52.251.242
192.52.251.244
192.52.251.246
192.52.251.247
192.52.251.254
192.81.249.117
192.81.249.121
204.118.19.176
205.159.239.1

205.159.239.178
205.159.239.226
205.159.239.247
205.159.239.250
207.126.90.2
207.126.91.3
207.126.92.234
207.126.94.97
209.51.161.174
209.51.169.66
209.51.170.117
209.51.184.130
209.51.187.36
216.66.0.67
216.66.0.230
216.66.6.66
216.66.12.34
216.66.12.116
216.66.12.131
216.66.12.133
216.66.12.146
216.66.12.161
216.66.12.176
216.66.12.180
216.66.12.222
216.66.12.228
216.66.13.154
216.66.16.116
216.66.22.38
216.66.24.20
216.66.29.78
216.66.29.124
216.66.29.155
216.66.32.34
216.66.36.22
216.66.41.10
216.66.41.33
216.66.41.210
216.66.41.234
216.66.42.253
216.66.55.76
216.66.55.147
216.66.64.198
216.66.64.201

216.66.64.205
216.66.64.206
216.66.64.211
216.66.72.166
216.66.73.50
216.66.73.62
216.66.74.22
216.66.74.69
216.66.74.120
216.66.76.36
216.66.76.44
216.66.76.45
216.66.76.52
216.66.76.82
216.66.76.106
216.66.78.106
216.66.79.190
216.66.81.161
216.66.81.162
216.66.81.163
216.66.81.164
216.66.81.165
216.66.81.166
216.66.89.114
216.66.89.169
216.66.89.180
216.66.89.190
216.66.91.2
216.66.91.3
216.66.91.4
216.66.91.5
216.66.91.6
216.66.91.7
216.66.91.8
216.66.91.18
216.66.91.19
216.66.91.20
216.66.91.21
216.66.91.22
216.66.91.23
216.66.91.24
216.66.91.25
216.66.91.34
216.66.91.35

216.66.91.36
216.66.91.37
216.66.91.38
216.66.91.41
216.66.91.42
216.66.91.43
216.66.91.44
216.66.91.45
216.66.91.50
216.66.91.66
216.66.91.67
216.66.91.68
216.66.91.69
216.66.91.71
216.66.91.73
216.66.91.90
216.66.91.114
216.66.91.115
216.66.91.139
216.66.93.226
216.66.93.227
216.66.93.228
216.66.93.231
216.66.93.232
216.66.93.236
216.66.93.237
216.66.93.238
216.66.93.239
216.66.93.240
216.66.93.242
216.66.93.243
216.66.93.244
216.66.93.247
216.66.93.248
216.66.93.249
216.66.93.250
216.66.93.251
216.66.93.252
216.66.93.254
216.66.95.116
216.152.65.99
216.218.131.130
216.218.131.138
216.218.131.143

216.218.131.146
216.218.131.153
216.218.131.154
216.218.131.156
216.218.131.162
216.218.131.165
216.218.131.166
216.218.131.171
216.218.131.172
216.218.131.173
216.218.131.174
216.218.131.176
216.218.131.177
216.218.131.178
216.218.131.179
216.218.131.185
216.218.133.217
216.218.147.254
216.218.168.59
216.218.168.89
216.218.175.3
216.218.189.43
216.218.189.198
216.218.189.210
216.218.189.211
216.218.189.212
216.218.189.218
216.218.189.219
216.218.190.50
216.218.190.51
216.218.190.52
216.218.190.53
216.218.190.54
216.218.191.91
216.218.196.19
216.218.196.146
216.218.196.193
216.218.196.194
216.218.198.110
216.218.198.232
216.218.207.198
216.218.210.48
216.218.221.194
216.218.221.195

216.218.221.196
216.218.221.197
216.218.221.198
216.218.221.199
216.218.221.200
216.218.221.201
216.218.221.203
216.218.221.204
216.218.221.206
216.218.221.208
216.218.221.211
216.218.221.213
216.218.221.214
216.218.221.215
216.218.221.219
216.218.221.220
216.218.221.221
216.218.221.222
216.218.221.223
216.218.221.229
216.218.221.230
216.218.221.233
216.218.221.234
216.218.221.235
216.218.221.236
216.218.221.237
216.218.221.238
216.218.221.239
216.218.221.240
216.218.221.241
216.218.221.242
216.218.221.243
216.218.221.244
216.218.221.245
216.218.221.246
216.218.221.247
216.218.221.248
216.218.221.249
216.218.222.10
216.218.222.11
216.218.222.12
216.218.222.13
216.218.222.14
216.218.222.214

216.218.226.246
216.218.228.2
216.218.228.10
216.218.228.15
216.218.228.21
216.218.228.22
216.218.228.24
216.218.228.35
216.218.230.140
216.218.240.235
216.218.240.240
216.218.241.201
216.218.244.6
216.218.252.66
216.218.252.70