**CNA**

## CNA PARAMOUNT

Renewal                                              **Effective Date:**      01/24/2015

**Insured Name:**
HURRICANE ELECTRIC LLC
760 MISSION CT

FREMONT, CA  94539

**Policy Number:** 5091119138                **Policy Period:**   01/24/2015 – 01/24/2016

**Producer's Information:**

PROFESSIONAL INS ASSOC INC                   **Producer Code:**   030698
1100 INDUSTRIAL RD #
PO BOX 1266
SAN CARLOS, CA  94070
(650)592-7333

**CNA Branch Number:** 250

**CNA Branch Name and Address:**
SAN FRANCISCO
555 MISSION ST., STE 200

SAN FRANCISCO, CA  94105
(415)932-7500

---

**Thank you for choosing CNA!**

With your CNA Paramount package policy, you have insurance coverage tailored to meet the needs of your modern business. The international network of insurance professionals and the financial strength of CNA, rated "A" by A.M. Best, provide the resources to help you manage the daily risks of your organization so that you may focus on what's most important to you.

**Claim Services — There When You Need Us**

Claims are reported through a single point of entry available 24/7, connecting you to the individuals and information to help you resume your business when you need it most.

To report a claim, please call (877) CNA-ASAP, fax (800) 953-7389, email lossreport@cnaasap.com, or visit www.cna.com/claim.

**Risk Control Services — Help Avoid A Claim Before It Occurs**

As a CNA policyholder, you have access to certified risk control professionals, risk mitigation programs and online resources to help identify and manage exposures that may disrupt your operation. We collaborate with business leaders to develop customized programs to assist you in safeguarding your assets and improving the bottom line.

To learn how our award-winning Risk Control services can help your business, please call (866) 262-0540, email us at riskcontrolwebinfo@cna.com or visit www.cna.com/riskcontrol.

---

When it comes to providing the coverage, service and resources paramount to your business success … **we can show you more.**

AGENT

Copyright CNA All Rights Reserved.





| | **CNA PARAMOUNT** |
|---|---|
| | **Policy Holder Notice – Countrywide** |

# IMPORTANT INFORMATION

## NOTICE – OFFER OF TERRORISM COVERAGE
## NOTICE – DISCLOSURE OF PREMIUM

Solely with respect to the following coverage parts:

<u>Business Property</u>_____

_____

<u>General Liability</u>_____

**THIS NOTICE DOES NOT FORM A PART OF YOUR POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY**

You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally the Act provides that to be certified an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 reauthorization of the Act no longer requires the act of terrorism to be committed by or on behalf of a foreign interest and certified acts of terrorism now encompass, for example, a terrorist act committed against the United States government by a United States citizen when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage is shown separately on your Policy Declarations, and is also included in the total premium.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.





 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Policy Holder Notice – Countrywide**

Further, this coverage is subject to a limit on our liability, pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

 Copyright CNA All Rights Reserved.

| **CNA** | **CNA PARAMOUNT** |
| | **Policy Holder Notice – Countrywide** |

# IMPORTANT INFORMATION

## NOTICE TO POLICYHOLDERS
## JURISDICTIONAL INSPECTIONS

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certificates. In most jurisdictions, insurance company employees who have been licensed are authorized to perform these inspections.

**If:**

• You own or operate equipment that requires a certificate from a state or city to operate legally, and

• We insure that equipment under this Policy, and

• You would like us to perform the next required inspection:

**Then:**

Fill in the form on the next page and mail/fax to the appropriate address/fax number for your account locations (if multiple locations in both territories, please fax to both numbers). Note the following:

• Your jurisdiction(s) may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.

• All the provisions of the INSPECTION AND SURVEYS condition apply to the inspections described in this notice.

**ADDRESS/FAX NUMBERS:**

**Eastern:**    CNA Equipment Breakdown Risk Control
4 Century Drive, Suite 202
Parsippany, NJ 07054
**609-495-8896 (FAX)**

(AL, AR, CT, DC, DE, FL, GA, LA, MA, MD, ME, MS, NC, NH, NJ, NY, OK, PA, RI, SC, TN, TX, VA, VT, WV)

**Western:**    CNA Equipment Breakdown Risk Control
600 North Pearl Street, 13th Floor
Dallas, TX, 75201
**214-530-3793 (FAX)**

(AK, AZ, CA, CO, HI, IA, ID, IL, IN, KS, KY, MI, MN, MO, MT, ND, NE, NM, NV, OH, OR, SD, UT, WA, WI, WY)

**REMINDER**

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection, please let us know by faxing/mailing the new information to address/fax number listed above.

If this is a renewal and information (locations) has not changed, please disregard this notice.

If inspection and maintenance are outside of your area of responsibility, we would appreciate your forwarding this notice to the appropriate person. **If no response is received, we are assuming there are no jurisdictional objects at your location(s) and no inspections are required.**

**Note: Jurisdictional inspections are not conducted outside of the United States, its territories, possessions, or Canada.**





**CNA PARAMOUNT**

**Policy Holder Notice – Countrywide**

## REQUEST FOR JURISDICTIONAL INSPECTION

| Insured Name: |
|---|

| Policy Number: | Policy Term: |
|---|---|

| Contact Person: |
|---|
| Contact Telephone Number: |
| Contact Email Address: |

| Location Address[1] | City | State | Zip |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

| Equipment Type[2,3,4] (Boiler, Pressure Vessel) | Certificate Number (State #) | Certificate Expiration Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Completed By (Name & Date):** _____

**Telephone #/Email Address:** _____

**Eastern:** CNA Equipment Breakdown Risk Control
4 Century Drive, Suite 202
Parsipanny, NJ 07054
**609-495-8896 (FAX)**

(AL, AR, CT, DC, DE, FL, GA, LA, MA, MD, ME, MS, NC, NH, NJ, NY, OK, PA, RI, SC, TN, TX, VA, VT, WV)

**Western:** CNA Equipment Breakdown Risk Control
600 North Pearl Street, 13th Floor
Dallas, TX, 75201
**214-530-3793 (FAX)**

(AK, AZ, CA, CO, HI, IA, ID, IL, IN, KS, KY, MI, MN, MO, MT, ND, NE, NM, NV, OH, OR, SD, UT, WA, WI, WY)

[1]If multiple objects and/or multiple locations, please list all required information on separate page(s).

[2]Boiler is defined as an enclosed vessel heated by fuel or electricity to produce steam or hot water.

[3]Pressure Vessel is defined as an enclosed vessel (tank) greater than 6 cubic feet (18 inches x 40 inches) to store liquid or gas under pressure for use when needed.

[4]LPG (ex: propane, propylene, butane & butylenes) Tank with vapor pressures not exceeding that allowed for commercial propane. California requirement only.

   Copyright CNA All Rights Reserved.



| | **CNA PARAMOUNT** |
|---|---|
| | **Policy Holder Notice – Countrywide** |

# QUALITY ASSURANCE FORM

### Help Us To Serve You Better

Every effort has been made to produce a quality product for you. Please review this transaction, and if it is incorrect list the correction needed in the space provided below and fax this Quality Assurance Form to us at
877-363-8669    or email to ciet@cna.com

Questions pertaining to any transaction should be referred to  CNA Customer Interaction Center at 877-574-0540, Option 3

Please send routine requests via standard ACORD forms through the same method you are using today. The preferred method is by fax: to 877-363-8669

**Insured/Account Name:** HURRICANE ELECTRIC LLC

**Policy Number:** C 5091119138          **Line of Business:** PMT

**Agent Name:** PROFESSIONAL INS ASSOC INC

**Producer Code:** 030698          **Branch:** SAN FRANCISCO

**Transaction Type:** Renewal

**Transaction Effective Date:** 01/24/2015

Your Transaction was processed by Commercial Insurance Center - Maitland, FL

**C ID:** BY CAC2670

\_\_\_  **Transaction Incorrect - See Below.**          \_\_\_  **Transaction Processed Correctly**

**Correction needed:**

_____

_____





# CNA PARAMOUNT

## Policy Declarations

| | |
|---|---|
| **Policy Issued by:** | Name: Nat'l Fire Ins Co of Hartford<br>Address: 333 S. WABASH<br>CHICAGO, IL. 60604 |

Policy Number: 5091119138
Renewal of: 5091119138

| | |
|---|---|
| **Producer's Information:** | Name: PROFESSIONAL INS ASSOC INC<br>Address: 1100 INDUSTRIAL RD #<br>PO BOX 1266<br>SAN CARLOS, CA 94070 |

Producer Code: 030698

| | |
|---|---|
| **1. Named Insured and mailing address:** | Name: HURRICANE ELECTRIC LLC<br>Address: 760 MISSION CT<br><br>FREMONT, CA 94539 |

| | |
|---|---|
| **2. Coverage Parts:** | The **coverage parts** attached to and forming part of this Policy<br><br>Business Property<br>General Liability |

| | |
|---|---|
| **3. Policy Period:** | Effective date<br>from:                    to:                    At 12:01 A.M. Standard Time at your mailing address shown above<br>01/24/2015          01/24/2016 |

| | |
|---|---|
| **4. Limits of Insurance and Deductibles:** | See **Coverage Part** Declarations |

| | |
|---|---|
| **5. Premium, Surcharges, Taxes and Fees at Issuance:** | See **Coverage Part** Declarations for **Coverage Part**<br>Premium, surcharges, taxes and fees<br>Total Premium and applicable taxes, surcharges and fees          $34,935.21 |

| | |
|---|---|
| **6. Forms and Endorsements Attached to this Policy at Issuance:** | See Schedule of Forms and Endorsements |



CNA62639XX 09-12

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Policy Declarations**

These Declarations, along with any attached forms and endorsements shall constitute the contract between the **Insureds** and the Insurer.

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

Policy Number:   5091119138

## I.   CNA PARAMOUNT

### A.  Policyholder Notices

| Form Title | Form Number | Form Edition |
|---|---|---|
| Policy Holder Notice - Countrywide | CNA62820XX | 09-12 |
| Policy Holder Notice - Countrywide | CNA62823XX | 09-12 |
| IMP INF Economic And Trade Sanctions Condition | G145041A | 05-03 |
| Important Information | G147201A | 12-04 |

### B.  Policy Terms & Conditions

| | | |
|---|---|---|
| Policy Declarations | CNA62639XX | 09-12 |
| Schedule of Forms and Endorsements | CNA62640XX | 09-12 |
| Common Terms and Conditions | CNA62642XX | 09-12 |
| First Party Glossary of Defined Terms | CNA62641XX | 09-12 |
| First Party Terms and Conditions | CNA62647XX | 09-12 |

## II.  POLICY COVERAGE PARTS

### A.  Business Property

| | | |
|---|---|---|
| Business Property Coverage Part Declarations | CNA62643XX | 09-12 |
| Business Property Schedule of Coverages and Limits | CNA62645XX | 09-12 |
| Business Property Schedule of Locations | CNA62644XX | 09-12 |
| Loss Payee or Mortgagee Schedule | CNA62728XX | 09-12 |
| Business Property Coverage Part | CNA62648XX | 09-12 |
| Notice to Policyholders Jurisdictional Inspections | G147121I | 02-14 |

### E.  General Liability

| | | |
|---|---|---|
| General Liability Coverage Part Declaration | P55170A | 01-86 |
| SCHEDULE CG2404 | G56015B | 11-91 |
| Commercial General Liability Coverage Form | CG0001 | 04-13 |
| Employment-Related Practices Exclusion | CG2147 | 12-07 |
| Cap on Losses for Certified Acts of Terrorism | CG2170 | 01-08 |



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

Policy Number:   5091119138

| Form Title | Form Number | Form Edition |
|---|---|---|
| Waiver-Trans Rights Recovery Against Others To Us | CG2404 | 05-09 |
| Designated Location(s) General Aggregate Limit | CG2504 | 05-09 |
| California Changes | CG3234 | 01-05 |
| Amendatory Endorsement - Pollution Exclusion | G132263B | 11-04 |
| Technology General Liability Extension Endt | G144294C99 | 12-06 |
| Fungi/Mold/Mildew/Yeast/Microbe Exclusion and Wate | G300304A04 | 05-06 |
| Exclusion-Personal And Advertising Injury Limited | G300950A | 07-10 |
| Exclusion - Asbestos | G43316C | 06-98 |
| Premium Bases | G55157B | 02-88 |

| III.  POLICY ENDORSEMENTS | | |
|---|---|---|
| Amendment to Policy Declarations- Named Insured Endorsement | CNA62700XX | 09-12 |
| Bridge Endorsement | CNA62646XX | 09-12 |
| Cancellation / Non-Renewal - California | CNA62814CA | 09-12 |
| Amendatory Endorsement - California | CNA62815CA | 09-12 |
| Cap on Losses from Certified Acts of Terrorism Endorsement | CNA62691XX | 09-12 |
| Economic And Trade Sanctions Condition | G144291A | 03-03 |
| Nuclear Energy Liab Exclusion Endt (Broad Form) | IL0021 | 04-98 |

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Common Terms and Conditions**

The Insurer and the **Named Insured**, in consideration of the payment of the premium and in reliance upon all statements made in the application furnished to the Insurer designated in the **Policy Declarations**, a stock insurance corporation, hereafter called the "Insurer," agree as follows. Terms in bold face type have special meaning as set forth in any applicable **First Party Glossary of Defined Terms** or the applicable **coverage part**s of this Policy. All headings are also in bold, whether or not they contain defined terms. See **Section XVI, HEADINGS** below.

---

## I.   ASSIGNMENT OF INTEREST

Assignment of interest under this Policy shall not bind the Insurer unless its consent is endorsed to this Policy except in the case of death of a natural person **Named Insured**.

---

## II.   BANKRUPTCY

Bankruptcy or insolvency of any **Named Insured** or of the **Named Insured**'s estate shall not relieve the Insurer of any of its obligations hereunder.

---

## III.   CANCELLATION/NONRENEWAL

### A.   Insurer's Right to Cancel

The Insurer may cancel this policy by providing to the **First Named Insured** written notice of such cancellation stating when, not less than 10 days thereafter, such cancellation shall be effective if such cancellation is due to non-payment of premium. If cancellation is due to any other reason, such notice shall be provided not less than 60 days thereafter.

### B.   Named Insured's Right to Cancel

The **First Named Insured** may cancel this Policy by providing the Insurer written notice stating when thereafter such cancellation shall be effective. The mailing or delivery of such notice shall be sufficient.

### C.   Premium Refund

If this policy is cancelled, the Insurer will send the **First Named Insured** any premium refund due. If the Insurer cancels, the refund will be pro rata. If the **First Named Insured** cancels, the refund may be less than pro rata. The cancellation will be effective even if the Insurer has not made or offered a refund.

### D.   Nonrenewal

If the Insurer decides not to offer any renewal terms for this Policy, the Insurer shall provide written notice to the **Named Insured** at least 60 days prior to the Policy expiration date. The notice shall include the reason for such non-renewal.

### E.   Notices

If any notice required under this Section is mailed, proof of mailing will be sufficient proof of notice.

---

## IV.   CHANGES

Notice to or knowledge possessed by any agent or other person acting on behalf of the Insurer shall not effect a waiver or a change in any part of this Policy or stop the Insurer from asserting any right under the provisions of this Policy, nor shall the provisions be waived or changed except by written endorsement issued to form a part of this Policy.

---

## V.   CONFORMITY TO STATUTE

Terms of these conditions or any **coverage part** that are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to such statutes.



CNA62642XX 09-12

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Common Terms and Conditions

---

### VI.  COORDINATION AMONG COVERAGE PARTS

Subject always to the applicable Limit of Liability, should two or more **coverage parts** apply to the same loss, the Insurer will not pay more than the **Named Insured**'s actual loss.

---

### VII.  COVERAGE PART TERMS AND CONDITIONS

The terms and conditions of each **coverage part** apply only to that **coverage part** and shall not apply to any other **coverage part**. If any provision in the **Common Terms and Conditions** is inconsistent or in conflict with the terms and conditions of any **coverage part**, the terms and conditions of such **coverage part** shall control for purposes of that **coverage part**.

---

### VIII. CURRENCY

All premiums, limits, deductibles and other amounts stated or payable under this Policy are expressed and payable in the currency of the United States of America. If any payments due under this Policy are stated or incurred in a currency other than United States of America dollars, payment under this Policy will be made in United States of America dollars, at the rate of exchange published in The Wall Street Journal on the date the Insurer's obligation to pay such amount is established (or, if not published on such date, the next publication date of The Wall Street Journal).

---

### IX.  ENTIRE AGREEMENT

The **Named Insureds** agree that this Policy constitutes the entire contract existing between them and the Insurer or any of its agents relating to this insurance.

---

### X.  EXAMINATION OF THE INSURED'S BOOKS AND RECORDS

The Insurer may examine and audit any **Named Insured**'s books and records as they relate to this Policy at any time during the **policy period** and up to 3 years afterward.

---

### XI.  INSPECTIONS AND SURVEYS

The Insurer has the right but not the obligation to:

**A.**  make inspections and surveys at any time;

**B.**  provide reports on the conditions it finds;

**C.**  recommend changes; or

**D.**  conduct loss control and prevention activity.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

The Insurer does not:

**1.**  make safety inspections;

**2.**  undertake to perform the duty of any entity to provide for the health or safety of workers or the public;

**3.**  warrant that conditions are safe or healthful or comply with laws, regulations, codes or standards.

---

### XII.  LIBERALIZATION

If the Insurer adopts any revision that would broaden the coverage under this Policy without additional premium within 60 days prior to or during the **policy period**, the broadened coverage will immediately apply to this Policy.

---

         Copyright CNA All Rights Reserved.

**CNA**

# CNA PARAMOUNT

## Common Terms and Conditions

### XIII. NAMED INSURED AUTHORIZATION AND NOTICES

The **First Named Insured** agrees that it will act on behalf of all **Named Insured**s with respect to the giving of all notices to the Insurer, the receipt of notices from the Insurer, the payment of the premiums, the receipt of any return premiums that may become due under this Policy, and the acceptance of endorsements.

Any notices required under the **CANCELLATION** / **NON-RENEWAL** sections of this Policy shall be provided to the **First Named Insured** at the last known address and to its insurance agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

### XIV. NO SUIT AGAINST INSURER

**A.** No suit shall be brought under this Policy by anyone other than the **Named Insured**. The **Named Insured** may not bring any such suit, action or legal proceeding unless, as a condition precedent, there shall have been full compliance with all the provisions of this Policy and:

    **1.** with respect to any property **coverage part**, the action is brought within 3 years after the date on which the loss or damage occurred or, with respect to any crime coverage, the date the loss was **discovered**;

    **2.** with respect to any third party **coverage part**, the amount of the **Named Insured**'s obligation to pay shall have been finally determined either by final and nonappealable judgment against the **Named Insured** after trial or by written agreement of the **Named Insured**, the claimant and the Insurer.

However, if any law prohibits such time limitation then the limitation is amended to equal the minimum time limitation required by such law.

**B.** No person or organization shall have any right under this Policy to join the Insurer as a party to any suit against the **Named Insured** to determine the **Named Insured**'s liability, nor shall the Insurer be impleaded by the **Named Insured** or their legal representatives in any such suit.

### XV. TRADE AND ECONOMIC SANCTIONS

This Policy does not provide coverage for any **Named Insured**, transactions, or any loss that is uninsurable under the laws or regulations of the United States concerning trade or economic sanctions.

### XVI. HEADINGS

The descriptions in the headings of this Policy are solely for convenience, and form no part of the terms and conditions of coverage.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its Chairman and Secretary at Chicago, Illinois, but the same shall not be binding upon the Insurer unless countersigned by a duly authorized representative of the Insurer.

| Chairman | Secretary |
|---|---|
|  |  |



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

This **First Party Glossary of Defined Terms** applies to the **Business Property Coverage Part** and the **Business Crime Coverage Part**, as applicable, and their associated forms and endorsements. For purposes of this Policy, words in **bold**, whether expressed in the singular or the plural, have the meaning set forth below.

---

**ACTUAL CASH VALUE**

**Actual cash value** means the replacement cost with deduction for depreciation, deterioration and obsolescence which amount is computed as of the time and at the place of loss or damage.

---

**ALTERATION**

**Alteration** means the material modification of an **original** document by a person acting without authority and with the intent to deceive. **Alteration** does not include the electronic or manual insertion of any personal identification code, including personal identification numbers or password or a **counterfeit**.

---

**BANKING PREMISES**

**Banking premises** means the interior of that portion of any **building** occupied by a **financial institution**.

---

**BONUS PAYMENTS**

**Bonus payment** means the unamortized portion of money, other than rent or security, that the **Named Insured** paid to acquire its lease and that will not be refunded to the **Named Insured**.

---

**BUILDING**

**Building** means a building or structure, including completed additions, additions under construction and alterations and repairs to such building or structure that the **Named Insured** owns, occupies or is legally or contractually required to insure.

---

**BUSINESS INCOME**

**Business income** means **net Income**, including **rental value**, plus **continuing operating expenses**.

---

**CLIENT**

**Client** means a third party for whom the **Named Insured** performs specified professional services for a fee.

---

**COMPUTER FRAUD**

**Computer fraud** means **theft** of **money**, **securities** and **other property** following and directly related to the use of any computer to fraudulently cause a transfer of that property to a person who is not an **employee** or to an account of any **financial institution** not controlled by the **Named Insured**.

---

**CONTAMINANTS OR POLLUTANTS**

**Contaminants or pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

---

**CONTINUING OPERATING EXPENSES**

**Continuing operating expenses** means:

**A.**  the **Named Insured**'s normal operating expenses including any reasonable and necessary payroll expenses; plus



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**B.** charges that are the unsatisfied legal obligation of the **Named Insured**'s tenants and for which the **Named Insured** is now obligated.

**Continuing operating expenses** does not mean **extra expense,** expediting expense or **research and development business income**.

### COUNTERFEIT

**Counterfeit** means a **written** imitation of an actual valid **original** that is intended to deceive and to be taken as the **original**.

### COVERAGE PART

**Coverage part** means only those coverage parts designated as included in the **Schedule of Forms and Endorsements**.

### COVERAGE TERRITORY

**Coverage territory** means the United States of America, its territories or possessions, Canada, or Puerto Rico. **Coverage territory** does not include any waterborne shipment to or from Alaska, Puerto Rico, Hawaii or territories or possessions of the United States of America.

### COVERED EQUIPMENT

**Covered equipment** means:

**A.** equipment that generates, transmits or utilizes energy, including **electronic data processing equipment** and communication equipment; or

**B.** equipment that, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

However, **covered equipment** does not include any:

**1.** structure, cabinet; compartment, conduit or ductwork;

**2.** dragline, excavation or construction equipment;

**3.** drainage, sewer or waste piping; underground gas piping; piping valves or fittings forming a part of a sprinkler  or fire suppression system; water piping that is not part of a closed loop used to conduct heat or cooling from a boiler or a refrigeration or air conditioning system; or buried piping or vessels;

**4.** part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

**5.** equipment manufactured by the **Named Insured** for sale;

**6.** furnace or any insulating or refractory material;

**7.** satellite, spacecraft or any equipment mounted thereon;

**8.** structure or foundation, including the structural portions of buildings and towers, scaffolding and any air supported structure;

**9.** felt, wire, screen, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

**10.** non-metallic pressure or vacuum equipment, unless it is constructed and used in accordance with the American Society of Mechanical Engineers (A.S.M.E.) code or another appropriate and approved code; or

**11.** vehicle, aircraft, self-propelled equipment or floating vessel, or any equipment mounted thereon.

 Copyright CNA All Rights Reserved.

**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

## COVERED INSTRUMENTS

**Covered instruments** means **written** checks, drafts, promissory notes or similar **written** promises, orders or directions to pay a sum certain in **money**, and also includes **written** instruments required in conjunction with any credit, debit or charge card issued to the **Named Insured** or to any **employee** for business purposes, or issued to any proprietor, partner, member or officer of the **Named Insured** for personal use.

## COVERED PERILS

**Covered perils** means all causes of direct physical loss of or damage to property, unless such causes of physical loss of or damage to property are otherwise excluded. However, **covered peril** does not include **equipment breakdown** except solely to the extent covered under Section **III. ADDITIONAL COVERAGES, Equipment Breakdown** Coverage, if applicable, under the **Business Property Coverage Part**.

## DEPENDENT PROPERTY

**Dependent property** means a premises that is operated by others on whom the **Named Insured** depends to:

**A.** deliver materials or services to the **Named Insured** or to others for the **Named Insured**'s account;

**B.** accept the **Named Insured**'s products or services;

**C.** manufacture products for delivery to the **Named Insured**'s customers under contract of sale; or

**D.** attract customers to the **Named Insured**'s business.

**Dependent property** does not mean a premises operated by others on whom the **Named Insured** depends to deliver any utility service power (including services related to internet access or access to any electronic network), to the **Named Insured** or to others for the **Named Insured**'s account.

## DISCOVER OR DISCOVERED

Solely when used in the **Business Crime Coverage Part**, **discover** or **discovered** means:

**A.** the time when the **Named Insured** first becomes aware of facts which would cause a reasonable person to assume that a covered loss did or will happen, regardless of when the act that may cause or contribute to such loss occurred, even though the exact amount or details of loss may not be known; or

**B.** the time when the **Named Insured** first receives notice of an actual or potential claim in which it is alleged that the **Named Insured** is liable to a third party under circumstances that, if true, would constitute a covered loss.

## EARTH MOVEMENT

**Earth movement** means earthquake or other seismic activity (including but not limited to underground magma activity), the abrupt rising, sinking or shifting of earth, or mine subsidence. However, **earth movement** does not include **sinkhole collapse** or **volcanic eruption**.

## ELECTRONIC DATA

**Electronic data** means information (including programs) stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, or data processing devices.

## ELECTRONIC DATA PROCESSING EQUIPMENT

**Electronic data processing equipment** means any equipment or interconnected system of equipment that is used in the automated acquisition, storage or processing of **electronic data**. **Electronic data processing equipment** includes climate control and fire protective equipment used solely in connection with **electronic data** processing.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**Electronic data processing equipment** does not include sold equipment, equipment held as **stock** or equipment in the course of manufacture.

---

### ELECTRONIC DATA PROCESSING EQUIPMENT LEASEHOLD VALUES

**Electronic data processing equipment leasehold values** meaning the present value of the difference between the:

**A.** actual periodic lease payments for **electronic data processing equipment** that has incurred direct physical loss or damage and for which the **Named Insured** remains liable during the unexpired term of the lease; and

**B.** periodic payment for the replacement of **electronic data processing equipment** due under the new lease, for each remaining month of the term of the lease.

---

### EMPLOYEE

**Employee** means

**A.** any natural person:

    **1.** while in the **Named Insured**'s service (and for 60 days after termination of service); and

    **2.** whom the **Named Insured** compensates directly by salary, wages, or commissions; and

    **3.** whom the **Named Insured** has the right to direct and control while performing services for the **Named Insured**; or

**B.** any natural person who is furnished to the **Named Insured**:

    **1.** to substitute for a permanent **employee** on leave; or

    **2.** to meet seasonal or short-term workload conditions,

while that person is subject to the **Named Insured**'s direction and control and performing services for the **Named Insured**, excluding, however, any such person while having care and custody of the **Named Insured**'s property outside the **premises**; or

    **3.** any natural person leased to the **Named Insured**, under an agreement between the **Named Insured** and a labor leasing firm, while that person is subject to the **Named Insured**'s direction and control and performing services for the **Named Insured**; or

    **4.** any non-compensated natural person:

        **a.** other than one who is a fund solicitor, while performing services for the **Named Insured** that are usual to the duties of an **employee** or officer; or

        **b.** while acting as a fund solicitor during fund raising campaigns; or

    **5.** solely with respect to an **employee benefit plan**, any natural person who is required to be bonded by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

However, other than with respect to an **employee benefit plan**, **employee** does not mean any:

    **a.** agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    **b.** **manager**, **member,** partner, proprietor, director or trustee, but solely to the extent he or she is acting in his or her capacity as such.

---

### EMPLOYEE BENEFIT PLAN

**Employee benefit plan** means an employee welfare benefit plan or an employee pension benefit plan as more fully set forth in Title 1, Section 3 of the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments

---

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

thereto and which is solely sponsored by the **Named Insured** and which is in existence at the inception of the **policy period**.

## EMPLOYEE THEFT

**Employee theft** means the unlawful taking of **personal property, money, securities** or **fine arts** to the deprivation of the **Named Insured** or an **employee benefit plan** by an **employee**, whether identified or not, acting alone or in collusion with others. For purposes of clarification, solely with respect to an **employee benefit plan, employee theft** means all acts of fraud or dishonesty required to be bonded against by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

**Employee theft** also includes **forgery** by an **employee**.

## EQUIPMENT BREAKDOWN

**Equipment breakdown** means a sudden and accidental breakdown of **covered equipment**. At the time the breakdown occurs, the breakdown must manifest itself by physical damage to the **covered equipment** that necessitates repair or replacement.

However, **equipment breakdown** does not mean:

**A.** malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**B.** defects, erasures, errors, limitations or viruses in computer equipment and programs including the inability to recognize and process any date or time to provide instructions to **covered equipment**;

**C.** leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**D.** damage to any vacuum tube, gas tube, or brush;

**E.** damage to any structure or foundation supporting the **covered equipment** or any of its parts;

**F.** the functioning of any safety or protective device; or

**G.** the cracking of any part on an internal combustion gas turbine exposed to the products of combustion.

## EXECUTIVE OFFICER

**Executive officer** means any natural person partner, member, officer, manager (of a limited liability company), director or trustee of the **Named Insured**.

## EXTRA EXPENSE

**Extra expense** means actual reasonable and necessary expenses the **Named Insured** would not have incurred if there had been no direct physical loss or damage to property, provided such expenses are incurred:

**A.** to avoid or minimize the suspension or delay of **operations** and to continue such **operations** at the **location** or at any other premises; or

**B.** to minimize the suspension or delay of operations if the **Named Insured** cannot continue **operations**.

**Extra expense** includes:

**1.** relocation expenses necessary to equip and operate other premises where **operations** are being continued in accordance with paragraph **A.** above; and

**2.** expenses incurred to repair or replace any **insured property** or to research or restore lost information on **media**, but only to the extent such expenses reduce the amount that the Insurer would otherwise have to pay.

**Extra expense** does not include **research and development restoration expense**.



# CNA PARAMOUNT

## First Party Glossary of Defined Terms

---

### FINANCIAL INSTITUTION

**Financial institution** means:

**A.** a banking, savings or thrift institution, credit union, or similar depository institution; or

**B.** a stock brokerage firm, mutual fund, liquid assets fund or similar investment institution where the **Named Insured** maintains an account.

However, **financial institution** does not include check cashers, currency exchangers or money remittance firms.

### FINE ARTS

**Fine arts** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antiques, porcelains, rare books, manuscripts, bric-a-brac and similar property of rarity, historical value or artistic merit.

### FINISHED STOCK

**Finished stock** means **stock** the **Named Insured** has manufactured that is in a completed state and ready for sale. However, **finished stock** does not include stock the **Named Insured** has manufactured that is held for sale at any retail outlet at a **location**.

### FIRST NAMED INSURED

**First named insured** means the person or entity first named in Item 1 of the Declarations.

### FIXTURES

**Fixtures** means:

**A.** indoor or outdoor property fixed or attached to a **building**, including permanently installed machinery and equipment;

**B.** glass (including all lettering and ornamentation) forming part of the **building**.

### FLOOD

**Flood** means a general and temporary condition of partial or complete inundation of normally dry land areas, whether caused in whole or in part or in any sequence by natural occurrences, acts or omissions of man or any other cause or combination of causes.

### FORGERY

**Forgery** means the signing of the name of another person or organization with intent to deceive. **Forgery** does not mean:

**A.** a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose;

**B.** the electronic or manual insertion of any personal identification code, including personal identification numbers or passwords; or

**C.** a **counterfeit**.

### FUNDS TRANSFER FRAUD

**Funds transfer fraud** means **theft** of **money** and **securities** following and directly related to the use of fraudulent **written** or verbal instructions which are purported to have been made by the **Named Insured**, which causes an electronic transfer of **money** or **securities** from a **financial institution** to:

| CNA | **CNA PARAMOUNT** |
|---|---|
| | **First Party Glossary of Defined Terms** |

**A.** an account at a **financial institution** not controlled by the **Named Insured**; or

**B.** a person other than an **employee**.

## FUNGI

**Fungi** means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. **Fungi** does not include any fungi intended by the **Named Insured** for consumption.

## GOODS IN PROCESS

**Goods in process** means **stock** which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become **finished stock**.

## GREEN INSURED PROPERTY

**Green Insured Property** means **insured property** created, built or constructed following the practice of creating **buildings** or materials or using processes that incorporate one or more of the following practices and are certified as such by a government organization or a nationally or internationally recognized building industry organization or governmental agency, such as the U.S. Green Building Council (LEED certification), ECD Energy, Environment Canada (Green Globes) or the U.S. Department of Energy:

**A.** Energy Efficiency, including steps implemented to obtain an ENERGY STAR label for a **building** listed in the **Business Property Schedule of Locations**, as well as use of ENERGY STAR or equivalently rated materials, lighting systems, HVAC equipment, appliances or electronic products (if current like kind and quality replacement is not ENERGY STAR rated);

**B.** Water Efficiency, including use of water efficient processes and wastewater technologies, as well as use of alternative water or indoor plumbing systems that reduce water usage from any plumbing fixture;

**C.** Materials Efficiency, including use of sustainable and environmentally preferable construction materials, materials management and re-cycling programs;

**D.** Environmental Quality, including reduction of the quantity of indoor air contaminants by use of low-emitting products or materials.

The words "**building**" or "materials" as used herein do not include **stock,** processing water**,** molds and dies, property in the open, **personal property of others** or **personal property of executive officers** or **employees**.

## INSURED PROPERTY

**Insured property** means **real property** and **personal property**.

## LOCATION

**Location** means each location specified in the **Business Property Schedule of Locations** or scheduled in any Endorsement to this Policy.

## MANAGER

Solely when used in the **Business Crime Coverage Part**, **manager** means any natural person manager or **member**.

## MARKET VALUE

**Market value** means the price that property might be expected to realize if offered for sale in a fair market.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

### MEDIA

**Media** means any content regardless of its nature or form, including, but not limited to valuable papers and **electronic data**. **Media** does not include **money** or **securities**.

### MEMBER

Solely when used in the **Business Crime Coverage Part**, **member** means any person serving on the Board of Managers or equivalent executive of a **Named Insured** that is a limited liability company.

### MESSENGER

Solely when used in the **Business Crime Coverage Part**, **messenger** means any of the **Named Insured**'s natural person **member,** proprietor, partner, or **employee** who is duly authorized by the **Named Insured** to have care and custody of the property outside the **premises**.

### MICROBES

**Microbes** means any non-fungal microorganism or non-fungal, colony-form organism. **Microbe** includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of **microbes**.

### MONEY

**Money** means:

**A.** currency, coins and bank notes in current use and having a face value; and

**B.** travelers checks, register checks and money orders held for sale to the public.

### NAMED INSURED

**Named Insured** means the persons or entities named as such on the Policy Declarations.

### NAMED STORM

**Named storm** means a storm system that is declared to be a named tropical storm or hurricane by the U.S. National Weather Service or other governmental authority including hurricane or tropical storm spawned tornados or microbursts. The named tropical storm or hurricane begins when the National Weather Service officially declares the storm system to be a named tropical storm or hurricane and ends when the National Weather Service officially declares the named tropical storm or hurricane permanently downgraded to a tropical depression.

### NET INCOME

**Net Income** means net profit or loss that would likely have been earned or incurred before taxes. **Net income** does not include any profit that would likely have been earned as a result of an increase in the business transactions due to favorable business conditions caused by the impact of the **covered peril** in the vicinity of such **covered peril**.

### OCCURRENCE

**Occurrence** means one event or a series of related events that contribute concurrently to or contribute in any sequence to physical loss of or damage to property. However, with respect to:

**A.** **equipment breakdown, occurrence** means all **equipment breakdowns** that manifest themselves at the same time and are the result of the same cause, regardless of the number of **locations** or other premises involved;

---

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**B.** a **named storm**, **occurrence** means each **named storm**.  If a **named storm** is downgraded to a tropical depression, such tropical depression shall be considered a separate **occurrence**;

**C.** **theft**, **occurrence** means all loss, and the defined term loss, sustained by the **Named Insured** caused by:

   **1.** any single act or series of related acts;

   **2.** any act or acts involving one person, or a group of persons acting together; or

   **3.** an act or event, or a series of related acts or events, not involving any identifiable person;

**D.** **volcanic eruption**, **occurrence** means all volcanic eruptions, explosions or effusions that occur within any 168 hour period.

---

### OPERATIONS

**Operations** means the **Named Insured**'s business activities occurring at the **location** prior to the time and date of the loss or damage**,** including the **Named Insured**'s activities as a lessor.

---

### ORIGINAL

**Original** means:

**A.** the first rendering or archetype and does not include photocopies or electronic transmissions even if received and printed; or

**B.** for the purposes of **Forgery or Alteration** Coverage only, a "substitute check," as defined in the Check Clearing for 21st Century Act.

---

### OTHER PROPERTY

Solely when used in the **Business Crime Coverage Part**, **other property** means any tangible property other than **money** and **securities** that has intrinsic value. However, **other property** does not include any property listed in the **Crime Coverage Part** as specifically not covered.

---

### PERIOD OF RESTORATION

**Period of restoration** means that period of time:

**A.** that begins with:

   **1.** the time and date of physical loss of or damage to property caused by a **covered peril**; or

   **2.** the date **operations** would have begun if such loss or damage delays the start of **operations** and such loss or damage is to the following:

      **a.** new **buildings** whether complete or under construction;

      **b.** alterations or additions to existing **buildings**;

      **c.** machinery, equipment, supplies or materials located on or within 1,000 feet of the **building** that are:

         **i.** used in the construction of alterations or additions; or

         **ii.** incidental to the occupancy of new **buildings**,

**B.** and ends on the earlier of:

   **1.** the date when the **insured property** should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **2.** the date when business is resumed at a new permanent location,

regardless of the expiration date of this Policy.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

If the Ordinance or Law increased **Period of Restoration** applies, as set forth in the **Schedule of Coverages and Limits**, the **period of restoration** includes any increased period that results from the enforcement of an ordinance or law that requires the **Named Insured** to repair, reconstruct the property or tear down undamaged parts of the property, to meet the minimum requirements of the ordinance or law in force at the time of loss, except if such increased period is due to:

**i.** contamination by **contaminants or pollutants** or due to the presence, growth, proliferation, spread or any activity of **fungi**, wet or dry rot, bacteria or **microbes**; or

**ii.** the time required by anyone to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **contaminants or pollutants**, **fungi**, wet or dry rot, bacteria or **microbes**, except to the extent the **Contaminants or Pollutant Clean Up and Removal** Coverage applies.

Solely with respect to **Research and Development Restoration Expense** Coverage under the **Business Income** and **Extra Expense Coverage part**, **period of restoration** means the period of time that:

**(a)** begins on the date the physical loss or damage to such **research and development project property** results in the suspension of the **Named Insured**'s research and development projects in process; and

**(b)** ends on the earlier of:

   **(i)** the date such research and development project could be recreated or restored with reasonable speed and similar quality; or

   **(ii)** 365 days immediately following the date determined in **(a)** above.

No **period of restoration** will be cut short by the expiration of the **policy period**.

---

**PERSONAL PROPERTY**

**Personal property** means:

**A.** all property, other than **real property**, owned by the **Named Insured** and used in its business, including furniture, fixtures, machinery, **electronic data processing equipment** and **stock**;

**B.** glass in **buildings** the **Named Insured** does not own if it has a contractual responsibility to insure;

**C.** the **Named Insured**'s outdoor signs, antennae and towers and fences;

**D.** **personal property of others**;

**E.** property, other than **real property**, the **Named Insured** leases for use in its business and for which it has a contractual responsibility to insure, unless otherwise provided for under **personal property of others**;

**F.** the value of labor, materials or services furnished or arranged by the **Named Insured** on **personal property of others**;

**G.** the **Named Insured**'s interest in **tenant's improvements and betterments**;

**H.** power or communication generation or transmission equipment, including transmission and distribution lines of any type, owned, operated, controlled by or leased by the **Named Insured**;

**I.** vehicles or self-propelled machines that:

   **1.** the **Named Insured** manufactures, processes or warehouses;

   **2.** the **Named Insured** holds for sale;

   **3.** are the **Named Insured**'s rowboats or canoes out of water at the described **location**; or

   **4.** trailers, but only to the extent provided under the Non-Owned Detached Trailers Coverage.

**Personal property** does not include **property not covered**.

 Copyright CNA All Rights Reserved.

**CNA** | **CNA PARAMOUNT**
| **First Party Glossary of Defined Terms**

---

### PERSONAL PROPERTY OF EXECUTIVE OFFICERS OR EMPLOYEES

**Personal property of executive officers** or **employees** means **personal property** that is owned by **executive officers** or **employees** and that is usual to the occupancy of the **building**.

**Personal property of executive officers** or **employees** does not include:

**A.** animals;

**B.** contraband, or property in the course of illegal transportation or trade;

**C.** **money** or **securities**; or

**D.** vehicles or self-propelled machines (including autos, aircraft or watercraft).

### PERSONAL PROPERTY OF OTHERS

**Personal property of others** means **personal property** that is not owned by the **Named Insured** but is in the **Named Insured**'s care, custody or control. **Personal property of others** does not include **personal property of executive officers** or **employees**.

### POLICY PERIOD

**Policy period** means the period of time from the effective date and time of this Policy to the date and time of termination as shown in the **Policy Declarations**, or its earlier cancellation date.

### POLICY PREMIUM

**Policy premium** means the original premium and the fully annualized amount of any additional premiums, charged by the Insurer before or during the **policy period**.

### PREARRANGED TRANSFER

**Prearranged transfer** means an electronic transfer of **money** or **securities** which is part of a regular or scheduled series of electronic transfers, authorized by **written** agreement, to a designated **financial institution** specifying:

**A.** the amount of **money** or **securities** to be transferred; and

**B.** account number to be credited.

### PREMISES

Solely when used in the **Business Crime Coverage Part**, **premises** means:

**A.** the interior of that portion of any building the **Named Insured** occupies in conducting the **Named Insured**'s business;

**B.** as respects damage to **other property** only, the exterior of that portion of any building the **Named Insured** occupies in conducting the **Named Insured**'s business; or

**C.** with respect to the **Employee Theft of Client Property While on Client Premises** Coverage only, the interior of that portion of any building a **client** occupies in conducting their business or the interior of a **client's** owned, leased or rented residence.

### PREPAID RENT

**Prepaid rent** means that unamortized portion of any amount of advance rent the **Named Insured** paid based on the percentage of the unexpired portion of the lease that remains at the time of physical loss or damage. **Prepaid rent** does not include the customary rent for a rental period or any amount refunded to the **Named Insured**.





**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

### PROPERTY NOT COVERED

**Property not covered** means:

**A.** animals unless:

    **1.** owned by others and boarded by the **Named Insured**, or

    **2.** owned by the **Named Insured** as **stock** while inside of a **building** listed in the **Business Property Schedule of Locations**;

**B.** bulkheads, pilings, piers, wharves or docks;

**C.** contraband, or property in the course of illegal transportation or trade;

**D.** **fine arts**, **money** or **securities**, records of accounts receivable or **media,** unless specifically covered under the **Fine Arts**, **Money or Securities**, **Property at Unspecified Locations, Property In Transit**, **Newly Acquired Personal Property**, **Accounts Receivable** or **Restoration of Media** Coverages;

**E.** vehicles or self-propelled machines (including autos, aircraft or watercraft) that are:

    **1.** licensed for use on public roads; or

    **2.** operated principally away from the described **location**,

    unless such vehicles or self-propelled vehicles are described in paragraph I of the definition of **Personal Property**;

**F.** foundations of a **building** below the lowest basement floor, or the surface of the ground, if there is no basement;

**G.** land, water, air, growing crops, standing timber, trees, shrubs, plants or lawns;

**H.** dams, dikes or retaining walls;

**I.** paved or concrete surfaces;

**J.** underground mines, mine shafts, caverns, open pits or quarries; or

**K.** property that is covered under any other **coverage part** or under any other Policy in which it is more specifically described, except for the excess of the amount due under such other coverage, whether collectible or not.

---

### REAL PROPERTY

**Real property** means any **building** listed in the **Business Property Schedule of Locations**; and

**A.** temporary or appurtenant structures within 1000 feet of such **building**;

**B.** **fixtures**;

**C.** **personal property** that is used to maintain or service any such **building** or its **location**;

**D.** the **Named Insured**'s indoor and outdoor signs;

**E.** materials, equipment, supplies and temporary **buildings** used for making additions, alterations or repairs to any such **building**; or

**F.** underground pipes, flues and drains.

**Real property** does not include **property not covered**.

---

### RENTAL VALUE

**Rental value** means that portion of **net income** that would have been earned or incurred as rental income from tenant occupancy of a **location** as furnished and equipped by the **Named Insured**, including fair rental value of any portion of the **location**, which is occupied by the **Named Insured**.

---

 Copyright CNA All Rights Reserved.

**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

## REPLACEMENT COST

**Replacement cost** means the cost to repair or replace direct physical loss or damage to **insured property** with property of comparable material and quality on the same or another site, and used for the same purpose, without deduction for depreciation, deterioration, and obsolescence which amount is computed as of the time and at the place of such loss or damage.

## RESEARCH AND DEVELOPMENT BUSINESS INCOME

**Research and development business income** means the:

A. **net Income** that would have been earned or incurred had no loss or damage resulting in an interruption in the **Named Insured**'s research and development project occurred, including **net income** resulting from:

1. lost or delayed pre-sale orders from new or current customers for a new product or an improved current product, whose entry into the marketplace is delayed because these products were the subject of lost or damaged research and development; or

2. grants and endowments and any other contract revenues, licensing fees, consulting fees, funding grants and progress payments; plus

B. continuing normal operating expenses, including overhead and payroll, that the **Named Insured** incurs to recreate or restore loss or damage to the **Named Insured**'s research and development projects.

However, **research and development business income** does not include any amount that is otherwise payable under this **coverage part** or that does not necessarily continue during the interruption in the research and development project, or that are otherwise payable under this **coverage part**.

## RESEARCH AND DEVELOPMENT PROJECT PROPERTY

**Research and development project property** means **personal property** (other than **media**) that is an integral part of the **Named Insured**'s research and development project, including:

A. undamaged property that needs to be recreated, restored or replaced due to the covered loss or damage to such **research and development project property;**

B. existing prototypes used as the model for the final version of a new product or design. Coverage for such property ceases once the new product or design goes into production.

## RESEARCH AND DEVELOPMENT RESTORATION EXPENSE

**Research and development restoration expense** means:

A. reasonable and necessary costs to repair, recreate, restore or replace **research and development project property**;

B. the reasonable and necessary costs to recreate, restore or replace information on **media** documenting the damaged research and development projects as of the date of such loss or damage. However, **electronic data** must have been backed up or duplicated no less than once a week;

C. the reasonable and necessary cost of material and supplies used to recreate or restore the research and development project.

## ROBBERY

Solely when used in the **Business Crime Coverage Part**, **robbery** means the unlawful taking of specified property from the care and custody of any person by one who has:

A. caused or threatened to cause that person bodily harm; or



Copyright CNA All Rights Reserved.

50020008509119138600



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**B.** committed an unlawful act witnessed by that person.

## SAFE BURGLARY

**Safe burglary** means the unlawful taking of:

**A.** property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**B.** a safe or vault from inside the **premises**.

## SECURITIES

Solely when used in the **Business Crime Coverage Part**, **securities** means negotiable and non-negotiable instruments or contracts representing either **money** or representing other tangible property that has intrinsic value, including:

**A.** tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; or

**B.** evidences of debt issued in connection with credit, debit or charge cards, which cards are not issued by the **Named Insured**.

However, **securities** does not include **money**.

## SINKHOLE COLLAPSE

**Sinkhole collapse** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite provided such cavities were not man made or did not result from **flood**.

## SPECIFIED PERILS

**Specified perils** means:

**A.** aircraft or vehicles;

**B.** explosion, fire or leakage from fire extinguishing equipment;

**C.** lightning, smoke, **volcanic eruption**, water damage, weight of snow, ice or sleet; windstorm or hail;

**D.** riot, civil commotion or vandalism;

**E.** falling objects, except if such falling object causes physical loss or damage to:

    **1.** **personal property** in the open; or

    **2.** the interior of a **building**, or **personal property** inside a **building**, if the roof or an outside wall of the **building** is first damaged by a falling object;

**F.** **sinkhole collapse**; or

**G.** solely with respect to **personal property** in the course of transit, **specified perils** means the following:

    **1.** vehicle collision upset or overturn. It does not include direct physical loss of or damage to property caused by contact of the vehicle with any portion of the roadbed; and

    **2.** sinking or stranding of a vessel, or collapse of a bridge, culvert, dock or wharf.

**Specified perils** do not include **equipment breakdown** except solely to the extent covered under **Section III. ADDITIONAL COVERAGES**, **Equipment Breakdown Coverage**, if applicable, under the **Business Property Coverage Part**.

Copyright CNA All Rights Reserved.



**CNA**

**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

## SPOILAGE

**Spoilage** means any detrimental change in state, including thawing of frozen goods, warming of refrigerated goods, freezing of fresh goods, solidification of liquid or molten material and chemical reactions to **goods in process**.

## STOCK

**Stock** means merchandise held in storage or for sale, raw materials and **finished stock**, including supplies used in their packing or shipping and including software incorporated into such merchandise.

## STORM RELATED OCCURRENCE

**Storm related occurrence** means an **occurrence** that gives rise to loss or damage at one or more premises and is caused by or results from a **Named Storm,** typhoon, hurricane or cyclone.

## SUBLEASE PROFIT

**Sublease profit** means the **net profit** the Named Insured earns through subleasing the **building** or portion of the **building** that it rents for the unexpired term of the canceled lease or sublease, whichever would expire first. This amount is discounted based on the prime rate of interest at the time of covered loss or damage for the unexpired term of the canceled lease or sublease.

## SYSTEM PENETRATION

**System penetration** means the intentional and malicious use of a computer to obtain unauthorized access to information and resources stored on **electronic data processing equipment** in the form of **electronic data**.

## TENANT'S IMPROVEMENTS AND BETTERMENTS

**Tenant's improvements and betterments** are **fixtures**, glass, signs, alterations, installations or additions:

**A.**   made a part of a **building** the **Named Insured** occupies but does not own; or

**B.**   the **Named Insured** acquired or made at the **Named Insured**'s expense but cannot legally remove.

## TENANT'S LEASE INTEREST

**Tenant's lease interest** means the difference between:

**A.**   the actual rent due for the unexpired portion of the cancelled lease at the time of covered loss or damage; and

**B.**   the rent due under the new lease for the same time period.

## THEFT

**Theft** means the unlawful taking of property.

## TIME ELEMENT COVERAGE

**Time element coverage** means coverage that applies for the **Named Insured**'s loss of **business income** or for the **extra expense** incurred from a suspension or delay of operations resulting from covered loss or damage to property due to the occurrence of a **covered peril**.

## TRANSFER AGREEMENT

**Transfer agreement** means a **written** agreement with any financial institution authorized to transfer **money** and **securities** at the **Named Insured**'s request.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

**UNSPECIFIED LOCATION**

**Unspecified location** means a premises not listed in the **Business Property Schedule of Locations**, where the **Named Insured** has an insurable interest in **insured property** provided such premises is within the **coverage territory**.

**VOLCANIC ERUPTION**

**Volcanic eruption** means the eruption, explosion or effusion of a volcano that gives rise to physical loss or damage when such loss or damage is caused by:

**A.**  airborne volcanic blast or airborne shock waves;

**B.**  ash, dust or particulate matter; or

**C.**  lava flow.

**WRITTEN**

Solely when used in the **Business Crime Coverage Part**, **written** means expressed through letters or marks placed upon paper and visible to the eye.

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

These **First Party Terms and Conditions** apply to the **Business Property Coverage Part**, the **Business Crime Coverage Part**, as applicable, and their associated forms and endorsements.

| **I.** | **ABANDONMENT** |
|---|---|

There can be no abandonment of any **insured property** to the Insurer unless it specifically agrees to such abandonment in writing.

| **II.** | **APPRAISAL** |
|---|---|

If the **Named Insured** and the Insurer fail to agree on the amount of loss for physical damage or **business income** or **extra expense**, either may make a written demand for appraisal in which case within 30 days of that written demand each shall select an appraiser and shall notify the other of its chosen appraiser. Only an individual may be chosen as an appraiser for a claim if such individual is:

**A.** a competent, independent and disinterested person and who has no direct or indirect financial interest in the loss or the adjustment of the claim; and

**B.** not the **Named Insured** or any of its **employees** or its agents (including any public adjuster or public adjusting company hired by the **Named Insured**); and

**C.** not employed by the Insurer; or

**D.** not an independent adjuster hired by the Insurer for such claim.

The appraisers will first select a competent, independent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, only on the joint request of the **Named Insured** and the Insurer to a court of competent jurisdiction in the state where the loss occurred, the **Named Insured** and the Insurer may request that the court select or appoint a competent, independent and disinterested umpire.

The appraisers will then appraise, within a reasonable amount of time, the amount of loss, stating separately, as applicable:

**1.** the **actual cash value** or **replacement cost** as of the date of loss and the amount of loss, for each item of physical loss or damage;

**2.** the amount of loss for each **time element coverage** of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss but not whether the loss is covered. Any appraisal award addressing whether or not a loss is or is not covered is void and is not binding on either party to the appraisal.

The **Named Insured** and the Insurer will each:

**a.** pay its chosen appraiser; and

**b.** bear equally the other expenses of the appraisal and umpire.

A demand for appraisal shall not relieve the **Named Insured** of its continuing obligation to comply with all of the terms and conditions of this Policy.

The Insurer will not be held to have waived any of its rights by any act relating to an appraisal. If there is an appraisal, the Insurer will still retain its right to deny the claim or challenge whether the damages from any loss are covered or otherwise excluded.

Appraisal is only available if the **Named Insured** has:

**i.** fully complied with all provisions of this Policy; and

**ii.** the Insurer has received a signed and sworn proof of loss from the **Named Insured**.






**CNA PARAMOUNT**

**First Party Terms and Conditions**

---

**III. COMPLIANCE**

No one may make a claim under any property **coverage part** unless:

**A.** there has been full compliance with all of the terms of the property coverage part; and

**B.** the claim for coverage is brought within 2 years and 1 day after the date on which the direct physical loss or damage occurred.

**IV. CONCEALMENT, MISREPRESENTATION AND FRAUD**

This entire Policy shall be void if, whether before or after a loss, the **Named Insured**:

**A.** has concealed or misrepresented any material fact or circumstance concerning:

    **1.** this insurance or the subject thereof;

    **2.** the interest of the **Named Insured** therein;

    **3.** any claim.

**B.** has falsely sworn to any such material fact or circumstance.

**V. CONTROL OF PROPERTY**

Any act or neglect by any person, other than a **Named Insured**, of any provision of these conditions or any property **coverage part**, will not affect coverage. Breach of any condition of coverage at any **building** will not affect coverage at any other **building** where, at the time of loss or damage, the breach of condition did not exist.

**VI. DUTIES AFTER LOSS OR DAMAGE**

In the event of loss or damage, the **Named Insured** shall do the following:

**A.** take all necessary steps to protect the property from further loss or damage;

**B.** set aside the damaged **insured property** for examination by the Insurer as often as may be required and keep a record of its expenses necessary to protect **insured property**;

**C.** as soon as practical, give written notice to the Insurer, or its designated representative, of the event giving rise to the loss or damage, including the date and time of such event, what occurred and the names and addresses of witnesses;

**D.** within 60 days after being requested by the Insurer, render to the Insurer a detailed, sworn proof of loss on a form provided by the Insurer;

**E.** as often as may be reasonably required, exhibit to any person designated by the Insurer all that remains of any damaged or undamaged property and permit us to take samples off such property for inspection and analysis;

**F.** individually submit to examination under oath at the Insurer's request and give the Insurer a signed statement of such individual's answers;

**G.** as may be reasonably required, produce for examination at the request of the Insurer all books of account, business records, bills, invoices and other vouchers, or certified copies thereof if originals have been lost, at such reasonable time and place as may be designated by the Insurer or its authorized representative, and permit extracts and copies thereof to be made;

**H.** cooperate with the Insurer in the investigation of any claim;

**I.** notify law enforcement authorities, if the **Named Insured** has reason to believe that any loss or damage involves a violation of law.

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

---



## VII. LOSS PAYMENT

**A.** Unless otherwise specified in this Policy, in the event of covered loss or damage to **insured property**, the Insurer will:

    **1.** pay the amount of loss or damage;

    **2.** pay the cost of repairing or replacing such **insured property**;

    **3.** take all or any part of the **insured property** at an agreed or appraised value; or

    **4.** repair, rebuild or replace the **insured property** with other property of like kind and quality.

**B.** The Insurer will determine the value of such **insured property**, or the cost of its repair or replacement, in accordance with the **VALUATION** section or this Policy.

**C.** If the **Named Insured** has complied with all of the terms and conditions of this Policy, the Insurer will pay amounts due hereunder within 60 days after it receives a sworn proof of loss provided that the Insurer and **Named Insured** have reached agreement on the amount of loss or damage or an appraisal award has been made. Such payments will be made to the **Named Insured** or to the owner of property up to the amount of their respective financial interest in such property. All covered debris removal costs, including any additional debris removal costs, will be paid by the Insurer provided all such costs are reported to it in writing within 180 days of the **occurrence**.

**D.** The Insurer will not pay more than the **Named Insured**'s financial interest in the **insured property**.

**E.** The Insurer, at its expense, may elect to defend the **Named Insured** against suits arising from claims of owners of **insured property**.

## VIII. LOSS PAYEES AND MORTGAGEES

**A. Loss Payees**

If there is loss of or damage to **insured property**, in which the **Named Insured** and any third party, whether or not named in the Schedule of Loss Payees or Mortgagees, have an insurable interest:

    **1.** the Insurer will adjust losses with the **Named Insured**, and

    **2.** make payments jointly to the **Named Insured** and such third party, in their order of precedence, as interests may appear.

If the Insurer pays such third party, such payments will satisfy the **Named Insured**'s claims against the Insurer for that third party's property. The Insurer will not pay such owners more than their financial interest in the **insured property**.

**B. Lender Loss Payees and Mortgagees**

    **1.** As used in this Section:

        **a.** a Lender Loss Payee is any creditor who is shown on the Schedule of Loss Payees or Mortgagees or on a certificate of insurance on file with the Insurer as a Lender Loss Payee and whose interest in **insured property** is established by a written instruments including warehouse receipts, bills of lading, financing statements or security agreements;

        **b.** a Mortgagee is any mortgagee or trustee who is who is shown on the Schedule of Loss Payees or Mortgagees or on a certificate of insurance on file with the Insurer as a Mortgagee with respect to the **building** for which the mortgagee or trustee is named.

    **2.** The Insurer will pay to each specified Lender Loss Payee or Mortgagee as its interest may appear. The Insurer will pay to each specified Mortgagee under all present or future mortgages upon the **building**, in order of precedence of the mortgages.

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

3. Each such Lender Loss Payee and Mortgagee has the right to receive loss payment, even though:

   a. the Insurer denied the **Named Insured**'s claim because the **Named Insured** failed to comply with the terms of this Policy; or

   b. such Lender Loss Payee or Mortgagee starts foreclosure or similar action on the **insured property**,

   provided such loss payee:

   i. pays any premium due at the Insurer's request;

   ii. submits a signed, sworn proof of loss in accordance with the requirements of this policy;

   iii. has notified us of any change in ownership, or substantial change in risk known to such Lender Loss Payee or Mortgagee.

   If such requirements are met, all of the terms of this **Coverage Part** will then apply directly to such Lender Loss Payee or Mortgagee.

4. With respect to any such Lender Loss Payees or Mortgagees,

   1. the Insurer may cancel this policy, including the interest of any Lender Loss Payee or Mortgagee, by giving such Lender Loss Payee or Mortgagee, or its agent, written notice:

      a. 10 days prior to the effective date of cancellation, if cancellation is for nonpayment of premium;

      b. 60 days prior to effective date of cancellation, if cancellation is for any other reason.

   2. If a loss hereunder is made payable, in whole or in part, to a designated  Lender Loss Payee or Mortgagee  not named in this Policy, that interest may be canceled by giving to such loss payee 10 days written notice of cancellation.

   3. If the Insurer pays such Lender Loss Payee or Mortgagee for loss under this Policy, and denies payment to the **Named Insured**, the Insurer will, to the extent of the payment made to such Lender Loss Payee or Mortgagee, be subrogated to all the rights of such Lender Loss Payee or Mortgagee. However, any subrogation by the Insurer will not impair the right of such Lender Loss Payee or Mortgagee to recover the full amount of its claim. At our option, the Insurer may pay the whole principal of the **Named Insured**'s debt plus accrued interests. In this event, the **Named Insured** will pay its remaining debt to the Insurer.

   4. If the **Named Insured** fails to render proof of loss, the Lender Loss Payee or Mortgagee, upon notice, will render proof of loss within 60 days of notice and will be subject to the provisions of the policy relating to an Appraisal, Payment of Loss and No Action Against the Insurers.

C. **Mortgagee Loss Payee**

With respect to any Mortgagee as defined above:

1. The interest of the Mortgagee in **real property** will not be invalidated by:

   a. any act or neglect of the mortgagor or owner of the **real property**;

   b. foreclosures, notice of sale, or similar proceeding with respect to the **real property**;

   c. change in the title or ownership of the **real property**; or

   d. change to an occupancy of the **location** more hazardous than that permitted by this policy.

2. The Mortgagee will notify the Insurer of any known change in ownership or occupancy or increase in hazard of the **real property** that has come to the knowledge of said Mortgagee. The Mortgagee may immediately pay the increased premium associated with such known change. If the Mortgagee fails immediately to notify the Insurer of such known change or fails to pay the increased premium, all coverage under this policy will cease at the time of such premium due date.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

**D. Contract of Sale Loss Payee**

A Contract of Sale Loss Payee is a person or entity who is shown on the Schedule of Loss Payees or Mortgagees or on a certificate of insurance on file with the Insurer and with whom the **Named Insured** has entered a contract for the sale of **Insured Property; provided** that for **Insured Property** in which both the **Named Insured** and such Contract of Sale Loss Payee have an insurable interest, the Insurer will:

**1.** adjust losses with the **Named Insured**; and

**2.** pay any claim for loss or damage jointly to the **Named Insured** and such Contract of Sale Loss Payee, as interests may appear.

Such Contract of Sale Loss Payee will be included as a **Named Insured** solely as set forth in Paragraph **X. Other Insurance**.

**E. Building Owner Loss Payee**

**1.** A **Building** Owner Loss Payee is the owner of the described **building** who is shown on the Schedule of Loss Payees or Mortgagees or on a certificate of insurance on file with the Insurer and in which **building** the **Named Insured** is a tenant.

**2.** Loss or damage to such **building** will be adjusted with such **Building** Owner Loss Payee. Any loss payment made to such **Building** Owner Loss Payee will satisfy the **Named Insured**'s claims against the Insurer for such **Building** Owner Loss Payee property.

**3.** Loss or damage to tenants' improvements and betterments will be adjusted with the **Named Insured** unless the lease provides otherwise.

## IX.  NO BENEFIT TO BAILEE

This insurance shall in no way inure directly or indirectly to the benefit of any transportation carrier or bailee.

## X.  OTHER INSURANCE

If the **Named Insured** has any other insurance the Insurer will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether the **Named Insured** can collect on it or not. However, the Insurer will not pay more than the applicable Limit of Insurance.

For **Insured Property** that is the subject of a contract of sale, the word **Named Insured** includes the Contract of Sale Loss Payee as set forth above in paragraph VIII. Loss Payees and Mortgagees.

## XI.  POLICY PERIOD/COVERAGE TERRITORY

The Insurer will cover loss or damage commencing during the **policy period** and within the **coverage territory** unless otherwise specified.

## XII. RECOVERED PROPERTY

If either the **Named Insured** or Insurer recover any property after loss settlement, that party must give the other prompt notice. At the **Named Insured**'s option, the property (other than **money** or **securities**) will be returned to the **Named Insured**. The **Named Insured** must then return to the Insurer the amount it paid to the **Named Insured** for the **insured property**. The Insurer will pay recovery expenses and the expenses to repair the recovered **insured property**, subject to the Limit of Insurance.

With respect to **money** or **securities**, any recoveries, less the cost of obtaining them, made after settlement of loss or damage covered by this **coverage part** will be distributed as follows:

**A.** to the **Named Insured**, until the **Named Insured** is fully reimbursed for any loss or damage that the **Named Insured** sustains that exceeds the Limit of Insurance and the Deductible amount, if any;






**CNA PARAMOUNT**

**First Party Terms and Conditions**

**B.** then to the Insurer, until the Insurer is reimbursed for the settlement made; and,

**C.** then to the **Named Insured**, until the **Named Insured** is reimbursed for that part of the loss or damage equal to the Deductible amount, if any.

Recoveries do not include any recovery:

**1.** from insurance, suretyship, reinsurance, security or indemnity taken for the Insurer's benefit; or

**2.** of original **securities** after duplicates of them have been issued.

## XIII.  RESUMPTION OF OPERATIONS

The Insurer will reduce the amount of lost **business income** if and to the extent that the **Named Insured** could have reduced such loss:

**A.** by complete or partial resumption of **operations**, whether damaged or not; or

**B.** by making use of **stock**, **merchandise** or other property;

Solely with respect to **dependent property**, the Insurer will reduce the amount of the **Named Insured**'s **business income** loss to the extent the **Named Insured** can resume the **Named Insured**'s **operations** in whole or in part, by using any other available source of materials or outlet for the **Named Insured**'s products or services.

## XIV.  SALVAGE AND RECOVERIES

All salvages, recoveries, and payments, excluding proceeds from subrogation and other insurance, recovered or received prior to a loss settlement under this Policy, shall reduce the loss accordingly. If recovered or received subsequent to a loss settlement under this Policy, such net amounts received shall be divided between the interests concerned in the proportion of such respective interests.

## XV.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO THE INSURER

If the Insurer pays a claim under this Policy, it will be subrogated, to the extent of such payment, to all the **Named Insured**'s rights of recovery from other persons, organizations and entities. The **Named Insured** will execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **Named Insured** shall do nothing to prejudice such rights.

The Insurer will have no rights of subrogation against:

**A.** any person or entity who or which is a **Named Insured**;

**B.** any subsidiary or any entity associated with the **Named Insured** through ownership or management;

**C.** any other person or entity that the **Named Insured** waived its rights of subrogation against in writing before the time of loss.

## XVI.  VACANCY

If a **building** where loss or damage occurs has not been used by the **Named Insured** to conduct its business as specified in the Policy for more than 60 consecutive days before such loss or damage occurs, the Insurer will not pay for any loss or damage caused by any of the following even if they are **covered perils**:

**A.** vandalism;

**B.** sprinkler leakage, unless the **Named Insured** has protected the system against freezing;

**C.** **building** glass breakage;

**D.** water damage;

**E.** **theft** or attempted **theft**.

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

With respect to all other **covered perils**, the Insurer will reduce the amount that would otherwise be paid for the loss or damage by 15%.

**Buildings** under active construction or renovation are not considered vacant.

---

**XVII. VALUATION**

**A.** Except as specifically set forth below, and subject to all applicable limits of insurance, the **Insurer** will not pay more than the lesser of the following:

   **1.** the **replacement cost**; or

   **2.** the actual cost to repair or replace **insured property**.

If the **Named Insured** does not repair or replace the **insured property**, or repair or replacement exceeds 24 months from the date of loss or damage unless a longer time frame is agreed to by the Insurer, the **Insurer** will pay the **actual cash value** of such **insured property**.

If the **Named Insured** commences repair or replacement of such **insured property** and completes it within 24 months from the date of loss or damage, or such agreed to longer period, the Insurer will pay the difference between the **actual cash value** previously paid and the lesser of **A. 1.** or **2.** above.

**B.** With respect to the following **insured property**, the Insurer will not pay more than the following amounts:

   **1.** Accounts receivable: the actual amount of accounts receivable outstanding as of the time of loss. If the **Named Insured** cannot accurately establish such amount, the following method will be used:

      **a.** determine the average monthly amount of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

      **b.** adjust that average monthly amount for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the monthly average.

   **2.** **Electronic data processing equipment**: If leased property, then the amount for which the **Named Insured** is liable under contract.  If not leased property, the lesser of the following:

      **a.** the actual expenditure incurred in repairing or replacing the damaged property; or

      **b.** the cost to replace with functionally equivalent property.

   **3.** **Fine arts**: the appraised **market value** at the time and place of loss or damage;

   **4.** **Finished stock**: the regular cash selling price, less all costs to complete the sale and discounts and charges to which such **finished stock** would have been subject had no loss or damage occurred. With respect to any **time element coverage**, the Insurer will not pay for any loss of **business income** caused by or resulting from:

      **a.** damage or destruction of **finished stock**, or

      **b.** the time required to reproduce **finished stock**.

   **5.** Glass: valuation to include costs and expenses incurred to put up temporary plates or board up openings and to remove or replace obstructions when repairing or replacing glass that is part of a **building**. This does not include removing or replacing window displays.

   **6.** **Goods in process**: the value of raw materials and labor expended plus the proper proportion of overhead charges.

   **7.** **Media**: not to exceed the value of blank materials plus cost of reproducing and the cost of gathering or assembling information or data for such reproduction.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

8. **Money** or **securities**:

   **Money** will be valued only up to and including its face value.

   **Securities** will be valued only up to and including their value at the close of business on the day the loss was **discovered**.

9. **Personal property of others**: the amount for which the **Named Insured** is liable, but not to exceed the **replacement cost**.

10. Property under service contract or warranty (including **electronic data processing equipment**):**replacement cost** plus the minimum cost to reinstate a warranty or service contract if such property is under warranty or service contract.

11. Property for sale, other than **stock** or **merchandise**, the lesser of the:

    a. **replacement cost**;

    b. the selling price; or

    c. **actual cash value**.

12. Property in transit:

    a. Property under invoice, at the actual invoice cost, including prepaid freight, together with such cost and charges since shipment as may have accrued and become legally due thereon;

    b. Property not under invoice, in accordance with the valuation provisions of this Policy, less any charges saved which would have become due and payable upon delivery at destination.

13. **Tenants improvements and betterments**: leasehold interest in undamaged **tenants improvements and betterments** will be valued at the **Named Insured**'s interest in the **tenant's improvements and betterments** as though they had been damaged or destroyed and not repaired or replaced promptly.

14. Vehicles or self-propelled machines, railroad rolling stock and contractor's equipment: The least of the following amounts:

    a. the scheduled limit of insurance applying to the damaged property (if specifically scheduled);

    b. the **actual cash value** of the property;

    c. the cost of reasonably restoring that property to its condition immediately before loss or damage; or

    d. the cost of replacing the property with used, but substantially identical property.

| **XVIII. BUSINESS CRIME COVERAGE CONDITIONS** |
|---|

Solely with respect to any crime coverage (including **Employee Theft**, **Forgery or Alteration** and **Money and Securities**), the following conditions apply:

A. **Joint Named Insured**

   1. If the **Named Insured** or partner, proprietor, **member** or officer of that **Named Insured** has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every **Named Insured**.

   2. An **employee** of any **Named Insured** is considered to be an **employee** of every **Named Insured**.

   3. If any crime coverage is canceled or terminated as to any **Named Insured**, a loss with respect to that **Named Insured** is covered only if the loss was **discovered** during the period of time provided in the Crime Condition entitled "**When Loss must be Sustained and Discovered**." However, this extended period to **discover** loss terminates as to that **Named Insured** immediately upon the effective date of any other insurance obtained by that **Named Insured** replacing in whole or in part the insurance afforded



**CNA PARAMOUNT**

**First Party Terms and Conditions**

hereunder, whether or not such other insurance provides coverage for loss or damage sustained prior to its effective date.

4.  In the event loss or damage is sustained by more than one **Named Insured**, the Insurer will not pay more than if the loss or damage was sustained by one **Named Insured**.

**B.  Named Insured Sponsored ERISA Plans**

In compliance with certain provisions of the Employee Retirement Income Security Act of 1974 (ERISA):

1.  If the **First Named Insured** is an entity other than an **employee benefit plan**, any payment made by the Insurer will be made jointly to the **First Named Insured** and to the **employee benefit plan** that sustained loss.

2.  If two or more **employee benefit plans** are insured under this **coverage part**, any payment the Insurer makes for covered loss:

    a.  sustained by two or more **employee benefit plans;** or

    b.  of commingled funds or other property of two or more **employee benefit plans**,

    is to be shared by each **employee benefit plan** sustaining loss in the proportion that the amount of insurance required for each such **employee benefit plan** under ERISA bears to the total of such payments.

3.  The deductible applicable to **Coverage A.** does not apply to loss sustained by any **employee benefit plan** subject to ERISA which is insured under this Policy.

4.  The **First Named Insured** must purchase a Limit of Insurance applicable to **Coverage A.** that is at least equal to the minimum amount required by ERISA for any **employee benefit plans**. If **employee benefit plans** are insured jointly with any other entity under this **coverage part** the limit must be at least equal to the minimum amount required by ERISA as if each **employee benefit plan** were insured independently. If, during the **policy period**, it is determined that the applicable Limit of Insurance as set forth in the **Business Crime Schedule of Coverages, Limits and Deductibles** was less than the amounts required by ERISA on the effective date of this Policy, then, at the request of the **First Named Insured** during the **policy period**, and subject to the payment of any additional premium, the applicable Limit of Insurance may be amended to equal the minimum amount required by ERISA.

5.  For purposes of clarification, solely with respect to an **employee benefit plan, employee theft** means all acts of fraud or dishonesty required to bonded against by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

**C.  New Employees/New Employee Benefit Plans**

1.  **New Employees or Premises**

    If, during the **policy period** the **Named Insured** establishes any additional **premises** or hires additional **employees**, any insurance afforded for **employees** and **premises** shall also apply to those additional **employees** and **premises**.

2.  **New Employee Benefit Plans**

    If any **employee benefit plan** is acquired by the **Named Insured** during the **policy period** that is:

    a.  sponsored and approved by the **Named Insured**; and

    b.  required to be bonded under the provisions of the Employee Retirement Income Security Act of 1974,

    it shall be included as an **Named Insured** under this **coverage part**.

**D.  Loss Covered Under This Insurance and Prior Insurance Issued by the Insurer or Any Affiliate of the Insurer**



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

If the **Named Insured discovers** covered loss during the **policy period** resulting directly from an act or series of acts that took place partly during the **policy period** and partly during the **policy period** of any prior canceled or terminated Policy that the Insurer or any affiliate issued to the **Named Insured** or any predecessor in interest, the most the Insurer will pay is the larger of the amount recoverable under this Policy or the prior Policy.

**E. Loss Sustained During Prior Policy**

1. If the **Named Insured**, or a predecessor in interest, sustained a loss that could have been recovered under a prior Policy except that the time within which to **discover** the loss under such prior Policy had expired, then the Insurer will pay for it under this Policy, provided:

   a. this Policy became effective at the time of cancellation or termination of such prior Policy; and

   b. the loss would have been covered by this Policy had it been in effect at the time of such loss.

2. The Limit of Insurance available under this Crime Condition is part of, and not in addition to, the limits of insurance applicable to the applicable crime coverage and is limited to:

   a. the highest single Limit of Insurance of the amount recoverable under:

      i. this Policy as of its effective date; or

      ii. the prior Policy had it remained in effect where such prior Policy was issued by the Insurer or any affiliate of the Insurer.

   b. the lesser of the single Limit of Insurance recoverable under:

      i. this Policy as of its effective date; or

      ii. the prior Policy had it remained in effect where such prior Policy was not issued by the Insurer or any of its affiliates.

**F. Non-Cumulation of Limit of Insurance**

Regardless of the number of years this Policy or similar insurance (whether issued on a "Loss Sustained" or "Loss Discovered" basis) issued by the Insurer remains in force or the number of premiums paid, the Limit of Insurance does not cumulate from **policy period** to **policy period**.

**G. Ownership of Property; Interests Covered**

The **money**, **securities** and **other property** covered under this **coverage part** is limited to such property:

1. that the **Named Insured** owns or leases;

2. that the **Named Insured** holds for others; or

3. owned and held by someone other than the **Named Insured** under circumstances which make the **Named Insured** responsible for the property prior to the occurrence of loss.

Solely with respect to an **employee benefit plan**, the **money**, **securities** and other property covered under any crime coverage is limited to all funds or property that the **employee benefit plan** uses or may use as a source for the payment of benefits to plan participants or beneficiaries, as described by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

However, this insurance is for the **Named Insured**'s benefit only. It provides no rights or benefits to any **clients** or to any other person or organization.

**H. Termination of Coverage as Respects Acts of Any Employee**

Coverage is terminated with respect to any **employee**:

1. immediately upon **discovery** of any dishonest act:

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**First Party Terms and Conditions**

    **a.**   committed by that **employee** while employed by the **Named Insured**, or

    **b.**   committed by that **employee** prior to becoming employed by the **Named Insured**, provided dishonest acts committed prior to becoming employed by the **Named Insured** resulted in a loss equal to or exceeding $10,000;

    provided that such **discovery** was made by the **Named Insured** or any of the **Named Insured**'s **employees**, partners, proprietors, **members**, **managers**, officers, directors or trustees, not in collusion with the **employee** who committed such act,

  **2.**  on the date specified in the notice mailed to the **Named Insured**. That date will be at least 60 days after the date of mailing.

**I.**   **When Loss must be Sustained and Discovered**

Except as provided in paragraph **E.** above, loss is covered only if sustained on or after the effective date of the **policy period** and prior to the cancellation or termination of the **policy period** and **discovered** no later than 90 days (or one year with respect to any **employee benefit plan**) from the expiration date of the **policy period**.  However, with respect to any **Named Insured** who obtains any other insurance replacing in whole or in part the insurance afforded by such crime coverages, regardless of whether such insurance is obtained during or after the **policy period**, this extended period to **discover** loss terminates immediately upon the effective date of such other insurance, whether or not such other insurance provides coverage for such crime loss sustained prior to its effective date.



Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Business Property Coverage Part Declarations

Policy Number: 5091119138

| | |
|---|---|
| **1. Named Insured and mailing address** | Name:  HURRICANE ELECTRIC LLC<br>Address:  760 MISSION CT<br><br>FREMONT, CA  94539 |
| **2. Limits of Insurance, Deductibles Waiting periods** | See **Business Property Schedule of Coverages and Limits**<br>and **Business Property Schedule of Locations** |

**3. Premium, Surcharges Taxes and Fees at Issuance**

| | |
|---|---|
| Total Premium for this **Coverage Part** | $28,453.00 |
| Texas Firefighter's Fund Assessment | $.21 |
| Total Premium, Surcharges Taxes and Fees for this **Coverage Part** | $28,453.21 |

Terrorism Risk Insurance Extension Act Premium

$245.00

Your Premium includes the following amount to cover a fire loss that follows from a certified act of terrorism, even if certified acts of terrorism are otherwise excluded under this policy (statutorily required for locations in the Standard Fire Policy states of CA,GA,HI,IA,IL,MA,ME,MO,NC,NJ,NY,OR,RI,WI and WV):          $366.00



CNA62643XX  09-12

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Business Property Schedule of Coverages and Limits

Policy Number: 5091119138

| COVERAGES AND LIMITS | |
|---|---|
| Except with respect to the Off-Site Coverages, the coverages and limits specified in the **Business Property Schedule of Coverages and Limits** apply separately to each **occurrence** at each **building** identified in the **Business Property Schedule of Locations (CNA 62644)** unless such **Schedule of Locations** indicates that a particular coverage does not apply to that **location** or **building** or that a different limit applies to such **location** or **building** for the indicated coverage. | |

| SPECIFIED LOCATION COVERAGE AGREEMENT | |
|---|---|
| **LOCATION BASE COVERAGE:** | |
| Real Property Coverage | SEE THE **SCHEDULE OF LOCATIONS** |
| Personal Property Coverage | |
| **TIME ELEMENT COVERAGE:** | |
| Business Income Coverage | SEE THE **SCHEDULE OF LOCATIONS** |
| Extra Expense Coverage | |

| FEES COSTS AND EXPENSES COVERAGES | |
|---|---|
| **Architects & Engineers and Other Professional Fees** | Included within the applicable **Real Property** or **Personal Property** Limit |
| **Brands & Labels Costs and Expenses** | Included within the applicable **Personal Property** Limit |
| **Debris Removal Costs and Expenses** | Included within the applicable **Real Property** or **Personal Property** Limit |
| **Debris Removal – Additional Costs and Expenses** | $300,000 each **occurrence** |
| **Expediting Costs and Expenses** | $50,000 each **occurrence** |
| **Green Insured Property:** | |
| Costs and Expenses | Included within the applicable **Real Property** or **Personal Property** Limit |

| OFF-SITE COVERAGES | | |
|---|---|---|
| The coverages set forth below apply up to the limits indicated below.  Unless otherwise stated, the limits applicable to each of these coverages represent our total limit of insurance for that coverage. | | |
| **Deferred Payments Coverage** | $25,000 | each **occurrence** |
| **Installation Coverage** | $50,000 | each **occurrence** |
| **Property at Unspecified Locations Coverage** | $100,000 | each **occurrence** each **Unspecified Location,**: |
| | $25,000 | each **Storm Related occurrence** |
| **Property in Transit Coverage** | $100,000 | each **occurrence** |
| **Storage of Media Coverage** | $100,000 | each **occurrence** |

| ADDITIONAL COVERAGES | | |
|---|---|---|
| **Contaminants or Pollutants Clean Up and Removal Coverage** | $50,000 | each **occurrence** |
| **Contractual Penalties Coverage** | $50,000 | each **occurrence** |
| **Employee Theft Coverage** | $50,000 | each **occurrence** |
| **Equipment Breakdown Coverage:** | | |
| Coverages - Equipment Breakdown | Included within the applicable coverage limits | |
| Perishable or Contaminated Property | $250,000 | each **occurrence** limit included within the **Real Property** or **Personal Property** Limit |
| Contaminants or Pollutants Additional Costs and Expenses | $250,000 | each **occurrence** |
| **Extra Expense - Additional Coverage** | $100,000 | each **occurrence** |



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Schedule of Coverages and Limits**

|  |  |  |
|---|---|---|
| | | Policy Number: 5091119138 |
| **Forgery or Alteration Coverage** | $50,000 | each **occurrence** |
| **Money and Securities Coverage** | $25,000 | each **occurrence** |
| **Newly Acquired or Constructed Property Coverage:** | | |
|     **Newly Acquired or Constructed Buildings** | $2,000,000 | each **occurrence** |
|     **Newly Acquired Personal Property** | $1,000,000 | each **occurrence** |
|     **Newly Acquired or Constructed Property - Period of Indemnity** | Period of Indemnity # of days: __180__ | |
| **Ordinance or Law Coverage:** | | |
|     **Undamaged Insured Property Coverage:** | Included within the applicable **Real Property** or **Personal Property** Limit | |
|     **Demolition and Repair Cost Coverage** | Included within the applicable **Real Property** or **Personal Property** Limit **OR** $500,000     each **occurrence** | |
| **Pair or Set Coverage** | Included within the applicable **Personal Property** Limit | |
| **Protection of Property Coverage:** | | |
|     **Removal of Insured Property** | Included within the applicable **Real Property** or **Personal Property** Limit | Time Period # of Days: 365 |
|     **Preservation of Insured Property** | $2,500 | each **occurrence** |
| **Research and Development Coverage:** | | |
|     **Research and Development Restoration Expense** | $250,000     each **occurrence**, subject to: | |
| | $25,000 each **occurrence** while at **unspecified location** | |
| **Theft Damage to Unowned Building Coverage** | Included within the applicable **Personal Property** Limit | |
| **Trees, Shrubs and Plants Coverage** | $25,000 | each **occurrence** |
| **Unintentional Errors or Omissions Coverage** | $250,000 | each **occurrence** |
| **Utility Supply Failure Coverage:** | | |
|     **Physical Damage** | Included within the applicable **Real Property** or **Personal Property** Limit **OR** $500,000     each **occurrence** | |
| **Water, Other Liquids, Powder or Molten Material Damage** | Included within the applicable **Real Property** or **Personal Property** Limit | |
| **Backup of Sewers and Drains** | $50,000 | each **occurrence** |

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Schedule of Coverages and Limits**

Policy Number: 5091119138

| ADDITIONAL COVERAGE BASKET |
|---|

All of these **Additional Coverage Basket** are subject to a single limit of insurance as set in the **Business Property Schedule of Coverages and Limits**.  Such single limit applies separately to each **occurrence** at each **building** at each **location** unless the **Schedule of Locations** indicates that a different single limit applies to such **Additional Coverage Basket** to each **building** at a **location**.

| Coverage | |
|---|---|
| **Accounts Receivable Coverage** | |
| **Fine Arts Coverage (subject to per item limit of $100,000)** | |
| **Fire Department Service Charge Coverage** | |
| **Lessee Leasehold Interest Coverage** | |
| **Loss Adjustment Expense Coverage** | |
| **Lost Key Replacement Coverage** | Each **Building** single Limit of Insurance $1,000,000 applicable to all coverages within the basket. |
| **Non Owned Detached Trailers Coverage** | |
| **Personal Property of Executive Officers or Employees Coverage** | |
| **Recharge of Fire Protection Equipment Coverage** | |
| **Restoration of Media (including Valuable Papers and Electronic Data) Coverage** | |
| **Reward Payments Coverage** | |



CNA62645XX  09-12

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Schedule of Locations**

Policy Number: 5091119138

| Blanket Limits |
| --- |
| The blanket limits set forth below represent the sum total of the limits for those coverages specified as included under such blanket limit in the Location & Coverage Schedule section of this Schedule. |

| Blanket **Personal Property** | $18,915,000 |
| --- | --- |

| Deductibles/Periods of Indemnity/Percentages |
| --- |
| The following deductibles apply on an each **occurrence** basis (if not otherwise noted) unless a different deductible is shown for such coverage at a **location** specified below |

| Monetary Deductibles | | Deductible Amount or Percentage |
| --- | --- | --- |
| Deductible | | $5,000 |

| Location and Coverage Schedule |
| --- |
| **Real Property**, **Personal Property**, **Business Income** or **Extra Expense** coverage apply to the extent shown for each **building** described below. In addition, all of coverages listed in the **Business Property Schedule of Coverages and Limits** (CNA 62645) apply to each **building** described below unless a **building** listed below indicates that a particular coverage does not apply (NA) or that a different limit applies to a **building** for the indicated coverage. |

| Location<br>Number<br>1 | Building<br>Number<br>1 | Location Address:<br>760 MISSION COURT<br><br>FREMONT                    CA  94539 |
| --- | --- | --- |

| Occupancy: |
| --- |
| Real Estate - Offices |

| Location Base Coverages |
| --- |

**Personal Property**
   Item 1 - Your Business Personal Property
     Included in Blanket **Personal Property**

| Location<br>Number<br>2 | Building<br>Number<br>1 | Location Address:<br>46223 WARM SPRINGS BLVD.<br><br>FREMONT                    CA  94539 |
| --- | --- | --- |

| Occupancy: |
| --- |
| Technology - Data Centers |

| Location Base Coverages |
| --- |

**Real Property**
   Building                                               $29,300,000

**Personal Property**
   Item 1 - Your Business Personal Property
     Included in Blanket **Personal Property**

| Location<br>Number<br>3 | Building<br>Number<br>1 | Location Address:<br>55 SOUTH MARKET STREET<br>#1400<br>SAN JOSE                   CA  95113 |
| --- | --- | --- |

| Occupancy: |
| --- |
| Real Estate - Offices |

| Location Base Coverages |
| --- |

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Business Property Schedule of Locations

Policy Number: 5091119138

**Personal Property**
    Item 1 – Your Business Personal Property
        Included in Blanket **Personal Property**

| Location Number | Building Number | Location Address: |
|---|---|---|
| 5 | 1 | 12908 TRAILS END ROAD |
| | | BLDG. #3 SUITE A |
| | | LEANDER                           TX  78641 |

**Occupancy:**
Real Estate – Offices

**Location Base Coverages**

**Personal Property**
    Item 1 – Your Business Personal Property
        Included in Blanket **Personal Property**

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Loss Payee or Mortgagee Schedule**

It is understood and agreed that the following are added as Loss Payees (Clause A), Lender Loss Payees (Clause B), Mortgagees (including Trustees) (Clause B/C), Contract Sale Loss Payees (Clause D) Building Owner Loss Payees (Clause E) as set forth under Section **VIII. LOSS PAYEES OR MORTGAGEES** of the **First Party Terms and Conditions**.

| Location Number | Building Number | Name and Address of Loss Payee, Lender Loss Payee, Mortgagee, Building Owner Loss Payee, or Contract Sale Loss Payee |
|---|---|---|
| 2 | 1 | BANK OF THE WEST<br>DOCUMENTATIN CENTER (SOUTH)<br>1977 SATURN STREET<br>MONTEREY PARK, CA 91755 |
| **Loss Payee & Mortgagee Clause Applicable:** B/C | | |

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.



CNA62728XX 09-12

Page  1 of  1

NATIONAL FIRE INSURANCE OF HARTFORD

Insured Name: HURRICANE ELECTRIC LLC

Policy No:  5091119138

Endorsement No:  1

Effective Date:  01/24/2015

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

The following coverages apply if the **Business Property Schedule of Coverages and Limits** or if the **Business Property Schedule of Locations** displays a limit of insurance for such coverage.

Unless otherwise specified:

**A.** direct physical loss of or damage to property must be directly caused by a **covered peril**, and

**B.** insured property must be at a **location** shown in the **Business Property Schedule of Coverages and Limits** or in the **Business Property Schedule of Locations**.

| I. | LOCATION COVERAGES |
|----|----|

**A. Location Base Coverage**

**1. Real Property Coverage**

The Insurer will pay for direct physical loss of or damage to **real property** at a **location**. The most the Insurer will pay for such loss or damage is the applicable **Real Property Coverage** each **occurrence** limit of insurance set forth in the **Business Property Schedule of Locations**.

**2. Personal Property Coverage**

The Insurer will pay for direct physical loss of or damage to **personal property** at a **location** or within 1,000 feet of such **location**. The most the Insurer will pay for such loss or damage is the applicable **Personal Property Coverage** each **occurrence** limit of insurance set forth in the **Business Property Schedule of Locations**.

**3. Time Element Coverage**

**a. Business Income Coverage**

The Insurer will pay for loss of **business income** and **extra expense** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its operations caused by direct physical loss of or damage to property at a **location**, or within 1,000 feet of such **location**.

**b. Extra Expense Coverage**

The Insurer will pay **extra expense** incurred during the **period of restoration** caused by direct physical loss of or damage to property at a **location**, or within 1,000 feet of such **location**.

**c. Limits of Insurance**

**i.** The most the Insurer will pay under paragraph **a.**, is the applicable **Business Income Coverage** each **occurrence** limit of insurance set forth in the **Business Property Schedule of Locations**.

**ii.** The Insurer will pay **Extra Expense Coverage** as follows:

**(a)** if a limit is shown for **Business Income**, then the Insurer will also pay for **extra expense**. Such payments are included within the **Business Income Coverage** limit of insurance set forth in the **Business Property Schedule of Locations**;

**(b)** if no limit is shown for **business income**, but a limit is shown for **extra expense**, the Insurer will pay for **extra expense** subject to the **Extra Expense Coverage** each **occurrence** limit of insurance set forth in the **Business Property Schedule of Locations**.

**B. Fees, Costs and Expenses Coverages**

If the Insurer pays for loss or damage to any **insured property** pursuant to any **Location Base Coverage** set forth above, the Insurer will also pay for the following reasonable and necessary fees, costs and expenses if incurred by the **Named Insured** in connection with such loss or damage. The Insurer will pay these fees, costs and expenses unless the **Business Property Schedule of Locations** indicates that a particular **Fees, Costs and Expenses Coverage** does not apply to that **location** or that a different limit applies.




50020003850911191383613



**CNA PARAMOUNT**

**Business Property Coverage Part**

1. **Architects & Engineers and Other Professional Fees**: the fees charged by architects, engineers, consultants or decorators approved by the Insurer and resulting directly from the repair or replacement of such **insured property**.

   The most the Insurer will pay for such fees is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limits of insurance.

2. **Brands & Labels Costs and Expenses**:  the costs and expenses incurred to remove the brands and labels from **personal property** and to stamp "salvage" on such **personal property** or its containers.

   The most the Insurer will pay for such costs and expenses is included within the applicable **Personal Property Coverage** limit of insurance.

3. **Debris Removal Costs and Expenses**: the costs and expenses incurred to remove debris of **insured property** remaining after such loss or damage.

   **Debris Removal Costs and Expenses Coverage** does not include the costs or expenses of removing, extracting or disposing of **contaminants or pollutants** from land or water.

   The most the Insurer will pay for such costs and expenses is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limits of insurance.

4. **Debris Removal – Additional Costs and Expenses**: If the amount incurred to remove debris of such **insured property** for the covered loss or damage, including Debris Removal Costs and Expenses, exceeds the applicable limits for **real property** or **personal property**, the Insurer will also pay additional debris removal costs and expenses.  The most the Insurer will pay for such additional debris removal costs and expenses is the **Debris Removal - Additional Costs and Expenses** each **occurrence** limit of insurance. The Insurer will pay these Debris Removal – Additional Costs and Expenses in addition to the applicable **Real Property Coverage** or **Personal Property Coverage** limits of insurance.

5. **Expediting Costs and Expenses**:  the costs and expenses to expedite repairs to or replacement of **insured property** following such loss or damage including overtime wages and the extra cost and expenses to use express or other rapid means of transportation.  However, the Insurer will not pay such costs and expenses if they are recoverable elsewhere in this Policy.

   The most the Insurer will pay for such costs and expenses is the applicable **Expediting Costs and Expenses Coverage** each **occurrence** limit of insurance**.**

6. **Green Insured Property**:

   a. **Costs and Expenses**

      with respect to **green insured property**, the Insurer will pay costs and expenses:

      i.   to reuse or salvage **building** materials and products.

      ii.  to extract recyclable construction waste and transport it to recycling facilities instead of landfills but only to the extent they are not offset by any income derived from the recycling;

      iii. to pay the fees of accredited architects or engineers hired for use in planning and designing the applicable **green insured property** qualifying repairs or rebuild;

      iv.  paid to the applicable **green insured property** accreditation organization so the repaired or replaced **insured property** can be re-certified by the applicable organization; and

      v.   to flush-out the air in the repaired or rebuilt **green insured property** and replace it with 100% outside air fully ventilated through an air filtration system included as part of the repaired or rebuilt **green insured property**.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

b. **Time Element Coverage**

In addition, the Insurer will pay for loss of **business income** or **extra expense** as provided under any applicable **time element coverage** arising out of extra time required to re-qualify, repair or rebuild the **green insured property,** including:

i. **extra expense** incurred to obtain power from a public utility for **covered equipment** that uses solar, wind, geo-thermal or other renewable resources to generate power.  This **extra expense** will be paid until such time as such **green insured property** is repaired and operating; and

ii. the loss of income for rebates and credits the **Named Insured** receives from the public utility company for surplus power the **Named Insured**'s renewable resources provide into the utility's power grid.

c. **Limits of Insurance**

The most the Insurer will pay under this **Green Insured Property Coverage**:

i. for such fees, costs and expenses is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance;

ii. for such **business income** or **extra expense** is included within the applicable **Time Element Coverage** limit of insurance.

d. **Limitations**

This **Green Insured Property Fees, Costs and Expenses Coverage** does not apply to:

i. any **green insured property** for which the basis of valuation is other than **replacement cost**; or

ii. any such **green insured property** upgrades or improvements.

## II.  OFF-SITE COVERAGES

The following coverages apply as specified below and up to the limit shown on the **Business Property Schedule of Coverages and Limits** at locations not described on the **Business Property Schedule of Locations**.

A. **Deferred Payments Coverage**

The Insurer will pay the **Named Insured** for payments owed to it for **personal property** sold by it on an installment, conditional sale or other deferred payment basis.  The Insurer will make such payments only if such **personal property** suffers direct physical loss or damage due to a **covered peril** after delivery to the purchaser, and only if the **Named Insured** is unable to collect after making all reasonable efforts to do so.

The most the Insurer will pay for such payments under this coverage is the lesser of the **Named Insured**'s financial interest in such **personal property** or the **Deferred Payments Coverage** each **occurrence** limit of insurance.

B. **Dependent Property Time Element Coverage**

1. **Time Element Coverage**

Where **time element coverage** is applicable, the Insurer will pay for:

a. loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its operations; or

b. **extra expense** incurred during the **period of restoration**,

caused by direct physical loss of or damage to property at a **dependent property** located anywhere in the world, or within 1,000 feet of such **dependent property**.



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**2. Limits of Insurance**

The most the Insurer will pay for **business income** and **extra expense** under this coverage is:

**a.** subject to paragraph **b.** and **c.** below, the **Dependent Property** each **occurrence** limit of insurance;

**b.** the **Dependent Property** located outside the **coverage territory** each **occurrence** limit of insurance; or

**c.** the each **storm related occurrence** limit of insurance, regardless of the number of **dependent properties**, but only if such loss or damage occurs at one or more **dependent properties**.

**3. Limitation**

The Insurer will not pay for any such **business income** or **extra expense** under this **Dependent Property Business Income and Extra Expense Coverage** caused by or resulting from **earth movement**, **volcanic eruption** or **flood**, even if they are otherwise **covered perils**.

**C. Installation Coverage**

**1. Physical Damage**

The Insurer will pay for direct physical loss of or damage to **personal property** that has or will become a permanent part of an installation, fabrication or erection project being performed for others by the **Named Insured**, or on the **Named Insured**'s behalf, while such **personal property** is at a job site or a temporary warehousing premises:

**a.** awaiting and during installation, fabrication, erection or testing; and

**b.** awaiting acceptance by the purchaser.

**2. Limit of Insurance**

The most the Insurer will pay for loss or damage under this coverage is the **Installation Coverage** each **occurrence** limit of insurance.

**3. Limitation**

This **Installation Coverage** does not apply to loss or damage at any location (regardless of whether such location is listed on the **Business Property Schedule of Locations**) owned by the **Named Insured**, or to property in the due course of transit.

**4. Period of Indemnity**

This **Installation Coverage** will end on the date when any of the following first occurs:

**a.** this Policy expires;

**b.** the **Named Insured**'s insurable interest in the property ceases;

**c.** the installation, fabrication or erection project is accepted by the purchaser as complete; or

**d.** the **Named Insured** abandons the installation, fabrication or erection project with no intention to complete it.

**D. Property at Unspecified Locations Coverage**

**1. Physical Damage**

The Insurer will pay for direct physical loss or damage to **insured property** (including **research and development project property** and resulting **research and development restoration expense**), **fine arts**, records of accounts receivable and **media** at **unspecified locations** including at fairs or exhibitions, or in the custody of salespersons.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

This coverage provided for **fine arts,** records of accounts receivable and **media** is subject to the provisions of the **Fine Arts, Accounts Receivable** and **Restoration of Media Coverages** except for the requirement that such property be on or within 1000 feet of a **location**.

**2. Time Element**

Where **time element coverage** is applicable, the Insurer will pay for:

**a.** loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its **operations**; or

**b.** **extra expense** the **Named Insured** incurs during the **period of restoration**,

caused by loss or damage to property described under paragraph **1.** above, except that this **time element coverage** does not apply to **dependent properties**.

**3. Limits of Insurance**

The most the Insurer will pay under this coverage is:

**a.** subject to paragraph **b.** and **c.** below, the **Property at Unspecified Locations Coverage** each **occurrence** limit of insurance per **unspecified location**;

**b.** subject to paragraph **c.** below, the **Property at Unspecified Locations Coverage** each **occurrence** limit of insurance for all **unspecified locations** combined;

**c.** the each **Storm Related occurrence** limit of insurance regardless of the number of **unspecified locations,** if such loss or damage occurs at one or more of those **unspecified locations** that the **Named Insured** owns, operates or leases.

**4. Limitations**

This **Property at Unspecified Locations Coverage** does not apply:

**a.** to property that will or has become a permanent part of an installation, fabrication or erection project being performed by the **Named Insured**, or on the **Named Insured**'s behalf, while at the project location;

**b.** to **insured property** covered under the **Protection of Property Coverage** or **Storage of Media Coverage**; or

**c.** to loss or damage to any property at an **unspecified location** that the **Named Insured** owns, leases or operates caused by or resulting from **earth movement**, **volcanic eruption** or **flood**, even if they are otherwise **covered perils**;

**d.** to property while in transit, newly acquired or constructed property, or property at a job site or temporarily warehoused elsewhere awaiting installation at the job site.

**E. Property in Transit Coverage**

**1. Physical Damage**

The Insurer will pay for:

**a.** direct physical loss of or damage to **insured property** (including **research and development project property** and resulting **research and development restoration expense**), **fine arts,** records of accounts receivable and **media** while in the course of transit more than 1000 feet from a **location** from the time such **insured property**, **fine arts,** records of accounts receivable and **media** leaves the initial point of shipment and continuously thereafter, until delivered at the final destination, or if undeliverable, until the time it is returned to the **Named Insured**'s **location**, whichever is earlier.

**b.** the following additional loss, damage or charges to the property described in paragraph **a.** above:

**i.** direct physical loss of or damage during loading or unloading from its conveyance;



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

    **ii.**  general average or salvage charges that are assessed; and

    **iii.**  required additional expenses the **Named Insured** incurs to inspect, repackage and reship such property.

This coverage provided for **fine arts,** records of accounts receivable and **media** is subject to the provisions of the **Fine Arts, Accounts Receivable and Restoration of Media Coverages** except the requirement that such property be on or within 1000 feet of a **location**.

**2. Time Element Coverage**

Where **time element coverage** is included under this **coverage part**, the Insurer will pay for both:

    **a.**  loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its **operations**; and

    **b.**  **extra expense** the **Named Insured** incurs during the **period of restoration**,

caused by loss or damage to property covered under paragraph **1**. above.

**3. Limit of Insurance**

The most the Insurer will pay under this coverage is the **Property in Transit Coverage** each **occurrence** limit of insurance.

**4. Coverage Territory**

The **Property in Transit Coverage** applies to loss or damage that occurs anywhere within and while in transit (including while airborne) within and between any point in the **coverage territory.**  However, with respect to property in transit:

    **a.**  with an origin outside the **coverage territory**, coverage commences when the **insured property** is fully discharged from the conveyance onto a point within the **coverage territory**;

    **b.**  that has a destination outside of the **coverage territory**, coverage ends when the **insured property** has been loaded on board the conveyance.

**5. Limitations**

This **Property in Transit Coverage** does not apply to:

    **a.**  import shipments until marine insurance has ceased to cover;

    **b.**  **personal property of others** hauled on vehicles owned, leased or operated by the **Named Insured** when acting as a common or contract carrier, regardless of the **Named Insured**'s liability for such property;

    **c.**  property sold by the **Named Insured** under conditional sale, trust agreement or installment payment after delivery to customers; or

    **d.**  property shipped by common carrier or postal service unless such shipment is electronically tracked by such carrier or service.

**F. Storage of Media Coverage**

The Insurer will pay for direct physical loss of or damage to **media** stored at premises located anywhere other than at a **location**.

The most the Insurer will pay for loss or damage under this coverage is the **Storage of Media Coverage** each **occurrence** limit of insurance.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

| III. ADDITIONAL COVERAGES |
|---|

Any additional coverage set forth below or in any endorsement to this Policy applies to **insured property** that is at a **location** or within 1000 feet of such **location** unless otherwise specified.  The additional coverages set forth below apply if such coverage appears on the **Business Property Schedule of Coverages and Limits** or in the **Business Property Schedule of Locations** and are subject to the limits of insurance and deductibles specified therein.

**A.  Contaminants or Pollutants Clean Up and Removal Coverage**

The Insurer will pay for the reasonable costs and expenses to extract or remove **contaminants or pollutants** from land or water at **locations**, provided such **contaminants or pollutants** are in the land or water as a result of a **covered peril**.  These costs and expenses include the costs and expenses to test for, monitor or assess the existence, concentration or effects of **contaminants or pollutants**.

The Insurer will pay these costs and expenses only if reported to it within 180 consecutive days of the date on which the **covered peril** occurs.

Where **time element coverage** is applicable, the Insurer will pay for both:

**1.**  loss of **business income** the **Named Insured** sustains during the **period of restoration**; and

**2.**  **extra expense** the **Named Insured** incurs during the **period of restoration**,

due to the actual suspension or delay of its **operations** due to compliance with an ordinance or law that requires the clean up or removal of **contaminants or pollutants** from land or water at the described **location**.

The most the Insurer will pay under this coverage is the **Contaminants or Pollutant Clean Up and Removal Coverage** each **occurrence** limit of insurance.

**B.  Contractual Penalties Coverage**

The Insurer will pay for contractual penalties specified in a written contract that the **Named Insured** incurs for material breach of the terms of such contract where such breach is the result of direct physical loss of or damage to **insured property**.

The most the Insurer will pay for such contractual penalties under this coverage is the **Contractual Penalties Coverage** each **occurrence** limit of insurance.

**C.  Denial of Access Coverage**

Where **time element coverage** is applicable, the following coverages apply at the **location** where the suspension or delay occurs:

**1.  Civil Authority**

The Insurer will pay for the actual:

**a.**  loss of **business income** the **Named Insured** sustains due to the actual suspension or delay of its operations; or

**b.**  **extra expense**,

caused by action of civil authority that prohibits access to a **location**.  Such prohibition must be the direct result of direct physical loss of or damage to property located within five miles of such **location**.

**2.  Ingress/Egress**

The Insurer will pay for:

**a.**  loss of **business income** the **Named Insured** sustains due to the actual suspension or delay of its operations; or



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

    **b.** **extra expense**

caused by or resulting from the physical prevention of ingress to or egress from a **location** because of direct physical loss of or damage to property located within five miles of such **location**, except to the extent covered under paragraph **a.** above.

   **3.** **Waiting Period / Period of Indemnity**

The **Civil Authority Coverage** for such loss of **business income** will not begin until after the expiration of the applicable **Business Income** Waiting Period which begins immediately after the civil authority prohibits access. Once the Waiting Period expires, coverage for loss of **business income** will continue for up to the number of consecutive days shown in the **Business Property Schedule of Coverages and Limits**.

The **Ingress / Egress Coverage** applies only if such access is prevented for more than 12 hours or the applicable **Business Income** Waiting Period (whichever is longer) from the time access is first prevented.  If such denial of access continues beyond the waiting period, coverage will commence as of the time the denial of access first occurred and payments under this coverage will be calculated as of the time and date such access was first denied.

   **4.** **Limits of Insurance**

    **a.** The most the Insurer will pay for applicable loss under paragraph **1.**, **Civil Authority** of this **Denial of Access Coverage** is included within the applicable **Time Element Coverage** limit of insurance.

    **b.** The most the Insurer will pay for applicable loss under paragraph **2.**, **Ingress / Egress** of this **Denial of Access Coverage** is the **Ingress / Egress Coverage** each **occurrence** limit of insurance set forth in the **Business Property Schedule of Coverages and Limits**.

**D.** **Employee Theft Coverage**

   **1.** The **Insurer** will pay for loss of or damage to **personal property**, including **money**, **securities** and **fine arts**, sustained by the **Named Insured** as a direct result of **employee theft**.

   **2.** The **Insurer** will not pay for such loss:

    **a.** caused by any **employee**, or predecessor in interest of the **Named Insured** for whom similar prior insurance was cancelled and not reinstated since the last such cancellation;

    **b.** if the proof of existence or amount is dependent upon an inventory computation or a profit and loss computation. However, where the **Named Insured** establishes wholly apart from such computations that it has sustained such loss or damage, then it may offer its inventory records and actual physical count of inventory in support of the amount claimed;

    **c.** resulting directly or indirectly from trading, whether in the **Named Insured**'s name or in a genuine or fictitious account;

    **d.** resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it;

   **3.** The most the **Insurer** will pay for loss or damage under this coverage is the **Employee Theft Coverage** each **occurrence** limit of insurance.

**E.** **Equipment Breakdown Coverage**

   **1.** **Coverages**

    **a.** **Coverages– Equipment Breakdown**

The Insurer will pay for loss or damage to **covered equipment** caused by **equipment breakdown** in accordance with any applicable coverage as set forth in the **Business Property Schedule of Coverages and Limits** or the **Business Property Schedule of Locations**.

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**b.  Perishable or Contaminated Property**

The Insurer will pay for direct physical loss of or damage :

**i.**  to perishable **personal property** due to **spoilage** as a direct result of an **equipment breakdown** at the **location**;

**ii.**  to perishable **personal property** due to **spoilage** as a direct result of the interruption of utility services as set forth in the **Conditions of Coverage** paragraph **E.2. a.** below;

**iii.**  contamination of **insured property** from the release of refrigerants, including ammonia, as a direct result of an **equipment breakdown** at the **location**.

**c.  Contaminants or Pollutants Additional Costs and Expenses**

If **equipment breakdown** at the **location** causes the discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants**, the Insurer will pay the additional costs and expenses incurred by the **Named Insured** to clean up, repair, replace or dispose of **insured property** that is damaged, contaminated or polluted by such **contaminants or pollutants**.  These additional costs and expenses are in addition to costs and expenses that the Insurer would have paid under the covered **equipment breakdown** loss had no **contaminants or pollutants** been involved.

**d.  Utility Interruption**

Where **time element coverage** is applicable, the Insurer will also pay for both:

**i.**  loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its operations; and

**ii.**  **extra expense** the **Named Insured** incurs during the **period of restoration**,

caused by the interruption of utility services (as set forth in paragraph **E.2.a** below) as a result of an **equipment breakdown**.

**2.  Conditions of Coverage**

**a.**  Coverage resulting from any interruption of utility services as set forth above applies only if the following conditions are met:

**i.**  the interruption of utility services is the result of an **equipment breakdown** of **covered equipment** owned, operated or controlled by the local private or public utility or distributor that directly generates, transmits, distributes or provides utility services which the **Named Insured** receives; and

**ii.**  the utility's **covered equipment** is used to supply the electrical power, communication services, air conditioning, heating, gas, sewer, water or steam to the **Named Insured**'s **location**; and

**iii.**  the interruption of utility service to the **Named Insured**'s **location** lasts at least 12 hours, unless a longer waiting period applies, as shown in the **Business Property Schedule of Locations**. Upon expiration of the waiting period, coverage will commence at the initial time of the interruption and payments under this coverage will be calculated as of the time and date such interruption first occurred.  This waiting period does not apply to spoilage resulting from utility interruption under the **Perishable or Contaminated Property**.

**b.**  The Insurer may immediately suspend the insurance provided for loss to **covered equipment** caused by **equipment breakdown** if the Insurer determines that such **covered equipment** is in or is exposed to a dangerous condition. The Insurer will effect such suspension by delivering or mailing a notice of the suspension to the **First Named Insured**'s last known address or the address where the **covered equipment** is located.  The **Named Insured** will get a pro rata refund of premium for the suspended insurance.  However, the suspension will be effective even if the Insurer has not yet made or offered a refund.  Reinstatement can only be effected by a written endorsement issued by the Insurer.



CNA62648XX 09-12

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

3. **Limits of Insurance**

   a. **Extension of Coverages**

   The most the Insurer will pay for loss or damage due to **Equipment Breakdown** is included within the applicable coverage limits of insurance as set forth in the **Business Property Schedule of Coverages and Limits** or the **Business Property Schedule of Locations**.

   b. **Perishable or Contaminated Property**

   The most the Insurer will pay for loss or damage under this coverage is the **Perishable or Contaminated Property Coverage** each **occurrence** limit of insurance, which limit is included within and not in addition to the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance.

   c. **Contaminants or Pollutants – Additional Costs and Expenses**

   The most the Insurer will pay for costs and expenses under this **Contaminants or pollutants – Additional Costs and Expenses Coverage** is the **Equipment Breakdown** – **Contaminants or Pollutants Additional Expense Coverage** each **occurrence** limit of insurance.

   d. **Utility Interruption**

   The most the Insurer will pay for **business income** or **extra expense** under this coverage is included within the applicable **Time Element Coverage** limit of insurance.

F. **Extended Indemnity Period for Business Income Coverage**

   1. **Business Income**

   If loss of **business income** is payable under this **coverage part**, the Insurer will also pay for the actual loss of **business income** the **Named Insured** sustains during the extended indemnity period due to the actual suspension or delay of its operations.

   2. **Limit of Insurance**

   The most the Insurer will pay for **business income** under this coverage is included within the applicable **Business Income** limit of insurance.

   3. **Period of Indemnity**

   This extended indemnity period begins on the date the **period of restoration** ends and it terminates on the earlier of:

   a. the date the **Named Insured** could restore the **Named Insured**'s **operations** with reasonable speed, to the level which would generate the **business income** that would have existed if no loss or damage had occurred; or

   b. the date on which the specified number of days (as scheduled in the **Business Property Schedule of Coverages and Limits**) have elapsed after the end of the **period of restoration**.

   4. This extended indemnity period for **Business Income Coverage** does not apply to loss of **business income** resulting from unfavorable business conditions as a result of the impact of a **covered peril** in the area of the affected **location**.

G. **Extra Expense - Additional Coverage**

   The Insurer will pay for **extra expense** the **Named Insured** incurs during the **period of restoration** caused by direct physical loss of or damage to property at a **location** even if the **Business Property Schedule of Locations** does not indicate any other **time element coverage** is available at such **location**.

   The most the Insurer will pay for **extra expense** under this coverage is the **Extra Expense - Additional Coverage** each **occurrence** limit of insurance. If there is another applicable **time element** limit provided under

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

this **coverage part**, this **Extra Expense - Additional Coverage** each **occurrence** limit of insurance will apply in excess of such other limit.

**H.  Forgery or Alteration Coverage**

The Insurer will pay for loss sustained by the **Named Insured** resulting from **forgery** or **alteration** of, on, or in **covered instruments** that are:

**1.**  made or drawn by, or drawn upon, the **Named Insured**; or,

**2.**  made or drawn by one acting as the **Named Insured**'s agent,

or that are purported to have been so made or so drawn, by any person, acting alone or together with others. Mechanically reproduced facsimile signatures are the same as handwritten signatures.

The most the Insurer will pay under this coverage is the **Forgery or Alteration Coverage** each **occurrence** limit of insurance.

**I.  Money and Securities Coverage**

**1.**  The Insurer will pay for loss sustained by the **Named Insured** as a direct result of the actual destruction, disappearance or **theft** of **money** and **securities**:

    **a.**  at a **location** or the premises of a bank or savings institution; or

    **b.**  at any other location, or in transit, while in the care and custody of the **Named Insured**, its **executive officers** or **employees** or while in the care and custody of an armored motor vehicle company.

**2.  Limit of Insurance**

The most the Insurer will pay under this coverage is the **Money and Securities Coverage** each **occurrence** limit of insurance.

**3.  Limitations**

The Insurer will not pay any loss or damage sustained by the **Named Insured** caused by or resulting from:

    **a.**  accounting or arithmetical errors or omissions;

    **b.**  dishonest or criminal acts by the **Named Insured**, any of its **executive officers**, **employees**, authorized representatives or anyone else to whom it entrusts **money** or **securities**, other than an armored motor vehicle company:

        **i.**  acting alone or in collusion with others; or

        **ii.**  whether or not occurring during the hours of employment;

    **c.**  giving or surrendering of the property in any exchange or purchase;

    **d.**  voluntary parting with possession of or title to the property by the **Named Insured** or anyone else to whom it has entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense;

    **e.**  transfer or surrender of the property to a person or place outside the **location** or the premises of a banking or savings institution on the basis of unauthorized instructions;

    **f.**  transactions involving any automated teller machine unless recorded by a continuous recording instrument in such machine.

**4.**  Only the exclusions entitled **Governmental Action**, **Nuclear Hazard** and **War and Military Action** apply to this **Money and Securities Coverage**.



5002000385091119138361 8

 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**J.  Newly Acquired or Constructed Property Coverage**

**1.  Newly Acquired or Constructed Buildings**

The Insurer will pay for any direct physical loss of or damage to:

**a.**  the **Named Insured**'s new **buildings** while being built on a **location** or at any other premises; and

**b.  buildings** the **Named Insured** acquires at the **location** or at any other premises.

**2.  Newly Acquired Personal Property**

The Insurer will pay for any direct physical loss of or damage to **personal property, fine arts**, records of accounts receivable and **media** that the **Named Insured** newly acquires that is located:

**a.**  at any premises the **Named Insured** acquires other than at fairs, trade shows or exhibitions;

**b.**  at the **Named Insured**'s newly constructed or acquired **buildings** at a **location**; or

**c.**  at a **location** except that this paragraph **c.** does not apply to **stock**.

This **Newly Acquired Personal Property Coverage** does not apply to **personal property of others** that is temporarily in the **Named Insured**'s possession in the course of:

**i.**  installing or performing work on such **personal property of others**; or

**ii.**  manufacturing or wholesaling activities.

The coverage provided for **fine arts,** records of accounts receivable and **media** is subject to the provisions of the **Fine Arts, Accounts Receivable** and **Restoration of Media Coverages** except the requirement that such property be on or within 1000 feet of a **location**.

**3.  Time Element Coverage - Newly Acquired or Constructed Property**

Where **time element coverage** is applicable, the Insurer will pay for both:

**a.**  loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its operations; and

**b.  extra expense** the **Named Insured** incurs during the **period of restoration**,

caused by loss or damage to **insured property** covered under paragraph **1.** or **2.** above.

**4.  Limits of Insurance**

**a.  Newly Acquired or Constructed Buildings**

The most the Insurer will pay under this **Newly Acquired or Constructed Buildings Coverage** is the **Newly Acquired or Constructed Buildings Coverage** each **occurrence** limit of insurance.

**b.  Newly Acquired Personal Property Coverage**

**i.**  Subject to paragraph **ii.** below, the most the Insurer will pay under this **Newly Acquired Personal Property Coverage** is the **Newly Acquired Personal Property Coverage** each **occurrence** limit of insurance.

**ii.**  The most the Insurer will pay under this **Newly Acquired Personal Property Coverage** for **fine arts,** records or accounts receivable or **media** is the applicable Newly Acquired **Fine Arts,** Accounts Receivable and **Media** sublimit of insurance, which limit is included within and does not increase the **Newly Acquired Personal Property Coverage** each **occurrence** limit of insurance.

**c.  Time Element Coverage**

The most the Insurer will pay under this **Time Element Coverage - Newly Acquired or Constructed Property** is the **Newly Acquired or Constructed Property Time Element Coverage** each **occurrence** limit of insurance.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

5.  **Period of Indemnity**

This **Newly Acquired or Constructed Property Coverage** expires on the date when any of the following first occurs:

**a.** this Policy expires;

**b.** the number of consecutive days shown on the Schedule of Coverages and Limits expire after the **Named Insured** acquires such property or begins construction of that part of a **building** that would qualify as **insured property**; or

**c.** the **Named Insured** reports values to the Insurer.

The Insurer will charge the **Named Insured** additional premium for values reported from the date the **Named Insured** acquires such property or begins construction of that part of the **building** that would qualify as **insured property**.

**K. Ordinance or Law Coverage**

If there is in effect any ordinance or law at the time of direct physical loss of or damage to **insured property** regulating the construction, zoning, repair or land use of such **insured property** and if such ordinance or law requires repair or replacement of such **insured property**, the Insurer will pay the following amounts:

1.  **Undamaged Insured Property Coverage**

The Insurer will pay for the amount equal to the value of the undamaged portion of such **insured property** that must be demolished in accordance with such ordinance or law.

2.  **Demolition and Repair Cost Coverage**

The Insurer will pay for:

**a.** the cost of demolishing and removing the undamaged portion of the damaged **insured property** that must be demolished because of such ordinance or law, including the cost of clearing the site; or

**b.** the increased cost of repair or reconstruction of such **insured property** on the same site or another site because of such ordinance or law.  If the **Named Insured** elects to do such repair or reconstruction at another site, such costs are limited to the costs that would have been incurred in order to comply with the minimum requirements of such ordinance or law regulating the repair or reconstruction of such **insured property** on the same site.

3.  **Limits of Insurance**

**a.** The most the Insurer will pay for loss or damage under this **Undamaged Insured Property Coverage** is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance.

**b.** The most the Insurer will pay for loss or damage under this **Demolition and Repair Cost Coverage** is included within the applicable **Real Property Coverage** or **Personal Property** limit of insurance unless a separate **Demolition and Repair Cost Coverage** each **occurrence** limit of insurance is set forth in the **Business Property Schedule of Coverages and Limits** or in the **Business Property Schedule of Locations**.  If a separate limit is shown, then the most the Insurer will pay under this **Demolition and Repair Cost Coverage** is the **Demolition and Repair Cost Coverage** each **occurrence** limit of insurance.

4.  Where **business income** coverage is applicable, the Ordinance or Law Increased **Period of Restoration** will be in effect.



Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

5. **Limitations**

The Insurer shall not be liable:

a.  for any costs if the damaged **insured property** is not repaired or reconstructed as soon as reasonably possible;

b.  for any costs attributable to any ordinance or law that the **Named Insured** was required to, but failed to comply with before the loss or damage; or

c.  for any increase in costs due to the enforcement of any ordinance or law that requires anyone to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, demolish, repair, replace, or in any way respond to or assess the affects of **contaminants or pollutants** or the presence, growth, proliferation, spread or any activity of **fungi**, wet rot, dry rot or **microbes**.

L.  **Pair or Set Coverage**

The Insurer will pay:

1.  an amount equal to the reduction in value of undamaged **personal property** that is a pair or set that is unmarketable because of direct physical loss of or damage to such **personal property**;

2.  to repair or replace such damaged **personal property** to restore its marketability of such **personal property**.

The most the Insurer will pay under this coverage is included within the applicable **Personal Property Coverage** limit of insurance.

M.  **Protection of Property Coverage**

1.  **Removal of Insured Property**

If it is necessary to move **insured property** from the **location** to protect it from imminent direct physical loss or damage, the Insurer will pay for any such loss or damage to that **insured property**:

a.  while it is being moved from or returned to, or while temporarily stored at another premises; and

b.  only if the loss or damage occurs within the Protection of Property Time Period set forth in the **Business Property Schedule of Coverages and Limits**.

2.  **Preservation of Insured Property**

If it is necessary to protect **insured property** at the **location** from imminent direct physical loss or damage, the Insurer will pay reasonable and necessary costs the **Named Insured** incurs to protect such **insured property** from such imminent loss or damage while at such **location**.

3.  **Limits of Insurance**

a.  **Removal of Insured Property**

The most the Insurer will pay for loss or damage under the **Removal of Insured Property Coverage** is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance.

b.  **Preservation of Insured Property**

The most the Insurer will pay for fees and costs under the **Preservation of Insured Property Coverage** is the **Preservation of Insured Property Coverage** each **occurrence** limit of insurance subject to a deductible of $1,000 each **occurrence**.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**N. Research and Development Coverage**

**1. Research and Development Restoration Expense**

The Insurer will pay for:

**a.** **research and development restoration expense** the **Named Insured** incurs due to direct physical loss of or damage to the **Named Insured**'s **research and development project property** while at or within 1000 feet of a **location**;

**b.** reasonable and necessary extra expense the **Named Insured** incurs to minimize direct physical loss of or damage to **personal property** that is an integral part of the research and development project, but only to the extent **research and development restoration expense** is reduced by such extra expense.

**2. Research and Development Restoration Business Income**

Where **business income** coverage is applicable, the Insurer will also pay for loss of **research and development business income** that the **Named Insured** incurs during the **period of restoration** and that results from the actual suspension or delay of the research and development projects in process at a **location** due to direct physical loss of or damage to **research and development project property**.

**3. Limits of Insurance**

The most the Insurer will pay under Paragraph **1. Research and Development Restoration Expense** of this coverage is the applicable **Research and Development Coverage – Restoration Expense Coverage** each **occurrence** limit of insurance.

The most the Insurer will pay under Paragraph **2. Business Income** of this **Research and Development Coverage** is included within the applicable **Time Element Coverage** limit of insurance.

Any amounts payable under this **Research and Development Coverage** are in excess of any amount payable under any other coverage specified in this **coverage part**. **Research and development project property** that is in transit or at **unspecified locations** is subject to the applicable limits of insurance for the **Property in Transit** or **Property at Unspecified Locations** coverages.

**O. Theft Damage to Unowned Building Coverage**

The Insurer will pay for direct physical loss of or damage to **buildings** in which the **Named Insured** is a tenant, and which it does not own, where such loss or damage is caused by **theft,** including robbery or burglary, provided the **Named Insured** is legally obligated to pay on account of such loss or damage.

The most the Insurer will pay under this coverage is included within the applicable **Personal Property Coverage** limit of insurance.

This coverage does not apply to **theft** that occurs after fire or explosion.

**P. Trees, Shrubs and Plants Coverage**

The Insurer will pay for direct physical loss of or damage to the **Named Insured**'s outdoor trees, shrubs and plants (other than **stock**), including expense to remove debris. This coverage will also cover the expense to remove debris of trees that blow onto the **location** by wind.

The most the Insurer will pay under this coverage is the **Trees, Shrubs and Plants Coverage** each **occurrence** limit of insurance.

**Q. Unintentional Errors or Omissions Coverage**

The Insurer will pay for any loss or damage that is not otherwise payable under this **coverage part** solely because of the items listed below:

**1.** any unintentional error or omission:




5002000085091119138620

CNA62648XX 09-12      Copyright CNA All Rights Reserved.      Page 15 of 27



**a.** in the description of any **insured property** by the **Named Insured**;

**b.** by the **Named Insured** that results in cancellation of any **location** under this Policy; or

**2.** any unintentional failure by the **Named Insured** to include any premises owned or occupied by the **Named Insured** at the inception date of this **coverage part**.

The most the Insurer will pay under this coverage is the **Unintentional Errors or Omissions Coverage** each **occurrence** limit of insurance.

There is no coverage for any unintentional error or unintentional omission by the **Named Insured** in the reporting of values or the coverage the **Named Insured** requested.  It is a condition of this coverage that such unintentional errors or omissions be reported and corrected when discovered.  The **policy premium** will be adjusted accordingly to reflect the date the premises should have been added had no error or omission occurred.

**R. Utility Supply Failure Coverage**

**1. Physical Damage**

The Insurer will pay for direct physical loss of or damage to **insured property** at a **location** where such loss or damage is caused by: the actual suspension, interruption or reduction of internet or other communication services; power supply or fuel services; sewerage or water services to such **location**; or sewerage removal service from such **location**.

Such suspension, interruption or reduction must be the result of a **covered peril** (other than **equipment breakdown**) that causes or results in direct physical loss or damage to such utility service provider's property used to provide the **location** with such services, provided such property is not on the **location**.

**2. Time Element Coverage**

Where **time element coverage** is applicable, the Insurer will pay for:

**a.** loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the actual suspension or delay of its operations; or

**b.** **extra expense** the **Named Insured** incurs during the **period of restoration**,

caused by loss or damage to **insured property** covered under paragraph **1**. above.

**3. Waiting Period**

The **Utility Supply Failure Coverage** for such **business income** is subject to a 12 hour Waiting Period or the applicable **Business Income** Waiting Period (whichever is longer) displayed in the **Business Property Schedule of Locations**. This waiting period begins immediately after the direct physical loss or damage to the water, communication or power supply services property.  If such suspension, interruption or reduction continues beyond this waiting period, payments due under this coverage will be calculated as of the time and date of such loss or damage.

**4. Limits of Insurance**

**a. Physical Damage**

The most the Insurer will pay for loss or damage under this **Utility Supply Failure Coverage – Physical Damage Coverage** is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance unless a separate **Utility Supply Failure Coverage – Physical Damage Coverage** each **occurrence** limit of insurance is set forth in the **Business Property Schedule of Coverages and Limits** or in the **Business Property Schedule of Locations**.  If a separate limit is shown, then the most the Insurer will pay under this **Utility Supply Failure Coverage – Physical Damage Coverage** is the **Utility Supply Failure Coverage – Physical Damage Coverage** each **occurrence** limit of insurance.

**b. Time Element Coverage**



**CNA PARAMOUNT**

**Business Property Coverage Part**

The most the Insurer will pay for loss of **business income** or **extra expense** under this **Utility Supply Failure Coverage – Time Element Coverage** is included within the applicable **Time Element Coverage** limit of insurance unless a separate **Utility Supply Failure Coverage – Time Element Coverage** each **occurrence** limit of insurance is set forth in the **Business Property Schedule of Coverages and Limits** or in the **Business Property Schedule of Locations**. If a separate limit is shown, then the most the Insurer will pay under this **Utility Supply Failure Coverage – Time Element Coverage** is the **Utility Supply Failure Coverage – Time Element Coverage** each **occurrence** limit of insurance.

**5. Limitation**

This **Utility Supply Failure Coverage** does not apply to loss or damage caused by physical loss of or damage to satellites or overhead transmission or distribution lines.

**S. Water-Liquids Damage and Backup of Sewers & Drains Coverage**

**1. Water, Other Liquids, Powder or Molten Material Damage**

**a. Physical Damage**

The Insurer will pay for direct physical loss of or damage to **insured property** caused by or resulting from water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment due to freezing, provided that:

**i.** the **Named Insured** did its best to maintain heat in such **real property**; or

**ii.** if heat was not maintained, the **Named Insured** drained the equipment and shut off the supply of water or other liquids.

**b. Fees and Costs**

The Insurer will also pay for costs and expenses:

**i.** to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(a)** results in discharge of any substance from an automatic fire protection system; or

**(b)** is directly caused by freezing.

**ii.** to repair a defect to a system or appliance from which water, other liquid, powder or molten material escapes, if and to the extent such escape was due to **equipment breakdown.**

**iii.** to tear out and replace any part of the **building** to repair the above-described loss or damage to the system or appliance from which the water or other substance escapes.

**2. Back Up of Sewers and Drains**

The Insurer will pay for direct physical loss of or damage to **insured property** caused by or resulting from back up of sewers and drains. However, the Insurer will not pay for such loss or damage if the backup is caused by emanation of water from a sewer or drain and such emanation is the result of:

**a. flood**, surface water, waves, tides, tidal waves, overflow of any natural or man made body of water, or their spray, all whether driven by wind or not;

**b.** mudslide or mudflow.

**3. Limits of Insurance**

**a.** The most the Insurer will pay under this **Water, Other Liquids, Powder or Molten Material Damage** coverage is included within the applicable **Real Property Coverage** or **Personal Property Coverage** limit of insurance.

**b.** The most the Insurer will pay under this **Back Up of Sewer and Drains** coverage is the **Back Up of Sewer and Drains** each **occurrence** limit of insurance.




CNA62648XX 09-12

Copyright CNA All Rights Reserved.



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

---

| **IV.  ADDITIONAL COVERAGE BASKET** |
|---|

All of these coverages within the **Additional Coverage Basket** are subject to a single limit of insurance as set in the **Business Property Schedule of Coverages and Limits** and apply to **insured property** that is at a **location** or within 1000 feet of such **location** unless otherwise specified.  Such single limit applies separately to each **building** at a **location** unless the **Business Property Schedule of Locations** indicates that a different single limit applies to such **Additional Coverage Basket** to each **building** at a **location**.

**Fine arts**, records of accounts receivable and **media** in transit, at **unspecified locations** or that are newly acquired are subject to the limits of insurance as set forth in the applicable **Property in Transit**, **Property at Unspecified Locations** or **Newly Acquired or Constructed Property Coverages**.

**A.  Accounts Receivable Coverage**

The Insurer will pay for the following amounts resulting from direct physical loss of or damage to the **Named Insured**'s records of accounts receivable, including all records, which exist on **media**:

**1.** **money** due the **Named Insured** from its customers that the **Named Insured** is unable to collect after exerting all reasonable effort to do so;

**2.** interest charges on any loan required to offset amounts the **Named Insured** is unable to collect pending the Insurer's payment of these amounts;

**3.** collection expenses in excess of the **Named Insured**'s normal collection expenses that are made necessary by such loss or damage; and

**4.** other reasonable expenses that the **Named Insured** incurs to re-establish its records of accounts receivable.

The Insurer will not pay for loss of or damage to the records of accounts receivable that requires any audit of records or any inventory computation to prove its factual existence.

Accounts receivable will be valued as set forth in the **First Party Terms and Conditions** Valuation Section. However, the following will be deducted from the amount of accounts receivable, however that amount is established:

**a.** the amount of the accounts for which there is no loss or damage;

**b.** the amount of the accounts that the **Named Insured** is able to re-establish or collect;

**c.** an amount to allow for probable bad debts that the **Named Insured** is normally unable to collect; and

**d.** all unearned interest and service charges.

**B.  Fine Arts Coverage**

The Insurer will pay for direct physical loss of or damage to **fine arts**.

Subject to the Single Combined Additional Limit, the most the Insurer will pay for any one item under this coverage is $100,000.

No exclusion applies to any **Fine Arts** coverage except for the exclusions entitled Dishonest and Criminal Acts, Governmental Actions, Inherent Causes of Loss, Nuclear Hazard and War and Military Action or Repair, Restoration or Retouching.

**C.  Fire Department Service Charge Coverage**

The Insurer will pay for the **Named Insured**'s liability for the following fire department service charges if incurred to save or protect **insured property** from a **covered peril**:

**1.** charges assumed by contract or agreement prior to loss; or

**2.** charges required by local ordinance.

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

No Deductible applies to this **Fire Department Service Charge Coverage**.

**D.   Lessee Leasehold Interest Coverage**

The Insurer will pay for the following loss sustained by the **Named Insured** as a result of the cancellation of the **Named Insured**'s lease because of physical loss or damage at a **location**:

**1.**   the value of the **Named Insured**'s leasehold interest in the unamortized portion of payments the **Named Insured** made for **tenant's improvements and betterments** less the value of  any other loss or damage recoverable for **tenant's improvements and betterments**;

**2.**   the amount of any **bonus payment**, **equipment data processing equipment leasehold values**, **prepaid rent, sublease profit** or **tenants' lease interest** the **Named Insured** incurs directly resulting from the cancellation of the **Named Insured**'s written lease for the **location**.  Such cancellation must be pursuant to the lease and by the lessor and be due to such loss or damage.

**E.   Loss Adjustment Expense Coverage**

The Insurer will pay for reasonable costs and expenses incurred by the **Named Insured** in preparing claim data when required by the Insurer, including the cost of taking inventories, obtaining appraisals and preparing other documentation to show the extent of loss or damage. The Insurer will not pay for any costs or expenses incurred, directed, or billed by or payable to attorneys, public adjusters, insurance brokers or agents or their associates or subsidiaries, or any costs as described in the **First Party Terms and Conditions** Appraisal Condition.

**F.   Lost Key Replacement Coverage**

The Insurer will pay for the necessary cost of replacing the master key and individual lock keys and the repair or replacement of door locks that have been lost or damaged due to a **covered peril.**

**G.   Non Owned Detached Trailers Coverage**

The Insurer will pay for direct physical loss of or damage to trailers that the **Named Insured** does not own, provided that:

**1.**   the trailer is used in the **Named Insured**'s business;

**2.**   the trailer is in the **Named Insured**'s care, custody or control at a **location**; and

**3.**   the **Named Insured** has a contractual responsibility to pay for such loss or damage to the trailer.

The Insurer will not pay for any loss or damage that occurs:

**a.**   while the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**b.**   during hitching or unhitching operations; or

**c.**   when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

This insurance is excess over the amount due (whether collectible or not) from any other insurance covering such property.

**H.   Personal Property of Executive Officers or Employees Coverage**

The Insurer will pay for direct physical loss of or damage to **personal property of executive officers or employees**.   However, this coverage does not apply to any property that is excluded under Section **V, EXCLUSIONS**, paragraph **C. Excluded Loss or Damage to Specified Property**.

**I.   Recharge of Fire Protection Equipment Coverage**

The Insurer will pay expenses the **Named Insured** incurs to recharge automatic fire protection equipment due to the leakage or discharge of the fire suppressant within the automatic fire protection equipment. The insurance provided under this coverage applies regardless of how the discharge or leakage is caused. However, if the leakage or discharge is caused by or results from loss or damage, no deductible applies.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**J.   Restoration of Media Coverage**

The Insurer will pay the **Named Insured**'s costs to replace or restore the **Named Insured**'s **media** (including valuable papers and **electronic data**) when physical loss or damage occurs to such **media** and for which duplicates do not exist.  The Insurer will also pay for the cost of blank material for reproducing the records, whether or not duplicates exist; and if there is a duplicate, the cost of labor to transcribe or copy any **media**.

If such **media** is not replaced or restored, the loss will be valued at the cost of replacement of the **media** on which it was stored, with blank media of substantially identical type.

**K.   Reward Payments Coverage**

In the event of direct physical loss of or damage to **insured property** caused by arson, **theft** or vandalism, the Insurer will reimburse the **Named Insured** for amounts it pays for information leading to the conviction of any persons responsible for such arson, **theft** or vandalism.  However, there is no coverage for a reward payment made to the **Named Insured** or its **executive officers**.

No deductible applies to this **Reward Payments Coverage**.

---

| **V.   EXCLUSIONS** |
| --- |

The exclusions set forth in paragraphs **A. B. C.** and **D.** below apply to all coverages under this **coverage part** unless otherwise stated:

**A.   Excluded Perils Subject to Concurrent Causation Provisions**

With respect to the exclusions set forth below, the Insurer will not pay for loss or damage to property directly or indirectly caused by or resulting from the following causes of loss or events:  **Computer Virus and System Penetration**; **Earth Movement**; **Flood and Other Water Events**; **Fungi, Wet Rot, Dry Rot and Microbes**; **Governmental Action**; **Nuclear Hazard**; **Utility Services**; and **War and Military Action**, regardless of: the causes of such excluded causes or events; other causes of such loss; any other cause or event, whether or not insured under this **coverage part**, which may have contributed concurrently, or in any sequence, to produce such loss even if such other cause or event would otherwise be covered; and whether or not the event occurred suddenly or gradually, involved isolated or widespread damage, arose from natural or external sources or acts or omissions, or occurred as a result of any combination of any such causes or events.

**1.   Computer Virus or System Penetration**

The Insurer will not pay for loss caused directly or indirectly by or resulting from a computer virus or **system penetration**.

**2.   Earth Movement**

The Insurer will not pay for loss caused directly or indirectly by or resulting from **earth movement** (except if **earth movement** results in fire or explosion and such resulting loss or damage is not otherwise excluded, the Insurer will pay for the resulting loss or damage caused by such fire or explosion).

This exclusion does not apply to:

**a.**   property in the due course of transit or property in the custody of salespersons;

**b.**   the extent coverage is provided for loss or damage in the **Accounts Receivable, Restoration of Media** or **Storage of Media Coverages**.

**3.   Flood and Other Water Events**

The Insurer will not pay for loss caused directly or indirectly by or resulting from:

**a.**   **flood**, surface water, waves, tides, tidal waves, overflow of any natural or man made body of water, or their spray, all whether driven by wind or not;

**b.**   mudslide or mudflow;

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

   **c.**  water under the ground surface pressing on, or flowing or seeping through:

      **i.**  foundations, walls, floors or paved surfaces;

      **ii.**  basements, whether paved or not; or

      **iii.**  doors, windows or other openings.

   **d.**  water that backs up or overflows from a sewer, drain or sump resulting from any events described in Paragraphs a. through **c.** above.  However, this paragraph **d.** does not apply to the extent such loss or damage is covered under Section **III. Additional Coverages**, paragraph **S. Water – Liquids Damage and Backup of Sewers & Drains Coverage**, subparagraph **2**, **Back Up of Sewers and Drains**.

However, if the causes of loss listed above result in fire, explosion, sprinkler leakage, **equipment breakdown** or **theft**, the Insurer will pay for resulting loss caused by such fire, explosion, sprinkler leakage, **equipment breakdown** or **theft**.

This exclusion does not apply to:

**(i)**  property in the due course of transit or property in the custody of salespersons;

**(ii)**  the extent coverage is provided for loss or damage in the **Accounts Receivable**, **Restoration of Media** or **Storage of Media Coverages**.

  **4.**  **Fungi, Wet Rot, Dry Rot and Microbes**

The Insurer will not pay for loss caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of **fungi**, wet or dry rot, or **microbes.**  However, this exclusion does not apply when **fungi**, wet or dry rot, or **microbes** results from fire or lightning.  However, this exclusion does not apply to the extent such loss is covered under Section **III. Additional Coverages**, paragraph **E. Equipment Breakdown**, subparagraph **1.b, Perishable or Contaminated Property**.

  **5.**  **Governmental Action**

The Insurer will not pay for loss caused directly or indirectly by or resulting from seizure, destruction, demolition, expropriation, condemnation, confiscation or nationalization of property by, on behalf of or at the direction of any governmental authority.

However, this exclusion does not apply:

   **a.**  to the extent the **Ordinance or Law Coverage** applies;

   **b.**  to loss caused by or resulting from acts of destruction ordered by governmental or military authority and taken at the time of a fire to prevent its spread, if the fire itself is covered under this **coverage part**.

  **6.**  **Nuclear Hazard**

The Insurer will not pay for loss caused directly or indirectly by or resulting from nuclear reaction or radiation, or radioactive contamination, however caused.  However, if nuclear reaction or radiation, or radioactive contamination results in fire, the Insurer will pay for the resulting loss caused by such fire.

  **7.**  **Utility Services**

The Insurer will not pay for loss caused directly or indirectly by or resulting from the failure (including lack of sufficient capacity and reduction in supply) of power, fuel, sewerage, internet or other communication service, or any other utility service supplied to a **location**, if the failure occurs away from the **location**.  The Insurer will pay for such loss if the **covered peril** giving rise to such loss is **equipment breakdown**.

However, if such failure results in a **covered peril**, the Insurer will pay for the loss caused by such **covered peril**.

This exclusion does not apply to the extent coverage is provided under the **Utility Supply Failure Services Coverage**.

5002000085091119138362




Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

8. **War And Military Action**

The Insurer will not pay for loss caused directly or indirectly by or resulting from:

**a.** war (whether declared or undeclared); civil war or warlike action by a military force;

**b.** insurrection, rebellion, revolution, military or usurped power by governmental or military personnel.

## B. Other Excluded Perils

1. **Adulteration or Contamination**

The Insurer will not pay for loss caused by or resulting from adulteration or contamination to **stock** which causes the **stock** to become diminished in value or use, including but not limited to diminished value or use due to change in color, finish, flavor, size or texture. This exclusion applies unless the adulteration or contamination is itself caused by any **specified perils** (other than **equipment breakdown**). However, if the adulteration or contamination to **stock** results in a **covered peril**, the Insurer will pay for the resulting loss caused by such **covered peril**.

2. **Artificially Generated Electrical Current**

The Insurer will not pay for loss caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires, except where caused by **equipment breakdown**. However, if artificially generated electrical current results in fire, the Insurer will pay for the resulting loss.

3. **Collective Activities**

The Insurer will not pay for loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming **operations** due to strikes, boycotts, picketing, lockouts or other such collective activities.

4. **Contaminants or Pollutants**

The Insurer will not pay for loss caused by or resulting from discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants** unless such discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants** is itself caused by any **specified peril**.

However, if loss or damage caused by a **specified peril** results from the discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants**, the Insurer will pay the resulting loss or damage caused by the **specified peril**.

This exclusion does not apply;

**a.** to loss to glass caused by chemicals applied to the glass;

**b.** to the extent coverage is provided for loss in the **Accounts Receivable**, **Restoration of Media** or **Storage of Media Coverages**.

5. **Delay, Loss of Use or Loss of Market**

The Insurer will not pay for loss caused by or resulting from delay, loss of use or loss of market.

6. **Dishonest or Criminal Acts**

The Insurer will not pay for loss caused by or resulting from any dishonest, fraudulent or criminal acts committed alone or in collusion with others by the **Named Insured**, any of the **Named Insured**'s **executive officers**, **employees** or authorized representatives or anyone to whom the **Named Insured** entrusts **insured property** for any purpose, regardless of whether such activity takes place during or after hours of operation.

This exclusion does not apply:

**a.** to acts of destruction by an **employee**;

**b.** to acts committed by a carrier or other bailee for hire; or

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

c. to the extent coverage applies under the **Employee Theft Coverage**.

**7. Errors or Defects**

The Insurer will not pay for loss caused by or resulting from errors or defects in design, construction or specification, errors in processing or manufacture, faulty workmanship or faulty materials. However, if such errors, faulty workmanship or faulty materials result in a **covered peril**, the Insurer will pay for the resulting loss caused by such **covered peril**.

**8. Explosion**

The Insurer will not pay for loss caused by or resulting from explosion of steam boilers, steam pipes, steam engines, steam turbines, or apparatus or components attached to and forming a part of any such equipment, owned or leased by the **Named Insured**, or operated under its control, except to the extent such loss is caused by **equipment breakdown** or is caused by or results from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

However, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, the Insurer will pay for the resulting loss caused by such fire or combustion explosion.

**9. Inherent Vice/Latent Defect**

The Insurer will not pay for loss caused by or resulting from the following causes of loss:

a. wear and tear

b. rust or other corrosion or decay;

c. gradual deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

d. nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

e. dampness or dryness of atmosphere;

f. smog or changes in or extremes of temperature, whether atmospheric or not; or

g. marring or scratching,

except to the extent such loss is directly caused by a **specified peril**.  If any of the above excluded causes of loss result in a **covered peril**, the Insurer will pay for the resulting loss caused by such **covered peril**.

**10. Mechanical Breakdown**

The Insurer will not pay for loss caused by or resulting from mechanical breakdown, including rupture or bursting caused by centrifugal force, except to the extent such loss is directly caused by a **specified peril** (including **equipment breakdown)** or elevator collision.

**11. Mysterious Disappearance**

The Insurer will not pay for loss caused by or resulting from disappearance of property or shortage of property disclosed on taking inventory, where there is no physical evidence to show what happened to the property. However, if such disappearance or shortage results in a **covered peril**, the Insurer will pay for the resulting loss caused by such **covered peril**.

This exclusion does not apply:

a. to **electronic data processing equipment** or to property in the custody of carriers or other bailees for hire;

b. to the extent coverage is provided for loss in the Accounts Receivable, Restoration of **Media** or **Storage of Media Coverages**.



 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

**12. Precipitation**

The Insurer will not pay for loss caused by or resulting from hail, ice, rain, sleet or snow to **personal property** in the open, other than property in the custody of carriers for hire.

**13. Repair, Restoration or Retouching**

The Insurer will not pay for loss to **fine arts** caused by or resulting from any repairing, restoration or retouching process.

**14. Settling and Cracking**

The Insurer will not pay for loss caused by or resulting from naturally occurring or man made bulging, cracking, expansion, shrinkage or settling of land, paved or concrete surfaces, foundations, pools or **buildings** (including soil or fill adjacent to pools or **buildings**).  However, this exclusion does not apply if such loss is directly caused by a **specified peril**.  If such bulging, cracking, expansion, shrinkage or settling results in a **covered peril**, the Insurer will pay for the resulting loss caused by such **covered peril**.

**15. Suspension, Lapse, Cancellation**

The Insurer will not pay for any loss of **business income** or any **extra expense** due to suspension, lapse or cancellation of any license, lease or contract unless:

**a.** such pension, lapse or cancellation is directly caused by the actual suspension or delay in **operations**;

**b.** the loss of **business income** is sustained during the **period of restoration** or any extended indemnity period; and

**c.** the **extra expense** is incurred during the **period of restoration**.

**16. Voluntary Parting**

The Insurer will not pay for loss caused by or resulting from voluntary parting with any property by the **Named Insured** or by anyone else to whom the **Named Insured** has entrusted the property if induced to do so by any dishonest act.

This exclusion does not apply to **Property in Transit Coverage**.

**17. Water Damage**

The Insurer will not pay for loss:

**a.** caused by or resulting from continuous or repeated discharge, seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 consecutive days or more;

**b.** caused by or resulting from water, other liquids, powder or molten material that, because of freezing, leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems), unless:

**i.** the **Named Insured** does its best to maintain heat in such **building**; or

**ii.** the **Named Insured** drains the equipment and shuts off the supply if heat is not maintained. However, this paragraph **b.** does not apply to the extent such loss is covered under Section **III. Additional Coverage**, paragraph **S. Water – Liquids Damage and Backup of Sewers & Drains Coverage**, subparagraph **a, Water, Other Liquids, Powder or Molten Material Damage**.

**C**. **Excluded Loss or Damage to Specified Property**

**1. Electronic Data**

**a. Loss**

The Insurer will not pay for loss to **electronic data** caused by or resulting from:

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

    **i.**   programming errors or faulty machine instructions;

    **ii.**   bookkeeping, accounting or billing errors or omissions; or

    **iii.**  other errors or omissions in processing or copying.

  **b.**  **Business Income**

     The Insurer will not pay for loss of **business income** when a suspension or delay of **operations** is caused by loss to **electronic data**, except to the extent provided under the **Restoration of Media Coverage**.

  **c.**  **Extra Expense**

     The Insurer will not pay for **extra expense** when action is taken to avoid or minimize a suspension or delay of **operations** caused by loss to **electronic data,** except to the extent it reduces the amount of loss under the **Restoration of Media Coverage**.

**2.**  **Steam Machinery**

   The Insurer will not pay for loss to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment, except to the extent such loss is caused by or results from:

  **a.**  **equipment breakdown**, or

  **b.**  an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**3.**  **Transferred Property**

   The Insurer will not pay for loss to property that has been transferred to a person or to a place outside the **location** on the basis of unauthorized instructions.

**4.**  **Water Heating Equipment**

   The Insurer will not pay for loss to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, except to the extent such loss is caused by or results from **equipment breakdown** or an explosion.

**D.**  **Excluded Fees, Costs and Expenses**

**1.**  **Excavation, Grading or Filling Costs**

   The Insurer will not pay fees, costs and expenses for:

  **a.**  excavations, grading, backfilling or filling, unless such cost is necessarily incurred to repair or replace **insured property** below the surface of the ground[0]; or

  **b.**  filling sinkholes.

**2.**  **Volcanic Eruption**

   The Insurer will not pay fees, costs and expenses to remove ash, dust or particulate matter, following a **volcanic eruption** that does not cause loss or damage.

**3.**  **Water Damage, Other Liquids, Powder or Molten Material Damage Costs**

   The Insurer will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes except as specifically covered under **Section III**, **ADDITIONAL COVERAGES** paragraph **S. Water – Liquids Damage and Backup of Sewers & Drains Coverage**.





 Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

---

**VI. LIMITS OF INSURANCE/INDEMNITY PERIOD/ DEDUCTIBLE/WAITING PERIOD**

**A. Limits of Insurance**

The limits of insurance applicable to each coverage agreement are set forth in the **Business Property Schedule of Coverages and Limits** or the **Business Property Schedule of Locations**.

**B. Special Limits**

The limits of insurance applicable to any one **occurrence** for loss or damage due to **theft** is $10,000 for: furs, fur garments and garments trimmed with fur; jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones; and bullion, gold, silver, platinum and other precious alloys or metals.  This limit is included within the applicable **personal property** limit of insurance.

**C. Maximum Period of Indemnity**

If the **Business Property Schedule of Locations** displays a Maximum Period of Indemnity, the most the **Insurer** will pay for the total loss of **business income** and **extra expense** is the lesser of:

**1.** the amount of covered **business income** and **extra expense** during the 120 consecutive days immediately following the beginning of the **period of restoration**; or

**2.** the limit of insurance shown in the **Business Property Schedule of Locations**.

**D. Monthly Limit**

If the **Business Property Schedule of Locations** displays a monthly limit of indemnity fraction, the most the **Insurer** will pay for covered **business income** in each period of 30 consecutive days after the beginning of the **period of restoration** is:

**1.** the limit of insurance, multiplied by

**2.** the Monthly Limit of Indemnity fraction shown in the **Business Property Schedule of Locations** for this optional coverage.

**E. Inflation Guard**

If the **Business Property Schedule of Locations** displays an inflation guard percentage, the limit of insurance for **insured property** will automatically increase as follows.

**1.** The applicable limit of insurance; times

**2.** The inflation guard percentage as shown on the **Business Property Schedule of Locations**; times

**3.** The number of consecutive days since the beginning of the annual **policy period**, or the effective date of the most recent Policy change amending the limit of insurance, divided by 365**.**

**F. Deductible and Waiting Periods**

**1.** The insurer will pay all amounts due under the terms and conditions of this **coverage part** in excess of any applicable deductible or waiting period as set forth below and on the **Business Property Schedule of Locations**.  The Insurer will pay all such amounts up to the applicable limit of insurance upon satisfaction or expiration of the applicable deductible or waiting period.

**2.** The waiting period shown in the **Business Property Schedule of Locations** will be used with the applicable **Business Income** coverages. The **period of restoration** will begin when the number of hours shown in the **Business Property Schedule of Locations** has elapsed following the physical loss of or damage to property by a **covered peril**. If two or more waiting periods apply, only the largest single waiting period will apply. However, there is no waiting period applicable to **extra expense**.

**3.** A covered loss occurring at premises not shown on the **Business Property Schedule of Locations** will be subject to the deductibles and waiting periods applicable for the first **location** described in the **Business Property Schedule of Locations**.

---

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Business Property Coverage Part**

4.  Except with respect to Named **Covered Peril** Deductibles, as set forth in paragraph 5 below, if there are two or more applicable deductibles, the Insurer will apply each deductible separately. However, the total of all monetary deductible amounts applied will not exceed the single highest deductible.

5.  Separate deductibles or waiting periods may apply to each **occurrence** where the **occurrence** is a named **covered peril** as identified in the **Business Property Schedule of Locations**.  The Insurer will apply each deductible and each waiting period separately for each applicable **location** impacted by loss or damage resulting from the named **covered peril** if:

    a.  this Named **Covered Peril** Deductible or Waiting Period is shown as "Each **Location**," and

    b.  more than one Deductible or one Waiting Period applies to loss or damage in any one **occurrence**.

    Unless shown as "Each **Location**" in the **Business Property Schedule of Locations**, the deductible and waiting period will apply as described in Paragraph **4.** above regardless of the number of **locations** impacted.

    The Named **Covered Peril** Deductible or Waiting Period applies to all covered loss caused directly or indirectly by such named **covered peril**, regardless of any other cause or event that contributes concurrently or in any sequence to such loss or damage.   If direct physical loss of or damage to property from a **covered peril** other than the named **covered peril** indicated on the **Business Property Schedule of Locations** occurs, and that loss or damage would not have occurred but for such named **covered peril**, such loss or damage shall be considered to be caused by the named **covered peril** and therefore part of the named **covered peril occurrence**.  The Named **Covered Peril** Deductible or Waiting Period applies whenever there is an **occurrence** of such named **covered peril**.

    With respect to direct physical loss of or damage to **insured property** covered under the **Newly Acquired or Constructed Property Coverage**, the Insurer will deduct an amount equal to the applicable Named **Covered Peril** Deductible or the deductible applying to the location where the newly acquired or constructed property is situated as shown, whichever is greater.



CNA62648XX 09-12                    Copyright CNA All Rights Reserved.



# Technology Initiative

**General Liability**

**Renewal Declaration**

| | | |
|---|---|---|
| **POLICY NUMBER** | **COVERAGE PROVIDED BY** | **FROM – POLICY PERIOD – TO** |
| C 5091119138 | Nat'l Fire Ins Co of Hartford | 01/24/2015    01/24/2016 |
| | 333 S. WABASH | |
| | CHICAGO, IL.  60604 | |

**INSURED NAME AND ADDRESS**
HURRICANE ELECTRIC LLC
760 MISSION CT
FREMONT, CA  94539

**REFER TO ADDITIONAL NAMED INSUREDS SCHEDULE**

**AGENCY NUMBER**
030698

**AGENCY NAME AND ADDRESS**
PROFESSIONAL INS ASSOC INC
1100 INDUSTRIAL RD #
PO BOX 1266
SAN CARLOS, CA  94070
Phone Number: (650)592-7333

**BRANCH NUMBER**
250

**BRANCH NAME AND ADDRESS**
SAN FRANCISCO
555 MISSION ST., STE 200
SAN FRANCISCO, CA  94105
Phone Number: (415)932-7500

This policy becomes effective and expires at 12:01 A.M. standard time at your mailing
address on the dates shown above.

The Named Insured is a Limited Liability Corporation

Your policy is composed of this Declarations, with the attached Common Policy Conditions,
Coverage Forms, and Endorsements, if any. The Policy Forms and Endorsement Schedule shows
all forms applicable to this policy at the time of policy issuance.

The Estimated Policy Premium Is          $6,482.00



Your Premium includes the following amount for
Certified Acts of Terrorism Coverage          $73.00

Audit Period is Not Auditable

**POLICY NUMBER**
C 5091119138

**INSURED NAME AND ADDRESS**
HURRICANE ELECTRIC LLC
760 MISSION CT
FREMONT, CA  94539

In return for the payment of the premium, and subject to all the terms and conditions contained here-in, we agree to provide the insurance as stated.

## LIMITS OF INSURANCE

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence | $1,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Medical Expense - Any One Person | $5,000 |
| Damage To Premises Rented To You Limit | $100,000 |
| Products/Completed Operations Aggregate | $2,000,000 |
| General Aggregate | $2,000,000 |

## SCHEDULE OF LOCATIONS AND COVERAGES

| COVERAGE/HAZARD DESCRIPTION | EXPOSURE | PREMIUM BASIS | RATE | ESTIMATED PREMIUM |
|---|---|---|---|---|
| **POLICY LEVEL COVERAGES** | | | | |
| Technology General Liability Extension Endorsement | | | 2 % | $126 |

**Location**   1
760 MISSION COURT
FREMONT, CA  94539

**Class Code T43151**
Computer Data Processing - Operations. Products-completed operations are subject to the General Aggregate Limit.

| | EXPOSURE | PREMIUM BASIS | RATE | ESTIMATED PREMIUM |
|---|---|---|---|---|
| Premises & Operations | 41,450 | (A) | 26.280 | $1,089 |
| | | **LOCATION SUB-TOTAL** | | $1,089 |

**Location**   2
46223 WARM SPRINGS BLVD.
FREMONT, CA  94539

**Class Code T43151**
Computer Data Processing - Operations. Products-completed operations are subject to the General Aggregate Limit.

| | EXPOSURE | PREMIUM BASIS | RATE | ESTIMATED PREMIUM |
|---|---|---|---|---|
| Premises & Operations | 187,224 | (A) | 26.280 | $4,920 |
| | | **LOCATION SUB-TOTAL** | | $4,920 |

**POLICY NUMBER**
C 5091119138

**INSURED NAME AND ADDRESS**
HURRICANE ELECTRIC LLC
760 MISSION CT
FREMONT, CA  94539

## SCHEDULE OF LOCATIONS AND COVERAGES

**Location    3**
55 SOUTH MARKET STREET
#1400
SAN JOSE, CA  95113

**Class Code T43151**
Computer Data Processing - Operations. Products-
completed operations are subject to the General
Aggregate Limit.

| | | |
|---|---|---|
| Premises & Operations | 2,925 (A)  15.271 | $45 |
| | **LOCATION SUB-TOTAL** | $45 |

**Location    4**
70 HILLSSIDE AVENUE
WILLISTON PARK, NY  11596

**Class Code T43151**
Computer Data Processing - Operations. Products-
completed operations are subject to the General
Aggregate Limit.

| | | |
|---|---|---|
| Premises & Operations | 1,000 (A)  212.615 | $213 |
| | **LOCATION SUB-TOTAL** | $213 |

**Location    5**
12908 TRAILS END ROAD
BLDG. #3 SUITE A
LEANDER, TX  78641

**Class Code T43151**
Computer Data Processing - Operations. Products-
completed operations are subject to the General
Aggregate Limit.

| | | |
|---|---|---|
| Premises & Operations | 1,000 (A)   9.310 | $9 |
| | **LOCATION SUB-TOTAL** | $9 |

**Location    6**
16405 GREENHORN ROAD
GRASS VALLEY, CA  95945

**Class Code T43151**
Computer Data Processing - Operations. Products-
completed operations are subject to the General
Aggregate Limit.

| | | |
|---|---|---|
| Premises & Operations | 250 (A)  26.280 | $7 |
| | **LOCATION SUB-TOTAL** | $7 |



**POLICY NUMBER**
C 5091119138

**INSURED NAME AND ADDRESS**
HURRICANE ELECTRIC LLC
760 MISSION CT
FREMONT, CA  94539

## ADDITIONAL NAMED INSUREDS SCHEDULE

WARM SPRINGS PROPERTIES LLC

_____
                                        Countersignature

*Thomas F. Molamed*
Chairman of the Board

*Jonathan Kantor*
                        Secretary

P-55170-A (Ed. 01/86)                    AGENT                    Page    4 of    4

**POLICY NUMBER**
C 5091119138

**INSURED NAME AND ADDRESS**
HURRICANE ELECTRIC LLC
760 MISSION CT

FREMONT, CA  94539

**POLICY CHANGES**
**SCHEDULE CG2404**

> **This Change Endorsement changes the Policy. Please read it carefully. This Change Endorsement is a part of your Policy and takes effect on the effective date of your Policy, unless another effective date is shown.**

CG 24 04 SCHEDULE

Name of Person or Organization:

Any person or organization with whom you have agreed in writing in a contract or agreement to waive any right of recovery against such person or organization, but only if the contract or agreement:

1. Is in effect or becomes effective during the term of this policy; and
2. Was executed prior to loss.

Chairman of the Board

Secretary

G-56015-B (ED. 11/91)

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
| --- |
| REFER TO SCHEDULE CG2404 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard." This waiver applies only to the person or organization shown in the Schedule above.





Copyright, Insurance Services Office, Inc., 2008

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 25 04 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Location(s):** |
| Each of your "locations" owned by or rented to you for which coverage applies in this policy |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which can be attributed only to operations at a single designated "location" shown in the Schedule above:

  **1.** A separate Designated Location General Aggregate Limit applies to each designated "location," and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

  **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard," and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits."

  **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location." Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

  **4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.




**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

Copyright, Insurance Services Office, Inc., 2008



**CNA PARAMOUNT**

**Amendment to Policy Declarations – Named Insured Endorsement**

It is understood and agreed as follows:

The **Policy Declarations** is amended as follows:

A.      Addition of **Named Insured**s:

The following are added as **Named Insured**s:

| Name and Address of **Named Insured** |
| --- |
| HURRICANE ELECTRIC LLC |
| |
| WARM SPRINGS PROPERTIES LLC |
| |
| 760 MISSION CT |
| |
| FREMONT, CA  94539 |

B.      Deletion of **Named Insured**:

The following are deleted as **Named Insured**s:

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.



CNA62700XX 09-12

Page  1 of  1

NATIONAL FIRE INSURANCE OF HARTFORD

Insured Name: HURRICANE ELECTRIC LLC

Policy No:  5091119138

Endorsement No:    2

Effective Date:  01/24/2015

Copyright CNA All Rights Reserved.

**CNA**

**CNA PARAMOUNT**

**Bridge Endorsement**

It is understood and agreed as follows:

I.    If any endorsement attached to this Policy indicates that it amends one or more of the following forms:

        BUILDING AND PERSONAL PROPERTY COVERAGE FORM
        CAUSES OF LOSS – BASIC FORM
        CAUSES OF LOSS – BROAD FORM
        CAUSES OF LOSS – SPECIAL FORM
        BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
        BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
        EXTRA EXPENSE COVERAGE FORM
        COMMERCIAL PROPERTY COVERAGE PART
        COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
        COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
        CRIME AND FIDELITY COVERAGE PART

      then such endorsements are hereby amended to delete those form references.

II.   Wherever any endorsement attached to this policy references the Common Policy Conditions, such reference is deleted and replaced with "Common Terms and Conditions":

III.  The Common Terms and Conditions form is organized differently from the Common Policy Conditions form it replaces. When an endorsement refers to a particular Common Policy Condition name or paragraph, please use the table below to find the corresponding section of the Common Terms and Conditions.  References to particular paragraph numbers in the Common Policy Conditions are hereby changed as necessary to reference equivalent provisions of the Common Terms and Conditions.

| | Common Policy Conditions IL0017 or IL0146 | | Common Terms and Condition CNA62642 |
|---|---|---|---|
| A. | Cancellation: items A.1. and A.3. | XIII. | Named Insured Authorization and Notices |
| A. | Cancellation: all other items | III. | Cancellation / Nonrenewal |
| B. | Changes | IV. | Changes; and |
| | | IX. | Entire Agreement |
| C. | Examination of Books and Records | X. | Examination of Books and Records |
| D. | Inspections and Surveys | XI. | Inspections and Surveys |
| E. | Premiums | XIII. | Named Insured Authorization and Notices |
| F. | Transfer of Your Rights and Duties under This Policy | I. | Assignment of Interest |
| G. | Nonrenewal (Washington only) | III. | Cancellation / Nonrenewal |

IV.   Whenever any endorsement attached to this policy references the following words with respect to the Common Policy conditions (now the Common Policy Terms and Conditions per paragraph **II.** above),

      A.    "you" or "your", are replaced with **Named Insured** as defined in the **First Party Glossary of Defined Terms**;



CNA62646XX (9-12)
Page 1 of 2
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No: 5091119138
Endorsement No:    3
Effective Date: 01/24/2015

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Bridge Endorsement**

**B.**    "we" and "us" are replaced by "the Insurer"; "our" is replaced by "the Insurer's";

**C.**    first Named Insured is replaced by **First Named Insured** as defined in the **First Party Glossary of Defined Terms**.

**V.**    If a Commercial General Liability Coverage Part is part of this policy, then:

**A.**    the following Common Terms and Conditions do not apply to it, since SECTION **IV** – COMMERCIAL GENERAL LIABILITY CONDITIONS has more specific conditions of its own:

**II.**    Bankruptcy

**XIV.**    No Suit Against Insurer,

**B.**    SECTION **IV** – COMMERCIAL GENERAL LIABILITY CONDITIONS is amended to delete Condition **9. When We Do Not Renew**. Please refer instead to Condition **III**. CANCELLATION/NONRENEWAL of the Common Terms and Conditions.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA62646XX (9-12)
Page 2 of 2
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No: 5091119138
Endorsement No:    3
Effective Date: 01/24/2015

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Cancellation / Non-Renewal – California

Wherever used in this endorsement: 1) Insurer means "we", "us", "our" or the "Company" as those terms may be defined in the policy; and 2) Named Insured means the first person or entity named on the declarations page; and 3) "Insureds" means all persons or entities afforded coverage under the policy.

Any cancellation, non-renewal or termination provisions in the policy are deleted in their entirety and replaced with the following:

## CANCELLATION AND NON-RENEWAL

**A.    CANCELLATION**

1.    The Named Insured may cancel the policy at any time. To do so, the Named Insured must return the policy to the Insurer or any of its authorized representatives, indicating the effective date of cancellation; or provide a written notice to the Insurer, stating when the cancellation is to be effective.

2.    If the policy has been in effect for less than sixty (60) days and is not a renewal the Insurer may cancel the policy for any reason by mailing or delivering written notice to the Named Insured, at the last mailing address known to the Insurer, and the producer of record. The notice of cancellation will be provided at least sixty (60) days prior to the effective date of cancellation except that in the case of cancellation for nonpayment of premiums the notice will be given no less than ten (10) days prior to the effective date of the cancellation.

3.    If the policy has been in effect for more than sixty (60) days or if it is a renewal, effective immediately, the Insurer may not cancel the policy unless such cancellation is based on one or more of the following reasons:

a.    Nonpayment of premium, including payment due on a prior policy issued by the Insurer and due during the current policy term covering the same risks.

b.    A judgment by a court or an administrative tribunal that the Named Insured has violated any law of this state or of the United States having as one of its necessary elements an act which materially increases any of the risks insured against.

c.    Discovery of fraud or material misrepresentation by either of the following:
(1)    The Named Insured or Insured(s) or a representative of same in obtaining the insurance; or
(2)    The Named Insured or his or her representative in pursuing a claim under the policy.

d.    Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by the Named Insured or Insured(s) or a representative of same, which materially increase any of the risks insured against.

e.    Failure by the Named Insured or Insured(s) or a representative of same to implement reasonable loss control requirements which were agreed to by the Named Insured as a condition of policy issuance or which were conditions precedent to the use by the Insurer of a particular rate or rating plan, if the failure materially increases any of the risks insured against.

f.    A determination by the commissioner that the loss of, or changes in, the Insurer's reinsurance covering all or part of the risk would threaten the financial integrity or solvency of the Insurer.

g.    A determination by the commissioner that a continuation of the policy coverage would place the Insurer in violation of the laws of this state or the state of its domicile or that the continuation of coverage would threaten the solvency of the Insurer.

h.    A change by the Named Insured or Insured(s) or a representative of same in the activities or property of the commercial or industrial enterprise which results in a material added risk, a materially increased risk or a materially changed risk, unless the added, increased, or changed risk is included in the policy.

5020000850911191383634

CNA62814CA (9-12)
Page 1 of 4
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No:    5091119138
Endorsement No:    4
Effective Date:    01/24/2015

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Cancellation / Non-Renewal – California**

A notice of cancellation will be in writing and will be delivered or mailed to the Named Insured, at the last mailing address known to the Insurer, and the producer of record at least sixty (60) days prior to the effective date of cancellation. Where cancellation is for nonpayment of premium, notice shall be given no less than ten (10) days prior to the effective date of cancellation.

4.      The notice will state the actual reason for the cancellation.

5.      Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6.      If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.      PREMIUM REFUND**

If this policy is cancelled, the Insurer will send the Named Insured any premium refund due. If the Insurer cancels the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if the Insurer has not made or offered a refund.

**C.      NON-RENEWAL**

1.      The Insurer can non-renew the policy by giving written notice to the Named Insured, at the last mailing address known to the Insurer, and the producer of record at least sixty (60) days but not more than one hundred twenty (120) days before the expiration date.

2.      The notice of non-renewal will state the actual reason for non-renewal.

3.      If notice is mailed, proof of mailing will be sufficient proof of notice.

4.      A notice of non-renewal will not be required in any of the following situations:

   a.      The transfer of, or renewal of, a policy without change in its terms or conditions or the rate on which the premium is based between insurers that are members of the same insurance group.
   b.      The policy has been extended for ninety (90) days or less, if the notice required has been given prior to the extension.
   c.      The Named Insured has obtained replacement coverage or has agreed, in writing, within sixty (60) days of the termination of the policy, to obtain that coverage.
   d.      The policy is for a period of no more than sixty (60) days and the Named Insured is notified at the time of issuance that it may not be renewed.
   e.      The Named Insured requests a change in the terms or conditions or risks covered by the policy within sixty (60) days prior to the end of the policy period.
   f.      The Insurer has made a written offer to the Named Insured, within the prescribed time period, to renew the policy under changed terms or conditions or at a changed premium rate, where the increase is more than 25%. As used herein, "terms or conditions" includes, but is not limited to, a reduction in limits, elimination of coverages, or an increase in deductibles.

5.      In the case of conditional renewal, failure of the Named Insured to satisfy conditions provided by the Insurer for renewal, by the expiration date of the policy or sixty (60) days after mailing or delivery of such notice, whichever is later, the conditional renewal shall be treated as an effective non-renewal.

CNA62814CA (9-12)
Page 2 of 4
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No:   5091119138
Endorsement No:   4
Effective Date:   01/24/2015

Copyright CNA All Rights Reserved.



| | CNA | **CNA PARAMOUNT** |
|---|---|---|
| | | **Cancellation / Non-Renewal – California** |

#### D. CONDITIONAL RENEWAL

1. If the policy has been in effect for more than sixty (60) days or if the policy is a renewal, effective immediately no increase in premium, reduction in limits, or change in the conditions of coverage shall be effective during the policy period unless based upon one of the following reasons:

   a. Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards by the Named Insured or Insured(s) which materially increase any of the risks or hazards insured against.

   b. Failure by the Named Insured or Insured(s) to implement reasonable loss control requirements which were agreed to by the Insured as a condition of policy issuance or which were conditions precedent to the use by the Insurer of a particular rate or rating plan, if the failure materially increases any of the risks insured against.

   c. A determination by the commissioner that loss of or changes in an insurer's reinsurance covering all or part of the risk covered by the policy would threaten the financial integrity or solvency of the Insurer unless the change in the terms or conditions or rate upon which the premium is based is permitted.

   d. A change by the Named Insured or Insured(s) in the activities or property of the commercial or industrial enterprise which results in a materially added risk, a materially increased risk, or a materially changed risk, unless the added, increased, or changed risk is included in the policy.

2. A written notice will be mailed or delivered to the Named Insured, at the last mailing address known to the Insurer, and the producer of record at least sixty (60) days prior to the effective date of any increase, reduction or change.

3. The notice will state the effective date of, and the reasons for, the increase, reduction or change

4. If notice is mailed, proof of mailing will be sufficient proof of notice.

#### E. ADDITIONAL PROVISIONS

1. If the Insurer is an associate participating insurer as established by Cal. Ins. Code Section 10089.16, solely with respect to coverage for real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit:

   a. The Insurer shall not cancel or refuse to renew such coverage existing on the date the Insurer elected to become an associate participating insurer after an offer of earthquake coverage is accepted solely because the insured has accepted that offer of earthquake coverage; and

   b. The Insurer shall not cancel such coverage unless the policy is properly canceled pursuant to Paragraph A above; and

   c. The Insurer may refuse to renew a policy of residential property insurance after an offer of earthquake coverage has been accepted only if:

      i. The policy is terminated by the Named Insured;

      ii. The policy is refused renewal on the basis of sound underwriting principles that relate to the coverages provided by the policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

      iii The Commissioner of Insurance finds that the exposure to potential losses will threaten the solvency of the Insurer or place the Insurer in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which the Insurer makes claims payments for losses resulting from an

CNA62814CA (9-12)
Page 3 of 4
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No:  5091119138
Endorsement No:  4
Effective Date:  01/24/2015

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Cancellation / Non-Renewal – California

earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least twenty-five percent (25%) for payment of those claims; or

iv.   The Insurer has lost or experienced a substantial reduction in the availability or scope of reinsurance coverage or a substantial increase in the premium charged for reinsurance coverage for its residential property insurance policies, and the Commissioner of Insurance has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in the Insurer's reinsurance position.

2.   If this policy contains an exclusion barring coverage for the peril of corrosive soil conditions, the Insurer shall not cancel or refuse to renew the policy solely because corrosive soil conditions exist on the location.

All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA62814CA (9-12)
Page 4 of 4
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No: 5091119138
Endorsement No:   4
Effective Date:  01/24/2015

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Amendatory Endorsement - California

It is understood and agreed as follows:

**I.**   The first paragraph of Section **II. APPRAISAL** of the **First Party Terms and Conditions** is deleted in its entirety and replaced with the following:

If the **Named Insured** and the Insurer fail to agree on the amount of loss for physical damage or **business income** or **extra expense**, either may make a written demand for appraisal in which case within 20 days of that written demand each shall select an appraiser and shall notify the other of its chosen appraiser. Only an individual may be chosen as an appraiser for a claim if such individual is:

**A.**   a competent, independent and disinterested person and who has no direct or indirect financial interest in the loss or the adjustment of the claim; and

**B.**   not the **Named Insured** or any of its **employees** or its agents (including any public adjuster or public adjusting company hired by the **Named Insured**); and

**C.**   not employed by the Insurer; or

**D.**   not an independent adjuster hired by the Insurer for such claim.

The appraisers will first select a competent, independent and disinterested umpire. If the appraisers fail to agree upon an umpire within 15 days then, only on the joint request of the **Named Insured** and the Insurer to a court of competent jurisdiction in the state where the loss occurred, the **Named Insured** and the Insurer may request that the court select or appoint a competent, independent and disinterested umpire.

The appraisers will then appraise, within a reasonable amount of time, the amount of loss, stating separately, as applicable:

**1.**   the **actual cash value** or **replacement cost** as of the date of loss and the amount of loss, for each item of physical loss or damage;

**2.**   the amount of loss for each **time element coverage** of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss but not whether the loss is covered. Any appraisal award addressing whether or not a loss is or is not covered is void and is not binding on either party to the appraisal.

The **Named Insured** and the Insurer will each:

**a.**   pay its chosen appraiser; and

**b.**   bear equally the other expenses of the appraisal and umpire.

A demand for appraisal shall not relieve the **Named Insured** of its continuing obligation to comply with all of the terms and conditions of this Policy.

The Insurer will not be held to have waived any of its rights by any act relating to an appraisal. If there is an appraisal, the Insurer will still retain its right to deny the claim or challenge whether the damages from any loss are covered or otherwise excluded.

CNA62815CA (9-12)
Page 1 of 2
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No:   5091119138
Endorsement No:   5
Effective Date:   01/24/2015

Copyright CNA All Rights Reserved.



# CNA PARAMOUNT

## Amendatory Endorsement - California

Appraisal is only available if the **Named Insured** has:

**i.**  fully complied with all provisions of this Policy; and

**ii.**  the Insurer has received a signed and sworn proof of loss from the **Named Insured.**

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA62815CA (9-12)
Page 2 of 2
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No: 5091119138
Endorsement No: 5
Effective Date: 01/24/2015

Copyright CNA All Rights Reserved.



**CNA PARAMOUNT**

**Cap on Losses from Certified Acts of Terrorism Endorsement**

It is understood and agreed as follows:

**A.     Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.**     The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.**     The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.     Application of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.



CNA62691XX (9-12)
Page 1 of 1
Nat'l Fire Ins Co of Hartford
Insured Name: HURRICANE ELECTRIC LLC

Policy No:  5091119138
Endorsement No:     6
Effective Date:  01/24/2015

Copyright CNA All Rights Reserved.



333 S Wabash
Chicago, Illinois 60604

| Policy Number | From Policy Period To | Coverage Is Provided By | Agency |
|---|---|---|---|
| C5091119138 | 01/24/15   01/24/16 | National Fire Insurance of Hartford | 030698250 |

| Named Insured And Address | Agent |
|---|---|
| HURRICANE ELECTRIC LLC<br>760 MISSION CT<br>FREMONT, CA  94539 | PROFESSIONAL INS ASSOC INC<br>1100 INDUSTRIAL RD #<br>PO BOX 1266<br>SAN CARLOS, CA 94070 |

**     PAYMENT PLAN SCHEDULE   **

IT IS AGREED THAT THE TOTAL ESTIMATED PREMIUM SHOWN IN
THE DECLARATIONS OF THIS POLICY IS PAYABLE AS FOLLOWS:

| EFFECTIVE DATE | PREMIUM | COMMISSION |
|---|---|---|
| 01/24/2015 | $0.21 | 00.0 |
| 01/24/2015 | $34,935.00 | 20.0 |
| TOTAL PREMIUM | $34,935.21 | |



5002000385091119138638

ISSUE DATE 01/29/15

```
                                                    Rating Date: 01/29/2015
                                                    Print Date: 01/29/2015

Policy No.      Named Insured                    Effective Date: 01/24/2015
5091119138      HURRICANE ELECTRIC LLC         Expiration Date: 01/24/2016
                760 MISSION CT
                FREMONT CA 94539                   Written-date: 2014-10-24


Company:   NF - National Fire Insurance of Hartford
Product:   CNA PARAMOUNT
```



### PROPERTY PREMIUM SUMMARY

```
                                                    OTHER
                                        PREMIUM     CHARGES         TOTAL
Loc 00001 / Bld 00001 All Coverages Total    $1,541    $0.00     $1,541.00
Loc 00002 / Bld 00001 All Coverages Total   $26,124    $0.00    $26,124.00
Loc 00003 / Bld 00001 All Coverages Total       $73    $0.00        $73.00
Loc 00005 / Bld 00001 All Coverages Total       $72    $0.00        $72.00
  Equipment Breakdown - Utility Interruption - Business Income      Excluded
  Equipment Breakdown
  Denial of Access to Premises - Civil Authority                    Excluded
  Ordinance or Law - BI Increase Period of Restoration              Excluded
  Denial of Access to Premises - Ingress/Egress                     Excluded
  Dependent Property BI & EE                                        Excluded
  Dependent Property - BI & EE - Storm Related                      Excluded
  Employee Theft                                                     $535.00
     LMT:                      50000
  Extended Payment Period for Business Income                       Excluded
  Forgery & Alteration                                               $54.00
     LMT:                      50000
  Equipment Breakdown - Contaminants & Pollutants Additional Expense
     LMT:                     250000
  Equipment Breakdown - Perishable Goods
     LMT:                     250000
  Green Insured Property - Business Income                          Excluded
  Money & Securities                                                 $54.00
     LMT:                      25000
  Dependent Property BI & EE - Foreign Location Limit               Excluded
  Newly Acquired or Constructed Property - Business Income          Excluded
  Utility Supply Failure - Business Income & Extra Expense          Excluded
  Research & Development - Business Income                           Excluded
SURCHARGES                                   $0       $0.21         $0.21
  TX FIREFIGHTERS SURCHARGE                         $.21

TOTAL PROPERTY CHARGES                   $28,453     $0.21     $28,453.21

Total Certified Acts of Terrorism Premium                        $245.00

Total Fire Following Premium                                     $366.00
```

```
                                                    Rating Date: 01/29/2015
                                                    Print Date: 01/29/2015

Policy No.      Named Insured                    Effective Date: 01/24/2015
5091119138      HURRICANE ELECTRIC LLC          Expiration Date: 01/24/2016
                760 MISSION CT
                FREMONT CA 94539                    Written-date: 2014-10-24


Company:   NF - National Fire Insurance of Hartford
Product:   CNA PARAMOUNT
```

**PROPERTY PREMIUM DETAIL**

```
Location:  00001        Building:   00001
760 MISSION COURT
FREMONT CA  94539

PROT CLASS:   02
CONSTRUCTION: Joisted Masonry                        SPRINKLERED:     Y


SUBJECT OF INSURANCE:  Blanket Personal Property

                                        LIMIT:                    2,344,000
                                        INSURABLE VALUE:          2,344,000

OCCUPANCY CLASS:  527                    INFL GUARD:    00%
VALUATION:     Replacement Cost

DEDUCTIBLES
  Internal/External:  5000      Wind/Hail:    5000      Theft:        5000
  Earthquake:         00%       Named Storm:  5000

EXCLUSIONS
  Sprinkler Leak: N             Vandalism:    N            Wind/Hail:    N
  Theft:          N             Named Storm:  N

                    ADJ/            FINAL
COVERAGE          BKT RATE          RATE              PREMIUM
Internal          0.02547         0.03184             $746
External          0.01803         0.02254             $528
Named Storm       0.00001         0.00001             $0
Terrorism Risk    0.00000         0.00000             $11
Fire Following    0.00000         0.00000             $16
Equip. Breakdown                  0.01024             $240


                        PROPERTY PREMIUMS

COVERAGE                        TERM PREMIUM    TRANSACTION PREMIUM
Internal                           $746               $746
External                           $528               $528
Named Storm                          $0                 $0
Terrorism Risk                      $11                $11
Fire Following                      $16                $16
Equipment Breakdown                $240               $240
```



AGENT

```
Policy Number: 5091119138                                           Page   2
-------------------------------------------------------------------------------
Location: 00001,Building: 00001 All Coverages Total              $1,541.00


Location:  00002        Building:    00001
46223 WARM SPRINGS BLVD.
FREMONT CA  94539

PROT CLASS:  03
CONSTRUCTION: Joisted Masonry                      SPRINKLERED:     Y


SUBJECT OF INSURANCE:  Building

                                            LIMIT:              29,300,000
                                            INSURABLE VALUE:     31,203,400

OCCUPANCY CLASS:  675                       INFL GUARD:    00%
VALUATION:     Replacement Cost

DEDUCTIBLES
  Internal/External:   5000      Wind/Hail:       5000      Theft:      5000
  Earthquake:          00%       Named Storm:     5000


EXCLUSIONS
  Sprinkler Leak: N              Vandalism:     N               Wind/Hail:   N
  Theft:        N                Named Storm:   N


                  ADJ/          FINAL
COVERAGE         BKT RATE        RATE                PREMIUM
Internal         0.02791        0.03489             $10,886
External         0.00749        0.00937              $2,922
Named Storm      0.00000        0.00000                  $0
Terrorism Risk   0.00000        0.00000                $149
Fire Following   0.00000        0.00000                $224
Equip. Breakdown                0.00595              $1,857


SUBJECT OF INSURANCE:  Blanket Personal Property

                                            LIMIT:              16,371,000
                                            INSURABLE VALUE:     16,371,000

OCCUPANCY CLASS:  675                       INFL GUARD:    00%
VALUATION:     Replacement Cost

DEDUCTIBLES
  Internal/External:   5000      Wind/Hail:       5000      Theft:      5000
  Earthquake:          00%       Named Storm:     5000

EXCLUSIONS
  Sprinkler Leak: N              Vandalism:     N               Wind/Hail:   N
  Theft:        N                Named Storm:   N

                  ADJ/          FINAL
COVERAGE         BKT RATE        RATE                PREMIUM
Internal         0.02547        0.03184             $5,212
External         0.01803        0.02254             $3,690
Named Storm      0.00001        0.00001                 $2
```



```
   Policy Number: 5091119138                                                  Page   3
Terrorism Risk          0.00000        0.00000              $83
Fire Following          0.00000        0.00000             $125
Equip. Breakdown                       0.00595             $974
```

## PROPERTY PREMIUMS

| COVERAGE | TERM PREMIUM | TRANSACTION PREMIUM |
|---|---|---|
| Internal | $16,098 | $16,098 |
| External | $6,612 | $6,612 |
| Named Storm | $2 | $2 |
| Terrorism Risk | $232 | $232 |
| Fire Following | $349 | $349 |
| Equipment Breakdown | $2,831 | $2,831 |

--------------------------------------------------------------------------------
```
Location: 00002,Building: 00001 All Coverages Total            $26,124.00


Location:  00003         Building:    00001
55 SOUTH MARKET STREET
#1400
SAN JOSE CA  95113

PROT CLASS:  03
CONSTRUCTION: Fire Resistive                        SPRINKLERED:      Y


SUBJECT OF INSURANCE:  Blanket Personal Property

                                            LIMIT:                100,000
                                            INSURABLE VALUE:      100,000

OCCUPANCY CLASS:  527                        INFL GUARD:    00%
VALUATION:    Replacement Cost

DEDUCTIBLES
   Internal/External:   5000      Wind/Hail:      5000      Theft:        5000
   Earthquake:          00%       Named Storm:    5000

EXCLUSIONS
   Sprinkler Leak: N              Vandalism:    N                  Wind/Hail:     N
   Theft:        N                Named Storm:  N
```

| COVERAGE | ADJ/<br>BKT RATE | FINAL<br>RATE | PREMIUM |
|---|---|---|---|
| Internal | 0.02547 | 0.03184 | $32 |
| External | 0.01803 | 0.02254 | $23 |
| Named Storm | 0.00001 | 0.00001 | $0 |
| Terrorism Risk | 0.00000 | 0.00000 | $1 |
| Fire Following | 0.00000 | 0.00000 | $1 |
| Equip. Breakdown | | 0.01583 | $16 |


5002000850911191383642

Policy Number: 5091119138                                                    Page    4

### PROPERTY PREMIUMS

| COVERAGE | TERM PREMIUM | TRANSACTION PREMIUM |
|---|---|---|
| Internal | $32 | $32 |
| External | $23 | $23 |
| Named Storm | $0 | $0 |
| Terrorism Risk | $1 | $1 |
| Fire Following | $1 | $1 |
| Equipment Breakdown | $16 | $16 |
| ---- | ---- | ---- |
| Location: 00003,Building: 00001 All Coverages Total | | $73.00 |

Location:  00005        Building:    00001
12908 TRAILS END ROAD
BLDG. #3 SUITE A
LEANDER TX  78641

PROT CLASS:  03
CONSTRUCTION: Joisted Masonry                        SPRINKLERED:      Y


SUBJECT OF INSURANCE:  Blanket Personal Property

LIMIT:                        100,000
INSURABLE VALUE:              100,000

OCCUPANCY CLASS:  527                   INFL GUARD:     00%
VALUATION:     Replacement Cost

DEDUCTIBLES
  Internal/External:  5000      Wind/Hail:     5000      Theft:          5000
  Earthquake:         00%      Named Storm:   5000

EXCLUSIONS
  Sprinkler Leak: N             Vandalism:      N             Wind/Hail:     N
  Theft:          N             Named Storm:    N

| COVERAGE | ADJ/ BKT RATE | FINAL RATE | PREMIUM |
|---|---|---|---|
| Internal | 0.02547 | 0.03184 | $32 |
| External | 0.01803 | 0.02254 | $23 |
| Named Storm | 0.00001 | 0.00001 | $0 |
| Terrorism Risk | 0.00000 | 0.00000 | $1 |
| Equip. Breakdown | | 0.01583 | $16 |

### PROPERTY PREMIUMS

| COVERAGE | TERM PREMIUM | TRANSACTION PREMIUM |
|---|---|---|
| Internal | $32 | $32 |
| External | $23 | $23 |
| Named Storm | $0 | $0 |
| Terrorism Risk | $1 | $1 |
| Equipment Breakdown | $16 | $16 |
| ---- | ---- | ---- |
| Location: 00005,Building: 00001 All Coverages Total | | $72.00 |


5002000385091119138643

AGENT

```
Policy Number: 5091119138                                        Page     5

Surcharges                                                           $.21
    TX FIREFIGHTERS SURCHARGE                         $.21
                                                    ===============
Total Property Premium                                $28,453.21


BLANKET RATE CALCULATION FOR CONTENTS


            INSURABLE        INTERNAL          EXTERNAL        NAMED STORM
LOC BLDG COV   VALUE     RATE    PREMIUM   RATE    PREMIUM   RATE    PREMIUM
  1   1 PPI  2344000  0.03350     78524  0.03561     83470 0.00000        0
  2   1 PPI 16371000  0.02398    392577  0.01494    244583 0.00000        0
  3   1 PPI   100000  0.05611      5611  0.06900      6900 0.00000        0
  5   1 PPI   100000  0.05104      5104  0.06048      6048 0.00258      258

  Totals     18915000            481816            341001              258


                        BLANKET RATES
                                         INSURABLE        AVERAGE
      CAUSE OF LOSS          PREMIUM  /    VALUE    =      RATE
      INTERNAL                481816     18915000        0.02547
      EXTERNAL                341001     18915000        0.01803
      NAMED STORM                258     18915000        0.00001

Total Certified Acts of Terrorism Premium        $245.00

Total Fire Following Premium                      $366.00
```



Rating Date: 01/29/2015
Print Date: 01/29/2015

**Policy No.**   **Named Insured**             Effective Date: 01/24/2015
5091119138    HURRICANE ELECTRIC LLC       Expiration Date: 01/24/2016
            760 MISSION CT
            FREMONT CA 94539

Written-date: 2014-10-24

Company:   NF - National Fire Insurance of Hartford
Product:   CNA PARAMOUNT

### GENERAL LIABLITY PREMIUM SUMMARY

|  | PREMISES/ OPERATIONS | PRODUCTS/ COMPLETED OPERATIONS | ADDITIONAL INSURED | OTHER COVERAGES |
|---|---|---|---|---|
| Actual Premium | $6,409 | $0 | $0 | $0 |
| Add to = Minimum | $0 | $0 |  | $0 |
| Total Premium | $6,409 | $0 | $0 | $0 |
| Taxes & Surcharges | $0 | $0 | $0 | $0.00 |
| TOTAL GENERAL LIABILITY CHARGES |  |  |  | $6,482.00 |
| Certified Acts of Terrorism Premium |  |  |  | $73.00 |



AGENT

Rating Date: 01/29/2015
Print Date: 01/29/2015

**Policy No.**        **Named Insured**                                        Effective Date: 01/24/2015
5091119138        HURRICANE ELECTRIC LLC                      Expiration Date: 01/24/2016
                  760 MISSION CT
                  FREMONT CA 94539
                                                              Written-date: 2014-10-24


Company:   NF - National Fire Insurance of Hartford
Product:   CNA PARAMOUNT


<u>GENERAL LIABILITY LOCATION PREMIUM SUMMARY</u>

LIMITS OF LIABILITY

GENERAL LIABILITY COVERAGES:

EACH OCCURRENCE:            $  1,000,000      PERS & ADVERTISING INJURY: $  1,000,000
GENERAL AGGREGATE:          $  2,000,000      FIRE DAMAGE:               $    100,000
PRODUCTS/COMP OPS AGGREGATE: $  2,000,000     MEDICAL EXPENSE:           $      5,000

AMENDMENTS:
NONE

POLICY LEVEL COVERAGES:

Class Code:C00091
Class Description: Technology General Liability Extension Endorsement

Modification Factors:
 Package:        1.000   Expense:        1.000   Experience:     1.000
 IRPM:           1.000   Other:          1.000
 Schedule :      0.880   Commissn Redn:  1.000

| COVERAGE DESCRIPTION | DEDUCTIBLE | EXPOSURE (BASIS) | FINAL RATE | TERM PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|---|---|
| ILF Table: 2 | | | | | |
| Premises & Operations | | | | | |
| | NONE | 6,283 (SL) | 0.020 | $126 | $126 |

Policy level Subtotal                                                            $126.00

Location 0001
760 MISSION COURT
FREMONT CA 94539

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
 Package:        0.760   Expense:        1.000   Experience:     1.000
 IRPM:           1.000   Other:          1.000
 Schedule :      0.880   Commissn Redn:  1.000


5O0200038509119138646

```
Policy Number: 5091119138                                        Page    2

      COVERAGE                    EXPOSURE     FINAL      TERM        TRANSACTION
   DESCRIPTION     DEDUCTIBLE     (BASIS)      RATE     PREMIUM       PREMIUM

ILF Table: 2
Premises & Operations
               NONE              41,450       26.280    $1,089       $1,089
                                 (A )

Location Subtotal                                       $1,089.00

Location 0002
46223 WARM SPRINGS BLVD.
FREMONT CA 94539

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
 Package:        0.760   Expense:        1.000   Experience:      1.000
 IRPM:           1.000   Other:          1.000
 Schedule :      0.880   Commissn Redn:  1.000

      COVERAGE                    EXPOSURE     FINAL      TERM        TRANSACTION
   DESCRIPTION     DEDUCTIBLE     (BASIS)      RATE     PREMIUM       PREMIUM

ILF Table: 2
Premises & Operations
               NONE              187,224      26.280    $4,920       $4,920
                                 (A )

Location Subtotal                                       $4,920.00

Location 0003
55 SOUTH MARKET STREET
#1400
SAN JOSE CA 95113

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
 Package:        0.760   Expense:        1.000   Experience:      1.000
 IRPM:           1.000   Other:          1.000
 Schedule :      0.880   Commissn Redn:  1.000

      COVERAGE                    EXPOSURE     FINAL      TERM        TRANSACTION
   DESCRIPTION     DEDUCTIBLE     (BASIS)      RATE     PREMIUM       PREMIUM

ILF Table: 2
Premises & Operations
               NONE              2,925        15.271    $45          $45
                                 (A )

Location Subtotal                                       $45.00

Location 0004
70 HILLSIDE AVENUE
WILLISTON PARK NY 11596
```



```
Policy Number: 5091119138                                      Page    3

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
  Package:        0.610   Expense:          1.000   Experience:        1.000
  IRPM:           1.000   Other:            1.000
  Schedule :      0.880   Commissn Redn:    1.000

        COVERAGE                      EXPOSURE    FINAL      TERM         TRANSACTION
        DESCRIPTION    DEDUCTIBLE     (BASIS)     RATE       PREMIUM      PREMIUM

ILF Table: 2
Premises & Operations
                       NONE           1,000      212.615      $213           $213
                                      (A )

Location Subtotal                                                          $213.00

Location 0005
12908 TRAILS END ROAD
BLDG. #3 SUITE A
LEANDER TX 78641

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
  Package:        0.730   Expense:          1.000   Experience:        1.000
  IRPM:           1.000   Other:            1.000
  Schedule :      0.880   Commissn Redn:    1.000

        COVERAGE                      EXPOSURE    FINAL      TERM         TRANSACTION
        DESCRIPTION    DEDUCTIBLE     (BASIS)     RATE       PREMIUM      PREMIUM

ILF Table: 2
Premises & Operations
                       NONE           1,000       9.310        $9             $9
                                      (A )

Location Subtotal                                                            $9.00

Location 0006
16405 GREENHORN ROAD
GRASS VALLEY CA 95945

Class Code:T43151
Class Description: Computer Data Processing - Operations

Modification Factors:
  Package:        0.760   Expense:          1.000   Experience:        1.000
  IRPM:           1.000   Other:            1.000
  Schedule :      0.880   Commissn Redn:    1.000
```



Policy Number: 5091119138                                          Page    4

| COVERAGE<br>DESCRIPTION | DEDUCTIBLE | EXPOSURE<br>(BASIS) | FINAL<br>RATE | TERM<br>PREMIUM | TRANSACTION<br>PREMIUM |
|---|---|---|---|---|---|
| ILF Table: 2 | | | | | |
| Premises & Operations | | | | | |
| | NONE | 250<br>(A ) | 26.280 | $7 | $7 |

Location Subtotal                                                   $7.00

General Liability Premium                                       $6,482.00

Additional to Meet Minimum Premium                                  $.00

Total General Liability Premium                                $6,482.00

Certified Acts of Terrorism Premium                               $73.00

5002000385091119138649

AGENT



**END OF COPY**