**From:** Gardner,Catherine M. <Catherine.Gardner@cna.com>
**Sent:** Tuesday, July 28, 2020 7:40 AM
**To:** ndg@techmark.com
**Subject:** RE: [EXTERNAL] RE: CNA Claim No.: E2F61789 Hurricane Electric, LLC

Neil,

Thank you for your correspondence. Pursuant to our conversation today, CNA will not be attending the Zoom mediation as coverage has been disclaimed under the policies as outlined in its July 1, 2020 coverage disclaimer.

As you noted in our call, the insured has filed two declaratory judgment actions against various copyright holders in

both Northern California and Law Vegas. Should a counterclaim(s) be filed against the insured, please forward the pleadings to us for CNA's further review of coverage.

Thanks,

Cathy

Catherine Gardner
Claim Consultant
Commercial Liability Claim
CNA
PO Box 8317
Chicago, IL  60680-8317
(503) 431-3078 - direct line
(877) 371-5122 facsimile line

---

**From:** Neil D. Greenstein [mailto:ndg@techmark.com]
**Sent:** Friday, July 24, 2020 5:00 PM
**To:** Gardner,Catherine M.
**Subject:** [EXTERNAL] RE: CNA Claim No.: E2F61789 Hurricane Electric, LLC

Ms. Gardner:

I wanted to inform you that the parties are engaging in a "zoom" mediation with Mr. Jeff Kichaven on Thursday, July 30, 2020 at 1 pm PDT.

You or another representative on behalf of CNA insurance are invited to attend.  To obtain the Zoom address you can contact Mr. Kichaven at jk@jeffkichaven.com or me.

Thank you.

--Neil

---

**From:** Gardner,Catherine M. <Catherine.Gardner@cna.com>
**Sent:** Wednesday, July 1, 2020 5:40 AM
**To:** ndg@techmark.com
**Subject:** CNA Claim No.: E2F61789 Hurricane Electric, LLC

Mr. Greenstein,

Pursuant to our conversation, please find attached CNA's coverage disclaimer with respect to the above referenced claim.  Please let me know if you have any questions.

Thanks,

Cathy

Catherine Gardner
Claim Consultant
Commercial Liability Claim
CNA
PO Box 8317
Chicago, IL  60680-8317
(503) 431-3078 - direct line
(877) 371-5122 facsimile line

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.



This email has been checked for viruses by Avast antivirus software.
www.avast.com

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.