Google    [ BGP peering                                    × 🔍 ]

Q All    ▶ Videos    📰 News    🖼 Images    📍 Maps    ⋮ More          Settings  Tools

Sep 24, 2015 ▾    All results ▾    Clear

www.cisco.com › ios › iproute_bgp › configuration › b... ▾  PDF
**BGP Cost Community - Cisco**
Sep 24, 2015 - This document assumes that **BGP** is configured in your network and that **peering** has been established. IP Routing: **BGP** Configuration Guide, Cisco IOS XE ...

| People also ask |
|---|
| Do BGP peers have to be directly connected?  ⌄ |
| What is a BGP peer?  ⌄ |
| How do I establish a BGP neighbor?  ⌄ |
| How does BGP choose the best path?  ⌄ |

Feedback

community.cisco.com › routing › td-p ▾
**[BGP] Too long time to converge the fai... - Cisco Community**
Sep 24, 2015 - **BGP** will use the lowest of the timers during **peering** negotiation, so you could change your timers to something lower for keepalive and hold times. That would ...

networkengineering.stackexchange.com › questions › b... ▾
**bird internet routing daemon iBGP - Network Engineering ...**
Sep 24, 2015 - ... protocol **bgp** iBGP_INSTANCE { local as 500000; # local AS neighbor 144.233. 0.3 as 500000; # iBGP **peering** to R2, change to 144.233.0.2 at R2 keepalive ...
2 answers

mountainss.wordpress.com › tag › expressroute ▾
**ExpressRoute | Cloud and Datacenter Management Blog**
Sep 24, 2015 - Dynamic routing between your network and Microsoft over industry standard protocols (**BGP**). Built-in redundancy in every **peering** location for higher reliability.

www.npmjs.com › search › q=keywords:bgp ▾
**keywords:bgp - npm search**
Sep 24, 2015 - Description. A JS library for manipulating IP addresses, prefixes and ranges. Supports both IPv4 and IPv6. Keywords. ip · prefix · range · ipv4 · ipv6 · internet ...
Missing: peering | Must include: peering

packetpushers.net › eigrp-scaling-puzzle ▾
**An EIGRP Scaling Puzzle - Packet Pushers**
Sep 24, 2015 - If **BGP** is being contemplated for some other use in the network, and it's likely to be ... what else you're going to get, other than perhaps more control over **peering**, etc. Third, convergence isn't about BFD with **BGP** or with EIGRP — it's about the ...

null.53bits.co.uk › ... ▾
**- VASI Inter-VPN Routing - Navigation**
Sep 24, 2015 - At this point R1 and R2 are **peered** inside the CUST1 VRF and R2 and R3 are ...
nei description VASI-Inside-VRF-CUST1 address-family ipv4 vrf CUST1 **bgp** ...

www.sota.co.uk › Facilities ▾
Sota | Professional IT Managed Services | UK | London | Kent ...
Sep 24, 2015 - Sotaconnect Core Metro and **BGP** connecitivity services. ... Tier-1 global transit providers, LINX and LONAP **peering** exchanges and other network operators.

www.adaptiveinfotech.com › lauris-online › lauris-onli... ▾
Lauris Online: System Security - Adaptive Infotech
Sep 25, 2015 - Such **peering** agreements do not provide for any service quality guarantee. ... in place; We use **BGP** routing to deliver packets to end users via the shortest path ...

quizlet.com › ... › Computer Networks ▾
Networking Flashcards | Quizlet
Sep 24, 2015 - **BGP** is the routing protocol used by these networks to negotiate these complex ... **peering**. A voluntary interconnection of administratively separate Internet ...

Ad · www.he.net/ ▾
100G IP Transit $6000/month - Global Internet Backbone
IP Transit For Your Network, Reach More Networks With Lower Latency. Price Matching. Turn up within 7 days. 24 x 7 NOC. Features: Port Availability, Flexible Billing, Rapid Turnaround Capability, Ability To Grow With You.
IP Transit Deals · Free Quote


1 2   Next

● **Lower Peters Canyon, Irvine, CA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms