| https://tunnelbroker.net/ | Go | FEB **MAR** APR |
| --- | --- | --- |

◀ **07** ▶

2014 **2015** 2016



**1,348 captures**
10 Feb 2002 - 20 Jul 2020

▼ About this capture



### Tunnelbroker Login

Username:

Password:

Login  Register

**Forgot Password?**

### Top 10 Certs

| InContro... | [1500] |
| voloshin | [1500] |
| gunzer | [1500] |
| mjmcdeed | [1500] |
| khimsocheat | [1500] |
| spil | [1500] |
| mianosm | [1500] |
| baka6 | [1500] |
| ursa | [1500] |
| NotEnoug... | [1500] |

### Latest 10 Certs

| seanc | [Expl] |
| spacelui | [Sage] |
| redouane... | [Newb] |
| pxlbrnd | [Expl] |
| easternnl | [Prof] |
| rafaelmi... | [Newb] |
| nnlove | [Newb] |
| docbrown2b | [Expl] |
| duataem | [Newb] |
| sahack | [Enth] |

Hurricane Electric Free IPv6 Tunnel Broker

# IPv6 Tunnel Broker

Check out our new **usage stats**!

And then hit up our new **Forums**!

Welcome to the Hurricane Electric IPv6 Tunnel Broker! Our free tunnel broker service enables you to reach the IPv6 Internet by tunneling over existing IPv4 connections from your IPv6 enabled host or router to one of our IPv6 routers. To use this service you need to have an IPv6 capable host (IPv6 support is available for most platforms) or router which also has IPv4 (existing Internet) connectivity. Our tunnel service is oriented towards developers and experimenters that want a stable tunnel platform.

Advantages of using our tunnel service over others include:

- Run by a Business ISP with 24 x 7 staff at multiple locations and an International backbone (**find out more about IPv6 transit at Hurricane Electric**)
- Ability to get your own /48 prefix once your tunnel is up
- Ability to get a full view of the IPv6 BGP4+ routing table
- Ability to use your tunnel now after a simple registration process. (It takes less than a minute.)
- Ability to create your tunnel on geographically diverse tunnel-servers (Ashburn, Chicago, Dallas, Denver, Fremont, Kansas City, Los Angeles, Miami, New York, Palo Alto, Phoenix, San Jose, Seattle, Toronto, Winnipeg, Amsterdam, Berlin, Budapest, Frankfurt, London, Paris, Prague, Stockholm, Stockholm, Warsaw, Zurich, Hong Kong, Singapore, and Tokyo)

If you are a new user please register by clicking on Register below. After registering your password will be mailed to you and you can return here to activate your tunnel.

If you operate a network, run BGP, have your own ASN, and wish to announce IPv6 address space allocated directly to you by an RIR (ARIN, RIPE, APNIC, etc.) please select the "Create BGP Tunnel" option after you register.

Upon tunnel activation configuration commands for a variety of platforms will be automatically generated. Once you configure your side you will be able to reach the IPv6 Internet. If you like our service be sure to tell a friend and recommend us to others!

Sign up now!

### Quick Links

Certification
Tunnelbroker
Free DNS
BGP Toolkit
Net Tools App
Forums
FAQ
Video Presentations
Usage Statistics
Tunnel Server Status
Network Map
Looking Glass (v4/v6)
Route Server (telnet)
Global IPv6 Report
IPv6 BGP View

### Services

Transit
Colocation
Dedicated Servers

### v4 Exhaustion

### IPv4 & IPv6 Statistics

**RIR v4 IPs Left**
AfriNIC  43,319,568
APNIC    11,530,511
ARIN     106,965
LACNIC   2,736,344
RIPE     16,849,203

v6 ASNs
19% (9,959/51,269)
v6 Ready TLDs
97% (966/995)
v6 Glues
24,267
v6 Domains
6,798,319 ⬆

**0**
days remaining
**IANA exhausted**

INTERNET SERVICES

Hurricane Electric
760 Mission Court
Fremont, CA 94539

Copyright © 1994-2015 Hurricane Electric.
All Rights Reserved
**Terms of Service**

Voice +1 (510) 580-4100
Fax +1 (510) 580-4151
Comments? **info@he.net**