CNA COVERAGE LITIGATION GROUP
ROBERT C. CHRISTENSEN (SBN 151296)
Email:  robert.christensen@cna.com
555 12th Street, Suite 600
Oakland, CA  94607
Telephone:  510.645.2306
Facsimile:     510.645.2323

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05840-CRB<br><br>(Related to 3:20-CV-3813-CRB)<br><br>**DECLARATION OF COREY RIDER IN SUPPORT OF NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently with Notice of Motion and Motion and [Proposed] Order]<br><br>Date:　　　　November 6, 2020<br>Time:　　　　10:00 a.m.<br>Courtroom:　6, 17th Floor –<br>　　　　　　　The Honorable Charles R. Breyer |

　　　　I, Corey Rider, declare as follows:

　　　　1.　　I am a vice-president, commercial officer for the CNA service mark underwriting companies, including National Fire Insurance Company of Hartford ("NFIC").

　　　　2.　　I am authorized to make this declaration for and on behalf of NFIC.

　　　　3.　　The facts set forth herein are known to me personally, and if called upon to testify, I could and would competently testify thereto.

---

4. Attached hereto as Exhibit A is true and correct certified copy of policy number 5091119138 issued for the period January 24, 2015 to January 24, 2016 Hurricane Electric, LLC. The policy has been redacted to delete insurance premium information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of September, 2020, at San Francisco, California.

_____
COREY RIDER