**GAUNTLETT & ASSOCIATES**

David A. Gauntlett (SBN 96399)
info@gauntlettlaw.com
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050

Attorneys for Plaintiff
HURRICANE ELECTRIC, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL FIRE INSURANCE OF HARTFORD,<br><br>　　　　　Defendant. | Case No.:  Case No. 3:20-cv-05840-CRB<br><br>**STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS** |

PURSUANT TO Civil Local Rule 6-2, Plaintiff Hurricane Electric, LLC ("Hurricane") and Defendant, National Fire Insurance of Hartford ("National Fire"). request an Order changing the dates for the motion hearing and for filing Opposition and Reply briefs for National Fire's Motion for Judgment on the Pleadings by delaying the dates by two weeks each.

1. National Fire filed a Motion for Judgment on the Pleadings Partial on October 1, 2020, setting a hearing date of November 6, 2020 [Dkt. 15]. The date to file an Opposition is presently October 15, 2020 and the date to file a Reply is presently October 22, 2020.

2. In order to permit proper briefing on the Motion for Judgment on the Pleadings, the parties respectfully propose that Hurricane have until October 27, 2020 to file an Opposition to the Motion and National Fire have until November 3, 2020 to file a Reply to that motion. The parties stipulate to change the hearing date to November 20, 2020

3. This stipulation is supported by the Declaration of James Lowe.

4. Accordingly, the parties stipulate and respectfully request, subject to the Court's approval, that Hurricane's Opposition to National Fire's Motion for Judgment on the Pleadings [Dkt 15] shall be filed by October 27, 2020, that National Fire's Reply shall be filed by November 3, 2020, and that the hearing on the motion be set for November 13, 2020. The parties understand that the Court may adopt or modify the proposed schedule as needed.

**IT IS SO STIPULATED.**

Dated: October 7, 2020      **GAUNTLETT & ASSOCIATES**
                            By:  /s/ James A. Lowe
                            JAMES A. LOWE
                            David A. Gauntlett

|   |   |
|---|---|
|   | Attorneys for Plaintiff |
|   | HURRICANE ELECTRIC, LLC. |
|   |   |
| Dated: October 7, 2020 | **CNA COVERAGE LITIGATION GROUP** |
|   | By: <u>/s/ Robert Christensen</u> |
|   | ROBERT CHRISTENSEN |
|   | Attorneys for Defendant NATIONAL FIRE INSURANCE COMPANY OF HARTFORD |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____     By: _____

**Charles R. Breyer**
**United States District Judge**