**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
info@gauntlettlaw.com
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HURRICANE ELECTRIC, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL FIRE INSURANCE OF HARTFORD, <br><br> Defendant. | Case No.: Case No. 3:20-cv-05840-CRB <br><br> **DECLARATION OF JAMES LOWE IN SUPPORT OF STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS** |

JAMES A. LOWE, pursuant to 28 U.S.C. § 1746, declares and states:

1. I am a partner with Gauntlett & Associates and I am counsel for Plaintiff Hurricane Electric, LLC in this case. I know the facts set forth in this declaration to be true and correct based on my personal knowledge thereof and, if called to testify, I could and would testify competently thereto.

2. I submit this Declaration in support of the parties' stipulation To Modify Briefing And Hearing Schedule For Motion For Judgment On The Pleadings

3. No previous extensions of time or to modify a briefing or hearing schedule have been filed in this case.

4. National Fire filed a Motion for Judgment on the Pleadings Partial on October 1, 2020, setting a hearing date of November 6, 2020 [Dkt. 15]. The date to file an Opposition is presently October 15, 2020 and the date to file a Reply is presently October 22, 2020.

5. I am lead counsel for the plaintiff in a case pending in the United States District Court for the Northern District of New York styled as *360Heros, Inc v. Mainstreet American Assurance Company*, Case Number 5:17-CV-0549 (MAD/DEP) in which the Court has set a briefing schedule for a Summary Judgment Motion to be filed on October 16, 2020. I am the chief author of that motion which requires the preparation of several declarations and approximately 100 exhibits.

6. I am also lead counsel for two defendants in a case pending in the United States District Court for the Central District of California styled as *Atain Specialty* Insurance *Company v. Lake Lindero Homeowners Association; Golf Projects Lindero, Inc., and Lordon Enterprises, Inc.*, Case No. 2:19-cv-09824 DSF (MRWx) in which the Court has set a briefing schedule for cross-motions for summary judgment and partial summary judgment with motions to be filed on October 19, 2020. I am the chief author of a motion for partial summary judgment which requires the preparation of several declarations and numerous exhibits.

7. My time, and that of associates assisting me in our small law firm are substantially occupied by drafting and preparation work on the above two summary judgment motions. The current briefing schedule in this instant case is unworkable for me because of the work I must do on the above cases under the current briefing schedule. I will need more time to work on the required opposition to National Fire's pending motion.

8. Consequently, Hurricane must seek extensions of time for briefing and hearing on National Fire's motion as set forth in the Stipulation which this declaration supports.

9. These extensions of time at the beginning of this case will not materially affect the Court's schedule in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Rio Rancho, New Mexico on this 7th day of October, 2020.

/s/ James A. Lowe
James A. Lowe