1  CNA COVERAGE LITIGATION GROUP
2  ROBERT C. CHRISTENSEN (SBN 151296)
   Email:  robert.christensen@cna.com
3  555 12th Street, Suite 600
   Oakland, CA  94607
4  Telephone:  510.645.2306
   Facsimile:      510.645.2323
5
6  Attorneys for Defendant
   NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 HURRICANE ELECTRIC, INC.,                )  Case No. 3:20-cv-05840-CRB
                                            )
12                       Plaintiff,         )  (Related to 3:20-CV-3813-CRB)
                                            )
   vs.                                      )
13                                          )
   NATIONAL FIRE INSURANCE COMPANY          )  **NATIONAL FIRE INSURANCE COMPANY**
14 OF HARTFORD,                             )  **OF HARTFORD'S OBJECTIONS TO**
                                            )  **EVIDENCE IN SUPPORT OF OPPOSITION**
15                       Defendants.        )  **TO MOTION FOR PARTIAL SUMMARY**
                                            )  **JUDGMENT**
16 _____ )
                                               [Filed concurrently with Opposition; Declaration
17                                             of Corey Rider and Request for Judicial Notice]

18                                             Date:         November 13, 2020
19                                             Time:         10:00 a.m.
                                               Courtroom:    6, 17th Floor –
20                                                           The Honorable Charles R. Breyer

21

22

23          Defendant National Fire Insurance Company of Hartford ("NFIC") submits the following

24 objections in support of its opposition to Plaintiff Hurricane Electric, Inc.'s ("Hurricane") motion

25 for partial summary judgment.

26 / / /

27 / / /

28 / / /

**1.    Declaration of David Gauntlett**

- Paragraphs 3-4, discussing the copy of policy number 5091119138 issued for the period January 24, 2015 to January 24, 2016 to Hurricane Electric, Inc. (the "Policy") reviewed by Hurricane's counsel and attached to the complaint in this action ("Complaint").

  <u>Objection</u>:    Irrelevant and lacks foundation.   The copy of Policy reviewed by counsel is irrelevant to whether the Policy attached to the Complaint is a true and correct copy.   Counsel's statements lack foundation.   Fed.R.Evid. 402, 602.

- Paragraph 6, quoting language from the Policy.

  <u>Objection</u>:    Irrelevant.   The Policy speaks for itself, and the copy of the Policy referenced by counsel, Exhibit 6 to the Complaint, did not contain the Commercial General Coverage Form.   Fed.R.Evid. 402.

- Paragraph 7, discussing NFIC's affirmative defense set forth in its Answer to the Complaint.

  <u>Objection</u>:    This is argument, irrelevant and lacks foundation.   Fed.R.Evid. 402, 602.

- Paragraph 8, counsel's interpretation of the "Exclusion – Personal and Advertising Injury – Limited" endorsement included in the complete copy of the Policy attached as Exhibit B to the Declaration of Corey Rider in support of NFIC's Opposition to Hurricane's motion for partial summary judgment.

  <u>Objection</u>:    This is argument, irrelevant and lacks foundation.   Fed.R.Evid. 402, 602.

- Paragraph 9, purporting to attest to the Policy delivered to Hurricane or Hurricane's agent.

  <u>Objection</u>:    This is argument and lacks foundation.   Fed.R.Evid. 402, 602.

- Paragraph 11, discussing the copy of Policy reviewed by Hurricane's counsel and attached to the Complaint.

  <u>Objection</u>:    Irrelevant and lacks foundation.   The copy of Policy reviewed by counsel is irrelevant to whether the Policy attached to the Complaint is a true and correct copy.   Counsel's statements lack foundation.   Fed.R.Evid. 402, 602.

- Paragraph 12, discussing the copy of Policy reviewed by Hurricane's counsel and attached to the Complaint.

1     <u>Objection</u>:    Irrelevant and lacks foundation.   The copy of Policy reviewed by counsel

2 is irrelevant to whether the Policy attached to the Complaint is a true and correct copy.  Counsel's

3 statements lack foundation.  Fed.R.Evid. 402, 602.

4

5

6                                 Respectfully submitted,

7 Dated:  October 27, 2020         CNA COVERAGE LITIGATION GROUP

8

9                               By:   <u> /s/     *Robert Christensen*      </u>

10                                   ROBERT CHRISTENSEN

11                                   Attorneys for Defendant NATIONAL FIRE
                                  INSURANCE COMPANY OF HARTFORD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Objections to Evidence in Support of Opposition to Motion for Partial Summary Judgment