1  CNA COVERAGE LITIGATION GROUP
   ROBERT C. CHRISTENSEN (SBN 151296)
2  Email:  robert.christensen@cna.com
   555 12th Street, Suite 600
3  Oakland, CA  94607
4  Telephone:  510.645.2306
   Facsimile:      510.645.2323
5
   Attorneys for Defendant
6  NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC, INC.,<br><br>             Plaintiff,<br>vs.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>             Defendants. | Case No. 3:20-cv-05840-CRB<br><br>(Related to 3:20-CV-3813-CRB)<br><br>**DECLARATION OF COREY RIDER IN SUPPORT OF NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Opposition; Request for Judicial Notice and Objections to Evidence]<br><br>Date:            November 13, 2020<br>Time:           10:00 a.m.<br>Courtroom:   6, 17th Floor –<br>                       The Honorable Charles R. Breyer |

I, Corey Rider, declare as follows:

1. I am a vice-president and commercial underwriting officer for the CNA service mark underwriting companies, including National Fire Insurance Company of Hartford ("NFIC").

2. I am authorized to make this declaration for and on behalf of NFIC.

3. I have personal knowledge of the facts set forth herein, some of which have been ascertained my review of the business records generated and maintained by NFIC in the ordinary course of business.  As vice-president and commercial underwriting officer I am familiar with the

underwriting process and systems for the issuance policies and the delivery of policies. If called as a witness, I could and would competently testify to the matters stated herein.

4. On January 16, 2015, NFIC provided an Insurance Proposal to Hurricane Electric, Inc.'s ("Hurricane") broker, James Heppes of Professional Insurance Association, Inc., 1100 Industrial Road, PO Box 1266, San Carlos, California 94070. Attached hereto as Exhibit A is a true and correct copy of the Proposal, redacted for premium information, provided to Hurricane's broker in the normal course of business on or about January 16, 2015. The Proposal listed the "forms, endorsements and exclusions, which may not be deleted" from the Commercial General Liability portion of the Policy. Exhibit A, p. 12. That list includes the "Exclusion-Personal And Advertising Injury Limited," form number G300950A.

5. Attached hereto as Exhibit B is a true and correct certified copy of policy number 5091119138 issued for the period January 24, 2015 to January 24, 2016 to Hurricane (the "Policy"). The policy has been redacted to delete insurance premium information. The Policy, Exhibit B marked "Insured," was sent to Hurricane's broker on January 30, 2015 the day after the January 29, 2015 issuance of the Policy.

6. The version of the Policy marked "Agent," attached to the Complaint in this action and to Hurricane's summary judgment motion was sent to Hurricane's broker on the same day as Exhibit B. That copy of the Policy contains a Declarations page that lists the "Exclusion-Personal And Advertising Injury Limited," form number G300950A. The "Agent" copy included the property insurance portion of the policy and premium rating information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October, 2020, at San Francisco, California.

_____
COREY RIDER