1  CNA COVERAGE LITIGATION GROUP
   ROBERT C. CHRISTENSEN (SBN 151296)
2  Email:  robert.christensen@cna.com
   555 12th Street, Suite 600
3  Oakland, CA  94607
   Telephone:  510.645.2306
4  Facsimile:     510.645.2323

5
   Attorneys for Defendant
6  NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 HURRICANE ELECTRIC, INC.,              )   Case No. 3:20-cv-05840-CRB
                                          )
12                 Plaintiff,             )   (Related to 3:20-CV-3813-CRB)
                                          )
   vs.                                    )
13                                        )
                                          )   **REQUEST FOR JUDICIAL NOTICE IN**
14 NATIONAL FIRE INSURANCE COMPANY        )   **SUPPORT OF NATIONAL FIRE**
   OF HARTFORD,                           )   **INSURANCE COMPANY OF**
15                                        )   **HARTFORD'S OPPOSITION TO MOTION**
                   Defendants.            )   **FOR PARTIAL SUMMARY JUDGMENT**
16 _____)

17                                            [Filed concurrently with Opposition; Declaration
                                              of Corey Rider and Objections to Evidence]
18
                                              Date:          November 13, 2020
19                                            Time:          10:00 a.m.
                                              Courtroom:     6, 17th Floor –
20                                                           The Honorable Charles R. Breyer

21

22         Defendant National Fire Insurance Company of Hartford, by and through its attorneys,

23 hereby requests that the Court take judicial notice pursuant to Federal Rules of Evidence, Rule

24 201,of the following:

25         1.     The First Amended Complaint filed in *Hurricane Electric, Inc. v. Dallas Buyers*

26 *Club, LLC, et al.*, U.S.D.C. for the Northern District of California, Case No. 3:20-CV-3813-CRB

27 on August 19, 2020, a true and correct file-endorsed copy, without exhibits, which is attached

28 hereto as Exhibit 1.

---
- 1 -
Request for Judicial Notice in Support of Opposition to Motion for Partial Summary Judgment

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  October 27, 2020 | CNA COVERAGE LITIGATION GROUP |

By:  <u>  /s/        *Robert Christensen*              </u>
     ROBERT CHRISTENSEN
     Attorneys for Defendant NATIONAL FIRE
     INSURANCE COMPANY OF HARTFORD