IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>Defendant. | Case No. 20-cv-05840-CRB<br><br>**JUDGMENT** |

Having granted Defendant National Fire Insurance Company of Hartford's motion for judgment on the pleadings, the Court hereby enters judgment FOR Defendant National Fire Insurance Company of Hartford and AGAINST Plaintiff Hurricane Electric, LLC.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
CHARLES R. BREYER
United States District Judge